# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1565 | **DATE** | 4/8/2008 |
| **CASE TITLE** | B.F.G., ET AL vs. WILLIE BLACKMON, ET AL | | |

**DOCKET ENTRY TEXT**

On the court's own motion, the "suppression" order is vacated. The clerk is directed to change the case caption from Suppressed v. Suppressed to B.F.G., by his parents and next friends, R.G. and B.G., and R.G., and B.G., plaintiffs vs. Willie Blackmon, Investigator, Division of Child Protection, ("DCP"), of the Illinois Department of Children and Family Services ("DCFS"), in his individual capacity; Kimberly Smith-Foote, Investigative Supervisor (DCP), in her individual capacity; Danielle Butts, Supervisor, Child Advocacy Center of Southwest Cook County Illinois ("CAC") in her individual capacity; Rhonda Casady, attorney for DCFS, in her individual capacity; Detective Tibordan and Officer Widlacki, police officers, Willow Springs Police Department, in their individual capacities; Village of Willow Springs, Illinois, a Municipal Corporation; and J.S. and K.S., defendants.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|