## CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
B.F.G., by his parents and next friends,
R.G. and B.G., and R.G. and B.G.

**DEFENDANTS**
Willie Blackmon, Kimberly Smith-Foote, Danielle Butts, Rhonda Casady, J.S., K.D., Detective Tibordan, Officer Widlacki, and Village of Willow Springs

**(b) County of Residence of First Listed Plaintiff** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
James G. Sotos, Julie K. Bisbee, James G. Sotos & Associates, Ltd.,
550 East Devon, Suite 150, Itasca, IL 60143; Lance D. Northcutt, Berg,
Northcutt & Berg, 2100 West 35th Street, Chicago, IL 60609

Attorneys (If Known)

FILED
MAR 1 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

08CV1565
JUDGE CONLON
MAG. JUDGE NOLAN

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

[Nature of suit checkboxes — "440 Other Civil Rights" marked]

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write Action asserted pursuant to 1st, 4th, and 14th Amendments to the U.S. Const. and Civil Rights Act, 42 U.S.C. §§ 1983 and 1988, & includes supplemental state law claims, premised upon violations of Plaintiffs' rights under Illinois law. Plaintiffs' claims arise from the flawed investigation, false arrest, abusive persecution, and public condemnation of B.F.G. for the alleged sexual abuse of N.S. and J.L.S.

**VII. PREVIOUS BANKRUPTCY MATTERS** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary)

**VIII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   CHECK YES only if demanded in complaint: JURY DEMAND: [X] Yes [ ] No

**IX. This case** [X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE March 17, 2008    SIGNATURE OF ATTORNEY OF RECORD