# United States District Court for the Northern District of Illinois

Case Number: **08 C 1565**   Assigned/Issued By: **D. Jotwial**

## FEE INFORMATION

**Amount Due:** ☒ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

No. Service copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: **350.00**   Receipt #: **16652129**

Date Payment Rec'd: **03-18-08**   Fiscal Clerk: **DAJ**

## ISSUANCES

☒ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgement
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets

(Victim and $ Amount)

Writ _____
(Type of Writ)

**9** Original and **9** copies on **03-18-08** as to **Blackmon, Smith-Foote, Butts, Casady, Tiborddan, Village of Willowsprings, W. Black, Kathleen Scaramella, John Scaramella**
(Date)