IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| **B.F.G.**, by his parents and next friends, **R.G** and **B.G.**, and **R.G.**, and **B.G.**, <br><br> Plaintiffs, <br> v. <br><br> Willie Blackmon, Investigator, Division of Child Protection, ("DCP"), of the Illinois Department of Children and Family Services("DCFS"), in his individual capacity; Kimberly Smith-Foote, Investigative Supervisor (DCP), in her individual capacity; Danielle Butts, supervisor, Child Advocacy Center of Southwest Cook County, Illinois ("CAC"), in her individual capacity; Rhonda Casady, attorney for DCFS, in her individual capacity, Detective Tibordan and Officer Widlacki, police officers, Willow Springs Police Department, in their individual capacities; Village of Willow Springs, Illinois, a Municipal Corporation; ~~and J.S. and K.S.~~ <br> John G. Scaramella <br> Kathleen A. Scaramella Defendants. | **08CV1565** <br> **JUDGE CONLON** <br> **MAG. JUDGE NOLAN** <br><br> Jury Demand <br><br> F I L E D <br> MAR 1 8 2008 <br> MAR 18, 2008 <br> MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT |

**PLAINTIFFS' REQUEST TO FILE COMPLAINT UNDER SEAL**

Plaintiff, B.F.G., by his parents and next friends, R.G. and B.G., and R.G. and B.G., by

and through their attorneys, James G. Sotos and Julie K. Bisbee of JAMES G. SOTOS &

ASSOCIATES, LTD., and Lance Northcutt of BERG, NORTHCUTT & BERG, pursuant to

Local Rule 5.7 request that the Complaint and accompanying papers in this matter be treated as if

they were restricted pursuant to Local Rule 26.2 and in support thereof, state as follows:

1) Requesting Attorney
   Julie Bisbee
   James G. Sotos & Assoc.

550 East Devon, Suite 150
Itasca, Illinois 60143
jbisbee@jsotoslaw.com

2) Plaintiffs' claims are premised upon violations of Plaintiffs' rights arising from the investigation, arrest, persecution, and condemnation of B.F.G. for the alleged sexual abuse of N.S. and J.L.S. The allegations in this Complaint, concerning the alleged sexual abuse of N.S. and J.L.S. contain confidential information as defined by the Illinois Abused and Neglected Child Reporting Act (the "Act"). 325 ILCS §§ 5/1 *et. seq.* The Act requires that all "records concerning child abuse and neglect or records concerning referrals made under this Act and all records generated as a result of such reports or such referrals shall be confidential . . ." *Id* at § 5/11. Due to the confidential nature of the allegations in the Complaint, Plaintiffs believe that there are special circumstances requiring restricted access to the case.

3) Plaintiffs are aware that absent an order extending or setting aside the sealing, the file and its contents will become public on the fourth business day following the date of filing.

WHEREFORE, Plaintiffs respectfully request this Honorable Court to accept the Complaint and accompanying papers and treat them as if they were restricted under Local Rule 26.2.

/s/ Julie Bisbee

James G. Sotos, Attorney No. 06191975
Julie K. Bisbee, Attorney No. 06292401
JAMES G. SOTOS & ASSOCIATES, LTD.
550 E. Devon Avenue, Suite 150
Itasca, IL 60143
630-735-3300
630-773-0980 (Fax)
jsotos@jsotoslaw.com
jbisbee@jsotoslaw.com
*One of the Attorneys for Plaintiffs*

Lance D. Northcutt
Lance D. Northcutt, Attorney No. 06278144
BERG, NORTHCUTT & BERG
2100 W. 35th Street
Chicago, IL 60609
773-252-7220
773-252-7221 (Fax)
lance@bergandberg.net
*One of the Attorneys for Plaintiffs*

STATE OF ILLINOIS            )
                             )
COUNTY OF DUPAGE             )

## CERTIFICATE OF SERVICE

The undersigned having first been duly sworn under oath, states that he filed a complete copy of the foregoing **Plaintiffs' Request to File Complaint Under Seal** with the Clerk of the Court **under seal on March 18, 2008**, and will serve the following by personal service on **March 18, 2008** by 5:00 p.m.

Investigator Willie Blackmon
Department of Children & Family Services
Eisenhower Tower
1701 S. First
Maywood, IL  60153

Program Manager Danielle Butts
Children's Advocacy Center of Southwest Cook County
8651 South 79th Avenue
Justice, IL  60458

Detective Robert Tibordan
Willow Springs Police Department
8255 Willow Springs Road
Willow Springs, IL  60480

John G. and Kathleen A. Scaramella
11904 Winding Trail
Willow Springs, IL  60480

Supervisor Kimberly Smith-Foote
Department of Children & Family Services
Eisenhower Tower
1701 S. First
Maywood, IL  60153

Rhonda L. Casady
Attorney at Law
200 South Michigan Avenue, Suite 1240
Chicago, IL  60604-2430

Officer Craig Widlacki
Willow Springs Police Department
8255 Willow Springs Road
Willow Springs, IL  60480

_____
Julie K. Bisbee, Attorney No. 06292401
JAMES G. SOTOS & ASSOCIATES, LTD.
550 East Devon, Suite 150
Itasca, Illinois  60143
630-735-3300
630-773-0980 (fax)
jbisbee@jsotoslaw.com
*One of the Attorneys for Plaintiffs*