IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
MAR 1 8 2008 4:41p

| | |
|---|---|
| B.F.G., by his parents and next friends, R.G and B.G., and R.G., and B.G., ) ) ) | JUDGE SUZANNE B. CONLON United States District Court |
| Plaintiffs, ) | |
| v. ) ) | No. 08 C 1565 |
| Willie Blackmon, Investigator, Division of ) Child Protection, ("DCP"), of the Illinois ) Department of Children and Family ) Services("DCFS"), in his individual ) capacity; Kimberly Smith-Foote, ) Investigative Supervisor (DCP), in her ) individual capacity; Danielle Butts, ) supervisor, Child Advocacy Center of ) Southwest Cook County, Illinois ("CAC"), ) in her individual capacity; Rhonda Casady, ) attorney for DCFS, in her individual ) capacity, Detective Tibordan and Officer ) Widlacki, police officers, Willow Springs ) Police Department, in their individual ) capacities; Village of Willow Springs, ) Illinois, a Municipal Corporation; ) and J.S. and K.S. ) ) | JUDGE CONLON Magistrate NOLAN  Jury Demand  **FILED** MAR 1 8 2008  Judge Suzanne B Conlon United States District Court |
| Defendants. ) | |

**EMERGENCY MOTION TO ENTER A RESTRICTING ORDER**

Plaintiffs, B.F.G., R.G. and B.G., by and through their attorneys, James G. Sotos and Julie K. Bisbee of JAMES G. SOTOS & ASSOCIATES, pursuant to Local Rule 26.2, request that the entire contents of the Court file in 08-C-1565 be maintained under seal and in support thereof, state as follows:

1. On March 18, 2008, Plaintiffs filed a Complaint in this Honorable Court. Plaintiffs' claims are premised upon violations of Plaintiffs' rights arising from the investigation, arrest, persecution, and condemnation of B.F.G. for the alleged sexual abuse of N.S. and J.L.S.

2. B.F.G., N.S., and J.L.S. are all minor children.

3. In addition to their Complaint, Plaintiffs filed a statement requesting that the Complaint be filed under seal pursuant to Local Rule 5.7. Local Rule 5.7 allows a Complaint to be filed under seal, but only for three business days absent a court order.

4. Plaintiffs filed their Complaint under seal because the allegations included within the Complaint include information regarding juvenile law enforcement records and records concerning an investigation by the Illinois Department of Children and Family Services.

5. Illinois law requires that juvenile court records and records created during, or pursuant to an investigation by the Illinois Department of Children and Family Services be confidential. *See* 705 ILCS 405/1-1 *et. seq.*(Juvenile Court Act); 325 ILCS § 5/1 *et. seq.*(Abused and Neglected Child Reporting Act); and 89 Ill. Admin. 431 *et. seq.* (DCFS Regulations).

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter an order providing that the documents and pleadings in the above-captioned case shall remain restricted, except as to the parties, until such time as Defendants have entered an appearance, and the parties given an opportunity to confer regarding the entry of a permanent protective order.

_____
Julie K. Bisbee, Attorney No. 06292401
JAMES G. SOTOS & ASSOCIATES, LTD.
550 E. Devon Avenue, Suite 150
Itasca, IL 60143
630-735-3300
630-773-0980 (Fax)
jsotos@jsotoslaw.com
jbisbee@jsotoslaw.com
*One of the Attorneys for Plaintiffs*

STATE OF ILLINOIS     )
                      ) SS.
COUNTY OF DUPAGE      )

### CERTIFICATE OF SERVICE

I, Julie K. Bisbee, an attorney, on oath, state: I served this **Emergency Motion to Enter A Restraining Order** to Judge Conlon's clerk via facsimile (312-554-8524), on March 18, 2008, by 5:00 p.m.

_____
Julie K. Bisbee
Julie K. Bisbee, Attorney No. 06292401
JAMES G. SOTOS & ASSOCIATES, LTD. 550
East Devon, Suite 150
Itasca, Illinois 60143
630-735-3300
630-773-0980 (fax)
jbisbee@jsotoslaw.com
*One of the Attorneys for Plaintiffs*