IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION    RECEIVED

| | |
|---|---|
| B.F.G., by his parents and next friends, R.G and B.G., and R.G., and B.G.,<br><br>           Plaintiffs,<br>v.<br><br>Willie Blackmon, Investigator, Division of Child Protection, ("DCP"), of the Illinois Department of Children and Family Services("DCFS"), in his individual capacity; Kimberly Smith-Foote, Investigative Supervisor (DCP), in her individual capacity; Danielle Butts, supervisor, Child Advocacy Center of Southwest Cook County, Illinois ("CAC"), in her individual capacity; Rhonda Casady, attorney for DCFS, in her individual capacity, Detective Tibordan and Officer Widlacki, police officers, Willow Springs Police Department, in their individual capacities; Village of Willow Springs, Illinois, a Municipal Corporation; and J.S. and K.S.<br><br>           Defendants. | MAR 19 2008<br><br>JUDGE SUZANNE B. CONLON<br>United States District Court<br><br>No. 08 C 1565<br><br>Judge Conlon<br>Magistrate Nolan<br><br>Jury Demand<br><br>**FILED**<br><br>MAR 1 8 2008<br><br>Judge Suzanne B. Conlon<br>United States District Court |

## AMENDED CERTIFICATE OF SERVICE

I, Julie K. Bisbee, an attorney, on oath, state: I served this **Emergency Motion to Enter A Restricting Order** to Judge Conlon's clerk via facsimile (312-554-8524), and Federal Express on March 18, 2008, by 5:00 p.m.

Julie K. Bisbee
Julie K. Bisbee, Attorney No. 06292401
JAMES G. SOTOS & ASSOCIATES, LTD. 550
East Devon, Suite 150
Itasca, Illinois 60143
630-735-3300
630-773-0980 (fax)
jbisbee@jsotoslaw.com
*One of the Attorneys for Plaintiffs*