

**FILED**
APR 0 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of | Case |
|---|---|
| B.F.G., by his parents and next friends, R.G. and B.G., and R.G., and B.G., v. WILLIE BLACKMON, Investigator, Division Of Child Protection ("DCP"), of the Illinois, Department of Children and Family Services ("DCFS"), et al., | 08 C 1565<br><br>JUDGE CONLON<br><br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendants Detective Tibordan, Officer Widlacki, and the Village of Willow Springs**

| NAME | Paul A. Rettberg |
|---|---|
| SIGNATURE | s/ Paul A. Rettberg |
| FIRM | Querrey & Harrow, Ltd. |
| STREET ADDRESS | 175 West Jackson Boulevard, Suite 1600 |
| CITY/STATE/ZIP | Chicago, Illinois 60604 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 2318938 | TELEPHONE NUMBER (312) 540-7040 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES  X  NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES  X  NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES  X  NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES  X  NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL | APPOINTED COUNSEL |

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 4th day of April, 2008, the foregoing **Appearance** was served, Federal Rule of Civil Procedure 5(a) and L.R. 5.5, by placing the same in the U.S. Mail, First Class postage paid, to:

James G. Sotos
JAMES G. SOTOS & ASSOCIATES, LTD.
550 East Devon, Suite 150
Itasca, Illinois 60143

Investigator Willie Blackmon
Department of Children & Family Services
Eisenhower Tower
1701 S. First
Maywood, Illinois 60153

Program Manager Danielle Butts
Children's Advocacy Center of Southwest
Cook County
8651 South 79th Avenue
Justice, Illinois 60458

John and Kathleen A. Scaramella
11904 Winding Trail
Willow Springs, Illinois 60480

Supervisor Kimberly Smith-Foote
Department of Children & Family Services
Eisenhower Tower
1701 S. First
Maywood, Illinois 60153

Rhonda L. Casady
Attorney at Law
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2430

_____
Paul A. Rettberg

Paul A. Rettberg
Querrey & Harrow, Ltd.
175 West Jackson, Suite 1600
Chicago, Illinois 60604-2827
Direct: (312) 540-7040
FAX: (312) 540-0578
E-mail: prettberg@querrey.com