FILED

50614-RET

APR 0 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| B.F.G., by his parents and next friends, R.G. and B.G., and R.G., and B.G., <br> v. <br> WILLIE BLACKMON, Investigator, Division Of Child Protection ("DCP"), of the Illinois, Department of Children and Family Services ("DCFS"), et al., | 08 C 1565 <br><br> JUDGE CONLON <br><br> MAGISTRATE JUDGE NOLAN |

### DEFENDANTS' DETECTIVE TIBORDAN, OFFICER WIDLACKI AND THE VILLAGE OF WILLOW SPRINGS MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR OTHERWISE PLEAD

NOW COME the Defendants, Detective Tibordan, Officer Widlacki, and the Village of Willow Springs, by and through their attorneys QUERREY & HARROW, LTD., and for their Motion for Enlargement of Time to Answer or Otherwise Plead, state as follows:

1. This case arises out of 42 U.S.C. §§1983 and 1988, and includes supplemental state law claims, premised upon alleged violations of Plaintiffs' rights resulting from an alleged failed investigation, false arrest, abusive persecution, and public condemnation of B.F.G. for the alleged sexual abuse of N.S. and J.L.S.

2. The firm of Querrey & Harrow, Ltd. has recently received assignment of the defense of Defendants Detective Tibordan, Officer Widlacki, and the Village of Willow Springs in this matter.

3. In order to properly investigate the claims set forth in Plaintiffs' Complaint and respond to the same, Defendants Detective Tibordan, Officer Widlacki, and the Village of Willow Springs request an enlargement of time to answer or otherwise plead.

WHEREFORE, Defendants Detective Tibordan, Officer Widlacki, and the Village of Willow Springs respectfully request this Court enter an Order enlarging the time for them to file their Answer or other response to Plaintiffs' Complaint, to a date 14 days from the presentation of this Motion.

Respectfully submitted,

Stacey McGlynn Atkins

Paul A. Rettberg
Stacey McGlynn Atkins
QUERREY & HARROW, LTD.
175 W. Jackson Blvd.
Suite 1600
Chicago, Illinois 60604
312-540-7000
Attorneys for Defendants
Detective Tibordan, Officer Widlacki, and
The Village of Willow Springs