FILED

50614-RET

APR 0 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| B.F.G., by his parents and next friends, ) | 08 C 1565 |
| R.G. and B.G., and R.G., and B.G., ) | |
| v.                                       ) | JUDGE CONLON |
| WILLIE BLACKMON, Investigator, Division ) | |
| Of Child Protection ("DCP"), of the Illinois, ) | MAGISTRATE JUDGE NOLAN |
| Department of Children and Family Services ) | |
| ("DCFS"), et al.,                        ) | |

## NOTICE OF MOTION

TO:   SEE ATTACHED CERTIFICATE OF SERVICE

On **April 9, 2008** at **9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Suzanne Conlon in Room 1743**, in the United States Courthouse, Dirksen Building, 219 S. Dearborn St., Chicago, Illinois, and shall then and there move the Court in accordance with the attached **Motion for Enlargement of Time In Which To Answer Or Otherwise Plead.**

By: _____
     Stacey McGlynn Atkins

Paul A. Rettberg
Stacey McGlynn Atkins
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Suite 1600
Chicago, IL 60604-2827
(312) 540-7000
Attorneys for Defendants
Detective Tibordan, Officer Widlacki, and
The Village of Willow Springs

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 4th day of April, 2008, the foregoing **Appearance** was served, Federal Rule of Civil Procedure 5(a) and L.R. 5.5, by placing the same in the U.S. Mail, First Class postage paid, to:

James G. Sotos
JAMES G. SOTOS & ASSOCIATES, LTD.
550 East Devon, Suite 150
Itasca, Illinois 60143

Mr. Michael D. Ettinger
Ettinger, Besbekos & Schroeder, P.C.
12413 South Harlem Avenue
Suite 203
Palos Heights, Illinois 60463

Mr. Mark Sterk
Odelson & Sterk, Ltd.
3318 West 95th Street
Evergreen Park, IL 60805-2233