UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| B.F.G. by his parents and next friends, R.G. and B.G., and R.G., and B.G., <br><br> Plaintiffs, <br><br> v. <br><br> Willie Blackmon, Investigator, Division of Child Protection, ("DCP"), of the Illinois Department of Children and Family Services ("DCFS"), in his individual capacity; Kimberly Smith-Foote, Investigative Supervisor (DCP) in her individual capacity; Danielle Butts, supervisor, Child Advocacy Center of Southwest Cook County, Illinois (CAC"), in her individual capacity; Rhonda Casady, attorney for DCFS, in her individual capacity; Detective Tibordan and Officer Widlacki, police officer, Willow Springs Police Department, in their individual capacities; Village of Willow Springs, Illinois, a Municipal Corporation; and J.S. and K.S., <br><br> Defendants. | Case No. 08 C 1565 <br><br> The Honorable Suzanne B. Conlon, <br><br> **FILED** <br><br> APR 0 4 2008 <br><br> MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT |

## NOTICE OF MOTION

TO:  James G. Sotos
JAMES G. SOTOS & ASSOCIATES, LTD.
550 East Devon, Suite 150
Itasca, Illinois 60143

PLEASE TAKE NOTICE that on April 9, 2008, at 9:30 a.m., I shall appear before the Honorable Suzanne B. Conlon in Courtroom 1743 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **MOTION TO DISMISS THE PLAINTIFFS' COMPLAINT**, a copy of which together with this Notice of Motion, are herewith served upon you. Set for April 9, 2008 at 9:00 a.m.

_____
Michael D. Ettinger

Ettinger, Besbekos & Schroeder, P.C.
12413 South Harlem Avenue, Suite 203
Palos Heights, IL 60463
(708) 923-0368