

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: | 08 C 1565 |
|---|---|---|

B.F.G., by his parents and next friends, R.G. and B.G., and R.G. and B.G., Plaintiffs, v. Willie Blackmon, Investigator, Division of Child Protection, ("DCP") of the Illinois Department of Children and Family Services ("DCFS"), in his individual capacity; Kimberly Smith-Foote, Investigative Supervisor (DCP), in her individual capacity; Danielle Butts, Supervisor, Child Advocacy Center of Southwest Cook County, Illinois ("CAC"), in her individual capacity; Rhonda Casady, Attorney for DCFS, in her individual capacity, Detective Tabordon and Officer Widlacki, Police Officers, Willow Springs Police Department, in their individual capacities; Village of Willow Springs, Illinois, a Municipal Corporation; and J.S. and K.S., Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Detective Tabordon, Officer Widlacki, and Village of Willow Springs, Defendants

NAME (Type or print)

Michael J. McGrath

MAR 2 6 2008

SIGNATURE (Use electronic signature if the appearance form is filed electronically)

s:/ Michael J. McGrath

**F I L E D**

FIRM     Odelson & Sterk, Ltd.

MAR 2 6 2008    Y M

MAR 26 2003

MICHAEL W. DOBBINS

CLERK, U.S. DISTRICT COURT

STREET ADDRESS    3318 W. 95th Street

CITY/STATE/ZIP     Evergreen Park, IL 60805

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06229820 | TELEPHONE NUMBER (708) 424-5678 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES |
|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | NO |
|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES |
|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES |
|---|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐