IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| B.F.G., by his parents and next friends, R.G. and B.G., and R.G. and B.G., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 C 1565 HON. SUZANNE B. CONLON |
| WILLIE BLACKMON, Investigator, Division of Child Protection ("DCP"), of The Illinois Department of Children and Family Services ("DCFS"), et al., | ) ) ) ) ) | Judge Presiding Magistrate Judge Nolan |
| Defendants. | ) | |

**DEFENDANTS WILLIE BLACKMON AND KIMBERLY SMITH-FOOTE'S MOTION TO ENLARGE THE TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT**

NOW COME the Defendants Willie Blackmon and Kimberly Smith-Foote (hereinafter "State Defendants"), by their attorney, LISA MADIGAN, Illinois Attorney General, and pursuant to Fed. R. Civ. P. 6(b) move this Honorable Court for an enlargement of time within which to answer or otherwise plead to Plaintiffs' Complaint to and including April 30, 2008. In support of State Defendants' motion for enlargement of time, State Defendants state as follows:

1. This is a sixteen count civil rights suit brought pursuant to 42 U.S.C. §§ 1983 and 1988, and includes supplemental state law claims, alleging, *inter alia*, due process violations, unlawful arrest, conspiracy, malicious prosecution, defamation, intentional infliction of emotional distress, and invasion of privacy. The allegations against the State Defendants arise out of an investigation of alleged child abuse by the Illinois Department of Children and Family Services.

2. State Defendant Willie Blackmon was served with the complaint on March 25, 2008. State Defendant Kimberly Smith-Foote was served on March 27, 2008, when she returned from a medical leave of absence and found a copy of the complaint that had been delivered to her office.

3. On April 8, 2008, the Court granted Defendants Detective Tibordan, Officer Widlacki and the Village of Willow Springs' motion for enlargement of time to file an answer or otherwise plead to April 23, 2008. The Court also scheduled a status hearing in this matter for May 5, 2008 at 9:00 a.m.

4. State Defendants' counsel have been working diligently to prepare a pleading in response to Plaintiffs' complaint. State Defendants are conducting a search of their records in order to retrieve the necessary documents needed to respond to Plaintiffs' complaint. A search of the State Defendants' records has not yet been completed. The undersigned counsel are also in the process of investigating the issues raised in Plaintiffs' complaint.

5. State Defendants' counsel require until April 30, 2008, to appropriately prepare a responsive pleading. Counsel for the State Defendants are responsible for the representation of the Illinois Department of Children and Family Services and its Director in numerous matters in state and federal court which have required the expenditure of considerable amounts of time, including *Dupuy v. McEwen*, 97 C 4199 (N.D. Ill., Pallmeyer, J.)(response to plaintiffs' petition for fees and costs in excess of $6.1 million).

6. This motion is not made for purposes of delay. The granting of this motion would not prejudice Plaintiffs and would be in the best interest of justice.

WHEREFORE, State Defendants request that this Honorable Court grant their motion for enlargement of time within which to answer or otherwise plead to Plaintiffs' Complaint to and including April 30, 2008.

3

        Respectfully submitted,

        LISA MADIGAN
        Attorney General, State of Illinois

By: s/James C. Stevens, Jr.\_\_\_\_
   James C. Stevens, Jr.  06191415
   Barbara L. Greenspan
   Assistant Attorneys General
   Attorneys for State Defendants
   Office of the IL Attorney General
   100 W. Randolph St., Suite 11-200
   Chicago, IL 60601
   (312) 814-6788
   (312) 814-7087
   Fax # (312) 814-6885
   jim.stevens@illinois.gov
   barbara.greenspan@illinois.gov
   Respectfully submitted,

3

# CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2008, I electronically filed DEFENDANTS WILLIE BLACKMON AND KIMBERLY SMITH-FOOTE'S MOTION TO ENLARGE THE TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and I hereby certify that I have sent by U.S. Mail, postage prepaid, the document to the following non CM/ECF participants:

Cheryl Ann Schroeder
Ettinger, Besbekos & Schroeder, P.C.
12413 South Harlem Ave., Suite 203
Palos Heights, Illinois 60463

Lance D. Northcutt
Berg, Northcutt & Berg
2100 W. 35th Street
Chicago, Illinois 60609
 (773) 252-7720

                                                      s/James C. Stevens, Jr.
                                                      James C. Stevens, Jr.  06191415
                                                      Assistant Attorney General
                                                      Attorney for State Defendants
                                                      Office of the IL Attorney General
                                                      100 W. Randolph St., Suite 11-200
                                                      Chicago, IL 60601
                                                      (312) 814-6788
                                                      Fax # (312) 814-6885
                                                      jim.stevens@illinois.gov