IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| B.F.G., by his parents and next friends, R.G. and B.G., and R.G. and B.G., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 C 1565 HON. SUZANNE B. CONLON |
| WILLIE BLACKMON, Investigator, Division of Child Protection ("DCP"), of The Illinois Department of Children and Family Services ("DCFS"), et al., | ) ) ) ) ) | Judge Presiding Magistrate Judge Nolan |
| Defendants. | ) | |

**NOTICE OF PRESENTMENT**

TO:   See Service List

    PLEASE TAKE NOTICE that the undersigned will bring the attached DEFENDANTS WILLIE BLACKMON AND KIMBERLY SMITH-FOOTE'S MOTION TO ENLARGE THE TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT for hearing before the Honorable Suzanne B. Conlon, or whomever may be sitting in her stead, in Courtroom 1743 at the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, on the 22nd day of April, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard.

|  |  |
|---|---|
|  | LISA MADIGAN |
| JAMES C. STEVENS | Illinois Attorney General |
| Assistant Attorney General |  |
| Child Welfare Litigation Bureau | By: _s/James C. Stevens_____ |
| 100 West Randolph, Suite 11-200 | JAMES C. STEVENS |
| Chicago, IL 60601 | Assistant Attorney General |
| (312) 814-6788 |  |
| Fax # (312) 814-6885 |  |
| jim.stevens@illinois.gov |  |

**SERVICE LIST FOR *B.F.G., et al. v. Blackmon, et al.*, 08 C 01565**

**For Plaintiffs: B.F.G., R.G. and B.G.**

| | |
|---|---|
| James G. Sotos | Lance D. Northcutt |
| Julie K. Bisbee | Berg, Northcutt & Berg |
| James G. Sotos & Associates, Ltd. | 2100 W. 35th Street |
| 550 E. Devon Ave., Suite 150 | Chicago, Illinois 60609 |
| Itasca, Illinois 60143 | (773) 252-7720 |
| (630) 735-3300 | |
| (630) 735-3314 | |
| jsotos@jsotoslaw.com | |
| jbisbee@jsotoslaw.com | |

**For Defendants: Detective Tibordan, Officer Widlacki, Willow Springs Police Department and Village of Willow Springs**

| | |
|---|---|
| Paul A. Rettberg | Michael J. McGrath |
| Stacey McGlynn Atkins | Odelson & Sterk, Ltd. |
| Querrey & Harrow, Ltd | 3318 West 95th Street |
| 175 W. Jackson Blvd, Suite 1600 | Evergreen Park, IL 60805 |
| Chicago, Illinois 60604 | (708) 424-5678 |
| (312) 540-7000 | mmcgrath@odesonsterk.com |
| Fax: (312) 540-0578 | |
| prettberg@querrey.com | |
| satkins@querrey.com | |

**For Defendants: John G. Scarameria and Kathleen A. Scarameria**

Cheryl Ann Schroeder
Ettinger, Besbekos & Schroeder, P.C.
12413 South Harlem Ave., Suite 203
Palos Heights, Illinois 60463
(708) 923-0368