Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1565 | **DATE** | 4/09/08 |
| **CASE TITLE** | B.F.G., ET AL vs. WILLIE BLACKMON, ET AL | | |

**DOCKET ENTRY TEXT**

Defendants J.S. and K.S.'s motion to dismiss the plaintiffs' complaint is taken under advisement. Plaintiffs shall respond by 4/25/08. Defendants' Detective Tibordan, Officer Widlacki and the Village of Willow Springs motion for enlargement of time until 4/23/08 to answer or otherwise plead is granted. Status hearing set on 4/15/08 is reset on 5/5/08 at 9:00 a.m.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|