# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | April 15, 2008 |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1565 | **DATE** | ~~4/22/2008~~ |
| **CASE TITLE** | B.F.G., ET AL vs. WILLIE BLACKMON, ET AL | | |

**DOCKET ENTRY TEXT**

Defendants Willie Blackmon and Kimberly Smith-Foote's motion [22] to enlarge the time to answer or otherwise plead to plaintiffs' complaint is granted. Movants shall answer or otherwise plead by April 30, 2008. Status hearing on May 5, 2008 stands. The motion will not be heard on April 22, 2008 as noticed.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|