50614-RET

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| B.F.G., by his parents and next friends, R.G. and B.G., and R.G., and B.G., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 08 C 1565 |
| WILLIE BLACKMON, Investigator, Division Of Child Protection ("DCP"), of the Illinois, Department of Children and Family Services ("DCFS"), et al., | ) ) ) ) ) | JUDGE SUZANNE B. CONLON MAGISTRATE JUDGE NOLAN |
| Defendants. | ) | |

**NOTICE OF MOTION**

On **May 1, 2008** at **9:00 A.M.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable JUDGE CONLON, ROOM 1743**, or any judge sitting in her stead, in the courtroom usually occupied by her in the United States Courthouse, Dirksen Building, 219 S. Dearborn St., Chicago, Illinois, and shall then and there move the Court in accordance with the attached **"Defendants Widlacki, Tabordon and Village of Willow Springs' Motion to Dismiss Plaintiffs' Complaint."**

                                            **Respectfully Submitted**

                                       BY: /s/ Paul A. Rettberg
                                                Paul A. Rettberg

Paul A. Rettberg, Esq.
Stacey McGlynn Atkins, Esq.
QUERREY & HARROW, LTD.
175 West Jackson Blvd., Suite 1600
Chicago, IL  60604-2827
(312) 540-7000

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on April 22, 2008, the foregoing document was served, pursuant to L.R. 5.9 and the General Order on Electronic Filing, via the Court's Electronic Case Filing System, to:

All Counsel of Record.

The following persons were served via U.S. Mail:

Rhonda L. Casady
Attorney at Law
200 South Michigan Ave.
Suite 1240
Chicago, Illinois 60604-2430

Program Manager Danielle Butts
Children's Advocacy Center of Southwest Cook County
8651 South 79th Avenue
Justice, Illinois 60458

By: /s/ Paul A. Rettberg