IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| B.F.G., etc., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:08-cv-01565 |
| | ) |
| WILLIE BLACKMON, etc., et al., | ) Judge Conlon |
| | ) |
| Defendants. | ) Magistrate Judge Nolan |

## MOTION TO FILE ADDITIONAL APPEARANCES

Defendants J.S. and K.S. ("Defendants"), by their attorneys, Dykema Gossett PLLC, for their motion to file additional appearances, state:

1. Undersigned counsel was recently retained to represent defendants J.S. and K.S.'s interests in this matter. Defendants J.S. and K.S. seek to add Daniel M. Noland, Sonia Desai, and Molly E. Thompson of the firm Dykema Gossett PLLC as counsel of record.

2. This motion is not brought for purposes of delay, nor will any party be prejudiced as a result of defendants' request.

WHEREFORE, defendants J.S. and K.S. request that Daniel M. Noland, Sonia Desai, and Molly E. Thompson of the firm Dykema Gossett PLLC be added as counsel of record in this matter.

Dated: April 24, 2008                                 Respectfully submitted,

                                                      s/Daniel M. Noland (ARDC No. 6231175)
Daniel M. Noland                                      One of the Attorneys for Defendants,
Sonia Desai                                           J.S. and K.S.
Molly E. Thompson
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois  60606
312.876.1700

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2008, I electronically filed the foregoing **Motion to File Additional Appearances** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

James G. Sotos & Associates, Ltd.
550 East Devon
Suite 150
Itasca, Illinois  60143
630.735.3300
630.773.0980 (facsimile)

James C. Stevens, Jr.
Office of the Illinois Attorney General
100 West Randolph Street, Suite 11-200
Chicago, Illinois  60601
312.814.6788
312.814.6885 (facsimile)

Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, Illinois  60604
312.540.7000
312.540.0578 (facsimile)

Ettinger, Besbekos, & Schroeder, P.C.
12413 South Harlem Avenue
Suite 203
Palos Heights, Illinois  60463
708.923.0368
708.598.0041 (facsimile)

Odelson & Sterk, Ltd.
3318 West 95th Street
Evergreen Park, Illinois  60805
708.424.5678
708.425.1898 (facsimile)

s/ Daniel M. Noland (ARDC No. 6231175)
Daniel M. Noland

CHICAGO\2443333.1
ID\DMN