IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| B.F.G., etc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:08-cv-01565 |
| | ) | |
| WILLIE BLACKMON, etc., et al., | ) | Judge Conlon |
| | ) | |
| Defendants. | ) | Magistrate Judge Nolan |

**NOTICE OF MOTION**

TO:    See Attached Service List

    PLEASE TAKE NOTICE that on **April 29, 2008** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Suzanne B. Conlon, in Room 1743 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Motion to File Additional Appearances**.

Dated: April 24, 2008       Respectfully submitted,

     s/Daniel M. Noland (ARDC No. 6231175)

Daniel M. Noland       One of the Attorneys for Defendants,
Sonia Desai       J.S. and K.S.
Molly E. Thompson
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois  60606
312.876.1700

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

James G. Sotos & Associates, Ltd.  
550 East Devon  
Suite 150  
Itasca, Illinois  60143  
630.735.3300  
630.773.0980 (facsimile)

James C. Stevens, Jr.  
Office of the Illinois Attorney General  
100 West Randolph Street, Suite 11-200  
Chicago, Illinois  60601  
312.814.6788  
312.814.6885 (facsimile)

Querrey & Harrow, Ltd.  
175 West Jackson Boulevard  
Suite 1600  
Chicago, Illinois  60604  
312.540.7000  
312.540.0578 (facsimile)

Ettinger, Besbekos, & Schroeder, P.C.  
12413 South Harlem Avenue  
Suite 203  
Palos Heights, Illinois  60463  
708.923.0368  
708.598.0041 (facsimile)

Odelson & Sterk, Ltd.  
3318 West 95th Street  
Evergreen Park, Illinois  60805  
708.424.5678  
708.425.1898 (facsimile)

s/ Daniel M. Noland (ARDC No. 6231175)  
Daniel M. Noland

CHICAGO\2443409.1  
ID\DMN