IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| B.F.G., etc., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:08-cv-01565 |
| | ) |
| WILLIE BLACKMON, etc., et al., | ) Judge Conlon |
| | ) |
| Defendants. | ) Magistrate Judge Nolan |

**UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED MOTION TO DISMISS**

Defendants J.S. and K.S. ("Defendants"), by their attorneys, Dykema Gossett PLLC, for their motion for leave to file an amended motion to dismiss, state:

1. On April 4, 2008, a motion to dismiss plaintiffs' complaint was filed on behalf of defendants J.S. and K.S. (Dkt. 17.) Plaintiffs are to respond to the motion by April 25, 2008. (Dkt. 24.)

2. On April 22, 2008, defendants Tibordan, Widlacki, and Village of Willow Springs filed their motion to dismiss plaintiffs' complaint. (Dkt. 26.) Defendants Blackmon and Smith-Foote have been granted an extension of time to answer or otherwise plead to April 30, 2008. (Dkt. 25.)

3. Since the date defendants J.S. and K.S filed their motion to dismiss, undersigned counsel was retained to represent defendants J.S. and K.S.'s interests in this matter. On April 24, 2008, defendants J.S. and K.S. filed a motion to add Daniel M. Noland, Sonia Desai, and Molly E. Thompson of the firm Dykema Gossett PLLC as counsel of record.

4. Defendants J.S. and K.S., through their recently retained counsel, respectfully request leave to file an amended motion to dismiss.

5. The undersigned attorney informed plaintiffs' counsel that defendants J.S. and K.S. would be seeking leave to file an amended motion to dismiss. Plaintiffs' counsel does not oppose this motion.

6. This motion is not brought for purposes of delay.

WHEREFORE, defendants J.S. and K.S. request that this Court grant them leave to file an amended motion to dismiss, and for any other relief this Court deems appropriate.

Dated: April 24, 2008                                         Respectfully submitted,

 

|  |  |
|---|---|
| Daniel M. Noland<br>Sonia Desai<br>Molly E. Thompson<br>Dykema Gossett PLLC<br>10 South Wacker Drive, Suite 2300<br>Chicago, Illinois 60606<br>312.876.1700 | s/ Molly E. Thompson (ARDC No. 6293942)<br>One of the Attorneys for Defendants,<br>J.S. and K.S. |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2008, I electronically filed the foregoing **Unopposed Motion For Leave to File an Amended Motion to Dismiss** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

James G. Sotos & Associates, Ltd.  
550 East Devon  
Suite 150  
Itasca, Illinois  60143  
630.735.3300  
630.773.0980 (facsimile)

James C. Stevens, Jr.  
Office of the Illinois Attorney General  
100 West Randolph Street, Suite 11-200  
Chicago, Illinois  60601  
312.814.6788  
312.814.6885 (facsimile)

Querrey & Harrow, Ltd.  
175 West Jackson Boulevard  
Suite 1600  
Chicago, Illinois  60604  
312.540.7000  
312.540.0578 (facsimile)

Ettinger, Besbekos, & Schroeder, P.C.  
12413 South Harlem Avenue  
Suite 203  
Palos Heights, Illinois  60463  
708.923.0368  
708.598.0041 (facsimile)

Odelson & Sterk, Ltd.  
3318 West 95th Street  
Evergreen Park, Illinois  60805  
708.424.5678  
708.425.1898 (facsimile)

s/ Molly E. Thompson (ARDC No. 6293942)  
Molly E. Thompson

CHICAGO\2443495.1  
ID\METH