IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| B.F.G., etc., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:08-cv-01565 |
| | ) |
| WILLIE BLACKMON, etc., et al., | ) Judge Conlon |
| | ) |
| Defendants. | ) Magistrate Judge Nolan |

**NOTICE OF UNOPPOSED MOTION**

TO:  See Attached Service List

PLEASE TAKE NOTICE that on **April 29, 2008** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Suzanne B. Conlon, in Room 1743 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Unopposed Motion For Leave to File an Amended Motion to Dismiss**

Dated: April 24, 2008                                     Respectfully submitted,


                                                          s/Molly E. Thompson (ARDC No. 6293942)
Daniel M. Noland                                          One of the Attorneys for Defendants,
Sonia Desai                                               J.S. and K.S.
Molly E. Thompson
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois  60606
312.876.1700

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2008, I electronically filed the foregoing **Notice of Unopposed Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

| | |
|---|---|
| James G. Sotos & Associates, Ltd.<br>550 East Devon<br>Suite 150<br>Itasca, Illinois  60143<br>630.735.3300<br>630.773.0980 (facsimile) | James C. Stevens, Jr.<br>Office of the Illinois Attorney General<br>100 West Randolph Street, Suite 11-200<br>Chicago, Illinois  60601<br>312.814.6788<br>312.814.6885 (facsimile) |
| Querrey & Harrow, Ltd.<br>175 West Jackson Boulevard<br>Suite 1600<br>Chicago, Illinois  60604<br>312.540.7000<br>312.540.0578 (facsimile) | Ettinger, Besbekos, & Schroeder, P.C.<br>12413 South Harlem Avenue<br>Suite 203<br>Palos Heights, Illinois  60463<br>708.923.0368<br>708.598.0041 (facsimile) |
| Odelson & Sterk, Ltd.<br>3318 West 95th Street<br>Evergreen Park, Illinois  60805<br>708.424.5678<br>708.425.1898 (facsimile) | |

s/Molly E. Thompson (ARDC No. 6293942)
Molly E. Thompson

CHICAGO\2443475.1
ID\METH