IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| B.F.G., by his parents and next friends, R.G. and B.G., and R.G. and B.G., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 C 1565 HON. SUZANNE B. CONLON |
| WILLIE BLACKMON, Investigator, Division of Child Protection ("DCP"), of The Illinois Department of Children and Family Services ("DCFS"), et al., | ) ) ) ) ) | Judge Presiding |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME TO ANSWER**

NOW COME the Defendants, Willie Blackmon, Investigator, Illinois Department of Children and Family Services, in his individual capacity, Kimberly Smith-Foote, Investigative Supervisor, Illinois Department of Children and Family Services, in her individual capacity, by their attorney, by Lisa Madigan, Attorney General for the State of Illinois, and move this Court for an extension of time until May 22, 2008, within which to answer Plaintiffs' complaint. In support thereof, Defendants state as follows:

1. Defendants' Blackmon and Smith-Foote's answer is due to be filed on April 30, 2008. Defendants seek an extension of time until May 22, 2008 within which to answer the complaint. Defendants also seek the same extension of time for Defendant Rhonda Casady, who has requested representation from the Attorney General's Office.

2. Despite counsel's best efforts, an extension of time is necessary, notwithstanding the dedication of all available resources to this matter. Counsel for Defendants are also responsible for the representation of the DCFS Director and employees in numerous cases,

several of which have required the expenditure of extraordinary amounts of time, including:

*Dupuy v. McEwen,* 07-1075 (United States Supreme Court): assist in preparation of response to petition for writ of certiorari in *Dupuy* II; *Dupuy v. McEwen,* 97 C 4199 (Pallmeyer, J.): preparation of Defendant's detailed response to Plaintiffs' petition for attorneys' fees and costs in an amount in excess of $6,100,000.00; and *Hobbs v. Hickman,* 00 L 6584 (Ward, J.): motion to compel disclosure of documents; motion for summary judgment).

    3.    This extension of time will not impede the progress of this case.

    4.    This motion is not made for purposes of delay. The granting of this motion would not prejudice Plaintiffs and would be in the best interest of justice.

WHEREFORE, Defendants request that this Honorable Court grant Defendants Blackmon, Smith-Foote, and Casady an extension of time until May 22, 2008, within which to answer or otherwise plead.

                                Respectfully submitted,

                                LISA MADIGAN
                                Illinois Attorney General

                 By:   s/Barbara L. Greenspan
                        Barbara L. Greenspan
                        Assistant Attorney General
                        100 W. Randolph St., 11-200
                        Chicago, Illinois 60601
                        (312) 814-7087

Case 1:08-cv-01565   Document 35-2   Filed 04/25/2008   Page 1 of 1

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, deposes and states that a copy of the attached **DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER** was served upon counsel of record by electronic filing this 25th day of April 2008.

               _s/Barbara L. Greenspan
                 Attorney