IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| B.F.G., by his parents and next friends, R.G. and B.G., and R.G. and B.G., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 C 1565 HON. SUZANNE B. CONLON |
| WILLIE BLACKMON, Investigator, Division of Child Protection ("DCP"), of The Illinois Department of Children and Family Services ("DCFS"), et al., | ) ) ) ) ) | Judge Presiding |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   See attached service list

PLEASE TAKE NOTICE that the undersigned will bring the attached **MOTION FOR EXTENSION OF TIME TO ANSWER** for hearing before the Honorable Suzanne B. Conlon in Room 1743 or whomever may be sitting in her stead at the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, on the 30th day of April, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard.

| | |
|---|---|
| BARBARA L. GREENSPAN | LISA MADIGAN |
| Assistant Attorney General | Illinois Attorney General |
| 100 W. Randolph, Suite 4-600 | By: s/Barbara L. Greenspan |
| Chicago IL 60601 | BARBARA L. GREENSPAN |
| 312/814-6747 | Assistant Attorney General |

## Service List

**James Gus Sotos**
James G. Sotos & Associates, Ltd.
550 East Devon
Suite 150
Itasca, IL 60143
(630) 735-3300
Email: jsotos@jsotoslaw.com

**Julie K. Bisbee**
James G. Sotos & Associates
550 E. Devon
Suite 150
Itasca, IL 60143
630 735 3314
Email: jbisbee@jsotoslaw.com

**Lance D. Northcutt**
Berg Northcutt & Berg
2100 West 35th Street
Chicago, IL 60609
773 252 7220

**James C. Stevens, Jr.**
Office of the Illinois Attorney General
100 West Randolph Street
Suite 11-200
Chicago, IL 60601
(312) 814-6788
Email: jim.stevens@illinois.gov

**Paul Alan Rettberg**
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827
(312) 540-7000
Email: prettberg@querrey.com

**Michael J. McGrath**
Odelson & Sterk, Ltd.
3318 West 95th Street
Evergreen Park, IL 60805
(708) 424-5678
Email: mmcgrath@odelsonsterk.com

**Stacey McGlynn Atkins**
Querrey & Harrow, Ltd.
175 W. Jackson Blvd.
Suite 1600
Chicago, IL 60604-2827
(312) 540-7000
Fax: (312) 540-0578
Email: satkins@querrey.com

**Cheryl Ann Schroeder**
Ettinger, Besbekos, & Schroeder, P.C.
12413 S. Harlem Avenue
Suite 203
Palos Heights, IL 60463
708-923-0368