UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of | Case |
|---|---|
| **B.F.G., by his parents and next friends, R.G. and B.G., and R.G., and B.G.,**  v.  **WILLIE BLACKMON, Investigator, Division Of Child Protection ("DCP"), of the Illinois, Department of Children and Family Services ("DCFS"), et al.,** | **08 C 1565**  **JUDGE CONLON**  **MAGISTRATE JUDGE NOLAN** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendants Detective Tibordan, Officer Widlacki, and the Village of Willow Springs**

| NAME | **Jason Scott Callicoat** |
|---|---|
| SIGNATURE | **s/ Jason Scott Callicoat** |
| FIRM | **Querrey & Harrow, Ltd.** |
| STREET ADDRESS | **175 West Jackson Boulevard, Suite 1600** |
| CITY/STATE/ZIP | **Chicago, Illinois  60604** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  **6285863** | TELEPHONE NUMBER  **(312) 540-7000** |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES          NO   **X** ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES          NO   **X** ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?       YES          NO   **X** ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES     NO   **X** ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL                             APPOINTED COUNSEL ||

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 28th day of April, 2008, the foregoing **Appearance** was served, Federal Rule of Civil Procedure 5(a) and L.R. 5.5, by placing the same in the U.S. Mail, First Class postage paid, to:

All counsel of record.

/s/ Jason S. Callicoat
Jason S. Callicoat

Jason S. Callicoat
Querrey & Harrow, Ltd.
175 West Jackson, Suite 1600
Chicago, Illinois  60604-2827
Direct: (312) 540-7040
FAX: (312) 540-0578
E-mail: jcallicoat@querrey.com