50614-RET/ATK

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| B.F.G. by his parents and next friends, R.G. and B.G., and R.G. and B.G. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 08 C 1565 |
| Willie Blackmon, Investigator, Division of Child Protection, ("DCP"), of the Illinois Department of Children and Family Services, ("DCFS"), in his individual capacity; Kimberly Smith-Foote, Investigative Supervisor (DCP), in her individual capacity, Danielle Butts, Supervisor, Child Advocacy Center of Southwest Cook County Illinois ("CAC") in her individual Capacity, Rhonda Casady, attorney for DCFS, In her individual capacity, Detective Tabordon and Officer Widlacki, police officers, Willow Springs Police Department, in their individual capacities, Village of Willow Springs, Illinois, a Municipal Corporation and J.S. and K.S., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | JUDGE SUZANNE B. CONLON MAGISTRATE JUDGE NOLAN |
| Defendants. | ) | |

**DEFENDANTS WIDLACKI, TABORDON AND VILLAGE OF WILLOW SPRINGS'
MOTION FOR AMENDMENT / CORRECTION TO THE CAPTION**

NOW COME the Defendants, Detective Tibordan and Officer Widlacki, police officers, Willow Springs Police Department, in their individual capacities, and the Village of Willow Springs, Illinois, a Municipal Corporation, by and through their counsel of record QUERREY & HARROW, LTD., and move this Court to enter an Order amending / correcting the caption in this matter. In support of the instant motion, Defendants state as follows:

1. This matter was filed on March 18, 2008, naming, among others, "Detective Tibordan" as a party defendant.

2. The correct spelling of the party defendant's name is Robert **Tabordon**.

3. For the sake of clarity and consistency, Defendants respectfully request that the correct spelling of the party defendant's name be reflected in the caption of this matter, and in all subsequent filings to this Honorable Court.

4.      This motion is not brought for any improper purpose, nor will any party be prejudiced or this matter delayed as a result of this motion.

WHEREFORE, Defendants Detective Tibordan and Officer Widlacki, police officers, Willow Springs Police Department, in their individual capacities, and the Village of Willow Springs, Illinois, a Municipal Corporation, respectfully request the entry of an Order of the Court mandating the caption of this matter to read as follows:

| | | |
|---|---|---|
| **"B.F.G. by his parents and next friends,** | ) | |
| **R.G. and B.G., and R.G. and B.G.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| v. | ) | **08 C 1565** |
| | ) | |
| **Willie Blackmon, Investigator, Division of** | ) | **JUDGE SUZANNE B. CONLON** |
| **Child Protection, ("DCP"), of the Illinois** | ) | |
| **Department of Children and Family Services,** | ) | **MAGISTRATE JUDGE NOLAN** |
| **("DCFS"), in his individual capacity;** | ) | |
| **Kimberly Smith-Foote, Investigative Supervisor** | ) | |
| **(DCP), in her individual capacity; Danielle Butts,** | ) | |
| **Supervisor, Child Advocacy Center of Southwest** | ) | |
| **Cook County Illinois ("CAC") in her individual** | ) | |
| **capacity; Rhonda Casady, attorney for DCFS,** | ) | |
| **in her individual capacity; Detective Tabordon** | ) | |
| **and Officer Widlacki, police officers,** | ) | |
| **Willow Springs Police Department,** | ) | |
| **in their individual capacities;** | ) | |
| **Village of Willow Springs, Illinois, a Municipal** | ) | |
| **Corporation; and J.S. and K.S.,** | ) | |
| | ) | |
| **Defendants.** | )" | |

Respectfully Submitted,

/s/ Stacey McGlynn Atkins
**One of the Attorneys for Defendants Village of Willow Springs, Robert Tabordon, and Craig Widlacki**

Paul Rettberg
Stacey McGlynn Atkins
Jason Callicoat
QUERREY & HARROW, LTD.
175 W. Jackson, Ste. 1600
Chicago, IL 60604
312-540-7000