## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1565 | **DATE** | 5/1/2008 |
| **CASE TITLE** | B.F.G., ET AL vs. WILLIE BLACKMON, ET AL | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff shall file an amended complaint by May 12, 2008. Responsive pleadings are due by May 28, 2008. Defendants J.S. and K.S.' motion [32] for leave to file an amended motion to dismiss and defendants' Village of Willow Springs, Robert Tabordon and Craig Widlacki motion [26] to dismiss are moot. Defendants J.S. and K.S.' motion [30] to file additional appearance is granted. Defendants Blackmon and Smith-Foote's motion [35] for an extension of time to May 22, 2008, to answer or otherwise plead is moot.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|