**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| B.F.G., R.G. and B.G. v. Willie Blackmon, et. al. | 08 C 1565 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kathy Scaramella and John Scaramella

| NAME (Type or print) |
|---|
| Michael D. Ettinger |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Michael D. Ettinger |

| FIRM Ettinger, Besbekos & Schroeder, P.C. |
|---|

| STREET ADDRESS   12413 S. Harlem Avenue, Suite 203 |
|---|

| CITY/STATE/ZIP  Palos Heights, Illinois 60463 |
|---|

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 0757268 | 708-923-0368 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X   NO ☐ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO X ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X   NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ |