# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1565 | **DATE** | 5/5/2008 |
| **CASE TITLE** | B.F.G., ET AL vs. WILLIE BLACKMON, *et al.* | | |

## DOCKET ENTRY TEXT

Status and motion hearing held. Defendants Widlacki, Tabordon and Village of Willow Springs' motion [38] for amendment/correction of the caption is granted. The clerk shall amend the docket to accurately reflect correct spelling of defendant Tabordon's last name. Parties shall comply with FRCP 26(a)(1) by May 27, 2008. Proponents shall comply with FRCP 26(a)(2) by November 20, 2008. Opponents shall comply with FRCP 26(a)(2) by December 20, 2008. Discovery cutoff and filing of dispositive motions with supporting memoranda are set on February 20, 2009. Submission of the joint final pretrial order and agreed pattern jury instructions is set on March 26, 2009 at 9:00 a.m.; plaintiffs shall submit draft to defendants by March 16, 2009. The case is placed on the April trial calender.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:15

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-01565 Document 43 Filed 05/05/2008 Page 1 of 1

08C1565 B.F.G., ET AL vs. WILLIE BLACKMON    Page 1 of 1