## United States District Court for the Northern District of Illinois

Case Number: 08CV1565          Assigned/Issued By: DAJ

Judge Name: CONLON             Designated Magistrate Judge: NOLAN

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00   ☐ $39.00   ☐ $5.00
                ☐ IFP       ☐ No Fee   ☐ Other _____
                ☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____
                                         _____
☐ Citation to Discover Assets            (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__1__ Original and __0__ copies on __05/13/08__ as to __CHILD ADVOCACY__
                                      (Date)
CENTER SOUTHWEST COOK COUNTY.

---

C:\wpwin80\docket\feeinfo.frm     03/14/05