IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| B.F.G., etc., et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:08-cv-01565 |
| WILLIE BLACKMON, etc., et al., | ) ) Judge Conlon |
| Defendants. | ) ) Magistrate Judge Nolan |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants J.S. and K.S. ("Defendants"), by their attorneys, Dykema Gossett PLLC, and for their unopposed motion for extension of time to answer or otherwise plead, state as follows:

1.   Defendants' responsive pleading was due May 28, 2008.

2.   Although Defendants' motion to dismiss and memorandum is substantially complete, Defendants request an additional two days so Defendants' counsel can continue to work on the memorandum and if possible condense it so it adheres to this Court's fifteen-page limit for memoranda.

3.   This motion is not presented for purposes of unnecessary delay and will not serve to prejudice any party.

4.   Plaintiffs' counsel has advised Defendants' counsel that plaintiffs have no objection to this motion.

WHEREFORE, Defendants, J.S and K.S., respectfully request a two-day extension of time to answer or otherwise plead to Plaintiffs' amended complaint, and for any other relief this Court deems appropriate.

Respectfully submitted,

s/Molly E. Thompson (ARDC No. 6293942)
One of the Attorneys for Defendants,
J.S. and K.S.

Daniel M. Noland
Sonia Desai
Molly E. Thompson
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
312.876.1700

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2008, I electronically filed the foregoing **Unopposed Motion for Extension of Time** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

James G. Sotos & Associates, Ltd.
550 East Devon
Suite 150
Itasca, Illinois  60143
630.735.3300
630.773.0980 (facsimile)

Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, Illinois  60604
312.540.7000
312.540.0578 (facsimile)

Odelson & Sterk, Ltd.
3318 West 95th Street
Evergreen Park, Illinois  60805
708.424.5678
708.425.1898 (facsimile)

James C. Stevens, Jr.
Office of the Illinois Attorney General
100 West Randolph Street, Suite 11-200
Chicago, Illinois  60601
312.814.6788
312.814.6885 (facsimile)

Ettinger, Besbekos, & Schroeder, P.C.
12413 South Harlem Avenue
Suite 203
Palos Heights, Illinois  60463
708.923.0368
708.598.0041 (facsimile)

s/Molly E. Thompson (ARDC No. 6293942)
Molly E. Thompson

CHICAGO\2454317.1
ID\METH