IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| B.F.G., by his parents and next friends, R.G and B.G., and R.G., and B.G.,<br><br>Plaintiffs,<br><br>v.<br><br>Willie Blackmon, Investigator, Division of Child Protection, ("DCP"), of the Illinois Department of Children and Family Services("DCFS"), in his individual capacity; et. al.<br><br>Defendants. | No. 08 C 1565<br><br>The Honorable Judge Suzanne B. Conlon<br>Magistrate Judge Nan R. Nolan |

**NOTICE OF FILING**

To:   All Counsel of Record
       (See Attached Service List)

I hereby certify that on the 30th day of May, 2008, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system, copies of which are attached hereto:

- Attorney Appearance Form for Steven C. Wolf
- Attorney Appearance Form for Patrick R. Grady
- Attorney Appearance Form for Jessica K. Burtnett

Respectfully submitted,

S/ Patrick R. Grady
Attorney for Defendants Danielle Butts
and Jane Addams Hull House Association

Steven C. Wolf
Patrick R. Grady
Jessica K. Burtnett
The Law Offices of WOLF & WOLFE, LTD.
25 East Washington Street - Suite 700
Chicago, Illinois 60602
(312) 855-0500
F:\FILE\BURTNETT\BFG\NOTFILAPP2.DOC

B. F. G. v. Blackmon, et al.
Case No.: 08-1565

# SERVICE LIST

**Attorneys for B.F.G. ,family & friends**
James G. Sotos
Julie K. Brisbee
James G. Sotos & Associates Ltd.
550 E. Devon, Suite 150
Itasca IL 60143
Ph – 630.735.3300
Fx – 630.773.0980

Lance D. Northcutt
Berg Northcutt & Berg
2100 W. 35th Street
Chicago IL 60609
Ph –
Fx –


**Attorneys for Village of Willow Springs, Officer Craig Widlacki & Detective Robert Tibordan**
Michael J. McGrath
Mark Sterk
Odelson & Sterk Ltd
3318 West 95th Street
Evergreen Park, IL 60805
Ph – 708.424.5678
Fx – 708.425.1898

Paul Rettberg
Stacy McGlynn Atkins
Jason S. Callicoat
Querrey & Harrow, Ltd.
175 W. Jackson Blvd. Suite 1600
Chicago IL 60604
Ph – 312.540.7040
Fx – 312.540.0578


**Attorney for DCFS, Willie Blackmon, & Kimberly Smith-Foote**
James C. Stevens
Barbara Greenspan
Illinois Attorney General's Office
Child Welfare Bureau
100 W. Randolph St., 11th Floor
Chicago IL 60601
Ph – 312.841.6788
Fx – 312.814.6885

**Attorneys for Danielle Butts**
Mitchell A. Orpett
Tribler Orpett & Meyer, P.C.
225 W. Washington St., Suite 1300
Chicago IL 60606
Ph – 312.201.6413
Fx – 312.201.6401

**Rhonda L. Casady**
Attorney at Law
200 S. Michigan Ave., Suite 1240
Chicago IL 60604
Ph – 312.939.3456
Fx – 312.939.3457


**Attorneys for Dr. John G. & Kathleen A. Scaramella**
Michael D. Ettinger
Cheryl Ann Schroeder
Ettinger, Besbekos & Schroeder P.C.
12413 S. Harlem Ave., Suite 203
Palos Heights, IL 60464
Ph – 708.923.0368
Fx – 708.923.0386

Daniel Noland
Molly E. Thompson
Dykema Gosett PLLC
10 S. Wacker Drive, Suite 2300
Chicago IL 60606
Ph – 312.876.1700
Fx – 312.876.1155

F:\FILE\BURTNETT\BFG\SERVICELIST2.doc