IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| B.F.G., by his parents and next friends, | ) | |
| R.G and B.G., and R.G., and B.G., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08 C 1565 |
| | ) | |
| Willie Blackmon, Investigator, Division of | ) | The Honorable Judge Susan B. Conlon |
| Child Protection, ("DCP"), of the Illinois | ) | Magistrate Judge Nan R. Nolan |
| Department of Children and Family | ) | |
| Services("DCFS"), in his individual | ) | |
| capacity; et. al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:    All Counsel, please see attached Service List

PLEASE BE ADVISED that on the 10th day of June, 2008 at 9:00 a.m., we shall appear before the Honorable Judge Susan B. Conlon, in Courtroom 1744 at the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present **Motion To Vacate and For Extension of Time**, a copy of which is attached.

Respectfully submitted,

S/ Patrick R. Grady
Attorney for Defendant

Steven C. Wolf
Patrick R. Grady
Jessica K. Burtnett
THE LAW OFFICES OF WOLF & WOLFE, LTD.
25 E. Washington Street, Suite 700
Chicago, Illinois 60602
(312) 855-0500

## CERTIFICATE OF SERVICE

I, Jessica K. Burtnett, an attorney, hereby certify that a copy of the foregoing Notice of Motion is being served on 30th day of May, 2008 on the above counsel.

Attorney for Danielle Butts, Jane Adams Hull House Association

S/ Jessica K. Burtnett

*B. F. G. v. Blackmon, et al.*
*Case No.: 08-1565*

## SERVICE LIST

### Attorneys for B.F.G. ,family & friends
James G. Sotos
Julie K. Brisbee
James G. Sotos & Associates Ltd.
550 E. Devon, Suite 150
Itasca IL 60143
Ph – 630.735.3300
Fx – 630.773.0980

Lance D. Northcutt
Berg Northcutt & Berg
2100 W. 35th Street
Chicago IL 60609
Ph –
Fx –

### Attorneys for Village of Willow Springs, Officer Craig Widlacki & Detective Robert Tibordan
Michael J. McGrath
Mark Sterk
Odelson & Sterk Ltd
3318 West 95th Street
Evergreen Park, IL 60805
Ph – 708.424.5678
Fx – 708.425.1898

Paul Rettberg
Stacy McGlynn Atkins
Jason S. Callicoat
Querrey & Harrow, Ltd.
175 W. Jackson Blvd. Suite 1600
Chicago IL 60604
Ph – 312.540.7040
Fx – 312.540.0578

### Attorney for DCFS, Willie Blackmon, & Kimberly Smith-Foote
James C. Stevens
Barbara Greenspan
Illinois Attorney General's Office
Child Welfare Bureau
100 W. Randolph St., 11th Floor
Chicago IL 60601
Ph – 312.841.6788
Fx – 312.814.6885

**Rhonda L. Casady**
200 S. Michigan Ave., Suite 1240
Chicago IL 60604
Ph – 312.939.3456
Fx – 312.939.3457


**Attorneys for Dr. John G. & Kathleen A. Scaramella**
Michael D. Ettinger
Cheryl Ann Schroeder
Ettinger, Besbekos & Schroeder P.C.
12413 S. Harlem Ave., Suite 203
Palos Heights, IL 60464
Ph – 708.923.0368
Fx – 708.923.0386

Daniel Noland
Molly E. Thompson
Dykema Gosett PLLC
10 S. Wacker Drive, Suite 2300
Chicago IL 60606
Ph – 312.876.1700
Fx – 312.876.1155

F:\FILE\BURTNETT\BFG\SERVICELIST2.doc