IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| B.F.G., etc., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:08-cv-01565 |
| WILLIE BLACKMON, etc., et al., | ) Judge Conlon |
| Defendants. | ) Magistrate Judge Nolan |

**DEFENDANTS J.S. AND K.S.'S MOTION TO DISMISS**

Defendants J.S. and K.S. ("Defendants"), by their attorneys, Dykema Gossett PLLC, pursuant to Federal Civil Procedure 12(b)(6), hereby move to dismiss Plaintiffs' Amended Complaint as Law:

1. In their Amended Complaint at Law, Plaintiffs have sued J.S. and K.S. in the following counts: Count VI—due process under 42 U.S.C. § 1983; Count VII—conspiracy under 42 U.S.C. § 1983; Count VIII—malicious prosecution under state law; Count IX—civil conspiracy under state law; Count X—defamation *per se* under state law; Count XI—intentional infliction of emotional distress under state law; Count XII—false light invasion of privacy under state law; Count XIII—negligent supervision of minors under state law; and Count XIV—parental liability under 740 ILCS 115 *et seq.*.

2. As alleged against J.S. and K.S., Counts VI, VII, VIII, IX, X, XI, XII, XIII and XIV of Plaintiffs' complaint fail to state a claim because each count is unsupported by Plaintiffs' factual allegations and the law. As stated more fully in J.S. and K.S.'s memorandum in support of this motion to dismiss, all counts against them should be dismissed with prejudice. In addition, although J.S. and K.S. are not specifically identified in Counts I, II, III, IV, and V of the complaint, in the event Plaintiffs intended to include J.S. and K.S. in those counts asserted

against "Defendants," those counts as well should be dismissed for the reasons stated more fully in the memorandum supporting this motion.

WHEREFORE, defendants J.S. and K.S. respectfully request that this Court dismiss Counts VI, VII, VIII, IX, X, XI, XII, XIII, and XIV of Plaintiffs' Amended Complaint against Defendants J.S. and K.S.

Dated: May 30, 2008                              Respectfully submitted,

                                                 s/ Molly E. Thompson (ARDC No. 6293942)
Daniel M. Noland                                 One of the Attorneys for Defendants,
Sonia Desai                                      J.S. and K.S.
Molly E. Thompson
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois  60606
312.876.1700

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2008, I electronically filed the foregoing **Motion to Dismiss** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

| | |
|---|---|
| James G. Sotos & Associates, Ltd.<br>550 East Devon<br>Suite 150<br>Itasca, Illinois  60143<br>630.735.3300<br>630.773.0980 (facsimile) | James C. Stevens, Jr.<br>Office of the Illinois Attorney General<br>100 West Randolph Street, Suite 11-200<br>Chicago, Illinois  60601<br>312.814.6788<br>312.814.6885 (facsimile) |
| Querrey & Harrow, Ltd.<br>175 West Jackson Boulevard<br>Suite 1600<br>Chicago, Illinois  60604<br>312.540.7000<br>312.540.0578 (facsimile) | Ettinger, Besbekos, & Schroeder, P.C.<br>12413 South Harlem Avenue<br>Suite 203<br>Palos Heights, Illinois  60463<br>708.923.0368<br>708.598.0041 (facsimile) |
| Odelson & Sterk, Ltd.<br>3318 West 95th Street<br>Evergreen Park, Illinois  60805<br>708.424.5678<br>708.425.1898 (facsimile) | |

s/ Molly E. Thompson (ARDC No. 6293942)
Molly E. Thompson

CHICAGO\2453836.1
ID\METH