IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| B.F.G., by his parents and next friends, R.G and B.G., and R.G., and B.G., <br><br> Plaintiffs, <br><br> v. <br><br> Willie Blackmon, Investigator, Division of Child Protection, ("DCP"), of the Illinois Department of Children and Family Services("DCFS"), in his individual capacity; et. al. <br><br> Defendants. | No. 08 C 1565 <br><br> The Honorable Judge Susan B. Conlon <br> Magistrate Judge Nan R. Nolan |

**MOTION TO VACATE AND FOR EXTENSION OF TIME**

NOW COME Defendants, Danielle Butts and Jane Addams Hull House Association, incorrectly sued as Child Advocacy Center of Southwest Cook County, Illinois, by and through their attorneys, Steven C. Wolf, Patrick R. Grady and Jessica K. Burtnett of The Law Offices of Wolf & Wolfe, Ltd., and in support of their Motion to Vacate and for Extension of Time states as follows:

1. The purpose of this motion is to vacate any defaults and to seek additional time to answer, move or otherwise plead to Plaintiffs' Amended Complaint and to file FRCP 26(a)(1) disclosures.

2. This is Defendants Danielle Butts and Jane Addams Hull House Association's first motion seeking an extension.

3. Plaintiffs filed their Complaint at Law against several defendants, including Ms. Danielle Butts, on March 18, 2008.

4. Service of Plaintiffs' Complaint at Law was made upon Ms. Butts on March 24, 2008.

5. Ms. Butts promptly transmitted said Complaint to her insurance carrier. However, Ms. Butts' insurance carrier did not transmit said Complaint to counsel until May 22, 2008 due to conflicts and coverage issues.

6. On May 1, 2008, this Court entered an order allowing Plaintiffs to file an Amended Complaint by May 12, 2008. Parties were to file responsive pleadings by May 28, 2008.

7. With their Amended Complaint, Plaintiffs added Ms. Butt's employer, Jane Addams Hull House Association, incorrectly sued as Child Advocacy Center of Southwest Cook County, Illinois, as a defendant.

8. Jane Addams Hull House Association was not served with Plaintiffs' Amended Complaint until May 27, 2008.

9. On May 5, 2008, this Court entered a scheduling ordering requiring the parties to file FRCP 26(a)(1) disclosures by May 27, 2008.

10. Defendants require additional time to investigate the allegations and prepare the necessary responsive pleadings and disclosures.

11. Counsel is seeking this remedy after only having the suit for one week. This motion was not brought earlier as counsel needed time to contact Ms. Butts and a representative of Jane Addams Hull House Association to verify service and obtain a basic understanding of the facts.

12. Defendants would be highly prejudiced if they were prevented from responding to Plaintiffs' Amended Complaint and filing FRCP 26(a)(1) disclosures without the opportunity to completely investigate the facts of this case.

13. The benefits of having Danielle Butts and Jane Addams Hull House Association represented by counsel and fully participating in the litigation outweigh any prejudice to the other parties.

WHEREFORE, Defendants, Danielle Butts and Jane Addams Hull House Association, incorrectly sued as Child Advocacy Center of Southwest Cook County, Illinois, pray that this Honorable Court vacate any and all defaults, technical or otherwise and grant them an additional 28 days to answer, move or otherwise plead to Plaintiff's Amended Complaint at Law and to file their FRCP 26(a)(1) disclosures.

                    Respectfully submitted,

                    S/ Patrick R. Grady
                    Attorney for Defendant

Steven C. Wolf
Patrick R. Grady
Jessica K. Burtnett
The Law Offices of WOLF & WOLFE, LTD.
25 East Washington Street - Suite 700
Chicago, Illinois 60602
(312) 855-0500
F:\FILE\BURTNETT\BFG\MOTLEAVEFILE.doc