# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1565 | **DATE** | 5/30/2008 |
| **CASE TITLE** | B.F.G., ET AL vs. WILLIE BLACKMON, ET AL | | |

**DOCKET ENTRY TEXT**

Defendants Widlacki, Tabordon and Village of Willow Springs' motion [46] to dismiss plaintiffs' amended complaint is taken under advisement. Plaintiffs' response shall be filed by June 19, 2008; reply is due by June 26, 2008. The motion will not be heard as noticed on June 4, 2008.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|