# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1565 | **DATE** | 6/05/2008 |
| **CASE TITLE** | B.F.G., ET AL vs. WILLIE BLACKMON, ET AL | | |

**DOCKET ENTRY TEXT**

Defendants J.S. and K.S.'s motion [56] to dismiss is taken under advisement. Plaintiffs' response shall be filed by June 19, 2008; reply is due by June 26, 2008. Plaintiffs shall file a consolidated response to all motions to dismiss not to exceed 20 pages.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-01565    Document 63    Filed 06/05/2008    Page 1 of 1

08C1565 B.F.G., ET AL vs. WILLIE BLACKMON, ET AL                                Page 1 of 1