**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| **B.F.G.**, by his parents and next friends, **R.G** and **B.G.**, and **R.G.**, and **B.G.**, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 C 1565 |
| Willie Blackmon, Investigator, Division of Child Protection, ("DCP"), of the Illinois Department of Children and Family Services("DCFS"), in his individual capacity; Kimberly Smith-Foote, Investigative Supervisor (DCP), in her individual capacity; Danielle Butts, supervisor, Child Advocacy Center of Southwest Cook County, Illinois ("CAC"), in her individual capacity; Rhonda Casady, attorney for DCFS, in her individual capacity, Detective Tabordon and Officer Widlacki, police officers, Willow Springs Police Department, in their individual capacities; Village of Willow Springs, Illinois, a Municipal Corporation; and J.S. and K.S. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Judge Conlon Magistrate Judge Nolan    Jury Demand |
| Defendants. | ) ) | |

**PLAINTIFFS' MOTION FOR DEFAULT**

NOW COME Plaintiffs, by and through their attorneys, James G. Sotos and Julie K.
Bisbee of JAMES G. SOTOS & ASSOC., LTD. and Lance D. Northcutt of BERG,
NORTHCUTT & BERG, and for their Motion for Default against Defendant Rhonda L. Casady
state as follows:

**BACKGROUND**

1.    On March 18, 2008 Plaintiffs filed this action against the above-named Defendants. (See
   Exhibit A, Docket for 08-1565.)

2.    Plaintiffs hired Delorto, Mazzola and Associates to personally serve the defendants in this

matter on March 19, 2008.  (See Exhibit B, Affidavit of Jim Delorto.)

3.    On March 20, 2008 Jim Delorto traveled to 200 South Michigan Avenue, Suite 1240,

Chicago, Illinois to serve Defendant Rhonda Casady ("Casady") at her office.  (Ex. B.)

4.    Upon his arrival, Casady's receptionist called her on the telephone.  After the call, the

receptionist then informed Mr. Delorto that Casady did not work there. (Ex. B.)

5.    In the early evening of March 20, 2008, Mr. Delorto traveled to 1511 W. Greenleaf,

Chicago, Illinois to serve Casady at her residence. (Ex. B.)

6.    Casady identified herself to Mr. Delorto but refused to answer the door.  (Ex. B.)

7.    Mr. Delorto had a conversation with Casady through her window where she stated that

she did not want the summons.  (Ex. B.)

8.    After repeated efforts to reason with Casady, Mr. Delorto informed her that he was

"serving her" and told her that the summons was in her mailbox.  (Ex. B.)

9.    After leaving Casady's house, Mr. Delorto drove around the block and upon his return to

her residence found that the summons had been removed from the mailbox.   (Exhibit C,

Affidavit of Service.)

10.   Federal Rule of Civil Procedure 12(a)(1)(A) provides that a defendant shall serve an

answer "within 20 days after being served with the summons and complaint. . ." Fed. R.

Civ. P. 12(a)(1)(A).

11.   As such, Defendant Casady's Answer to the Summons and Complaint was due by April

9, 2008.

12.   After filing the initial Complaint, Plaintiff's counsel was in contact with Beth Solomon of

the Illinois Department of Children and Family Services regarding the representation of

Casady.

13.  On or about April 15, 2008, in a phone conversation with Ms. Solomon regarding the possibility of a default judgment against Casady, Ms. Solomon assured Plaintiffs' counsel, Julie Bisbee, that Casady would respond by April 21, 2008.

14.  Casady did not file any sort of response, or contact Plaintiff's counsel by April 21, 2008.

15.  During a telephone conference between all parties on April 22, 2008, Ms. Solomon stated that she was on the conference call to represent the interests of Rhonda Casady.  Ms. Solomon again assured Plaintiffs' counsel that Casady would respond in some manner to the Complaint by the end of the week, or April 25, 2008.

16.  As of May 5, 2008, at the initial status hearing in this matter, Casady still had not answered the complaint, filed any motion, or filed an appearance in this matter.  At the May 5, 2008 hearing, Barbara Greenspan, an attorney for DCFS who is in contact with Casady, once more asserted that Casady was seeking counsel and requested that Plaintiffs' counsel grant her and additional fourteen days to answer.

17.  Plaintiffs' counsel, James Sotos, agreed to provide Casady with fourteen additional days to answer.

18.  On May 12, 2008, Plaintiffs filed their Amended Complaint, and on the next day served Casady at her office via Federal Express.  In an Order dated May 1, 2008, this Honorable Court had given all Defendants until May 28, 2008 to Answer the Amended Complaint.

19.  On May 27, 2008, Casady contacted Plaintiffs' counsel and requested additional time to answer or otherwise plead, as well as file her appearance.

20.  At that time, Plaintiffs' counsel informed Casady that her Rule 26(a)(1) Disclosures were in fact due that day, and that her answer was due the next.   Casady asserted that she

would file her appearance no later than May 28, 2008. Also, Plaintiffs' counsel agreed to allow Casady an additional two weeks, until June 10, 2008, to answer or otherwise plead.

21.    As of the date of this filing, even though it has been over sixty (60) days since she was initially served with the Summons, on March 20, 2008, Casady has failed to file her Appearance in this matter.

22.    Further, though it has been over thirty (30) days since she was served with the Amended Complaint, she has still failed to appear or file her Answer to the Amended Complaint, despite the fact that it is well beyond the time granted by Plaintiffs' counsel, the Court, or the time proscribed by Rule 12(a).

23.    Fed.R.Civ.P. Rule 55(a) provides that "[w]hen a party against whom judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default." Fed. R. Civ. P. 55(a).

## ARGUMENT

Federal Rule of Civil Procedure 12(a)(1) "requires a defendant to file an answer within twenty (20) days of service of summons and complaint; failure to do so may result in the defendant's default under Rule 55(a)." *O'Brien v. R.J. O'Brien & Assoc., Inc.*, 998 F.2d 1394, 1397 (7th Cir. 1993). The decision to enter default against a defendant is "within the discretion of the district court." *Id.* at 1398. Pursuant to Rule 55(a), default should be entered against Defendant Casady for her willful ignoring of the Court's deadlines, her willful refusal to comply with several agreed upon extensions of time among counsel, and her willful failure to respond to Plaintiffs' Amended Complaint within the time allowed by the Federal Rules of Civil Procedure. Fed. R. Civ. P. 55(a).

Further, a district court is justified in "entering default against a party and refusing to vacate the default if the defaulting party has exhibited a willful refusal to litigate the case properly." *Davis v. Hutchins*, 321 F.3d 641, 646 (7th Cir. 2003). Here, the Court should enter default against Casady as she has refused to not only to litigate properly, but to litigate at all. Plaintiffs have, through their dealings with both the Illinois Attorney General's Office, which initially claimed to represent Casady's interest, and Casady herself, repeatedly agreed to extensions of time for Casady to file her appearance, and answer or otherwise plead. On more than one occasion, Plaintiffs' attorneys have discussed the possibility of default against Casady with the Attorney General's Office and Casady, yet refrained from filing for default based on empty assertions that Casady would in fact respond to the Summons and Complaint as she is required by the Rules. However, despite the numerous extensions, and numerous warnings, Casady has willfully failed to respond in any fashion.

WHEREFORE, Plaintiffs request this Court enter an Order of Default against Rhonda Casady for her willful failure to appear and respond to Plaintiffs' Amended Complaint within the time allowed by the Federal Rules of Civil Procedure; and, all other relief that this Honorable Court deems appropriate.

Date: June 13, 2008

s/Julie K. Bisbee
JULIE K. BISBEE, Attorney No. 06292401
JAMES G. SOTOS & ASSOCIATES, LTD. 550
East Devon, Suite 150
Itasca, Illinois 60143
630-735-3300
630-773-0980 (fax)
jbisbee@jsotoslaw.com
*One of the Attorneys for Plaintiffs*

STATE OF ILLINOIS      )
                       )
COUNTY OF DUPAGE    )

## CERTIFICATE OF SERVICE

The undersigned having first been duly sworn under oath, states that she electronically filed a complete copy of the foregoing **Plaintiffs' Motion for Default** with the Clerk of the Court on **June 13, 2008** using the CM/ECF system, which will send notification of such filing to the attached service list. Rhonda Casady will be served via personal service by June 15, 2008.

s/Julie K. Bisbee
     JULIE K. BISBEE, Attorney No. 6292401
     James G. Sotos
     JAMES G. SOTOS & ASSOCIATES, LTD.
     550 East Devon, Suite 150
     Itasca, Illinois  60143
     630-735-3300
     630-773-0980 (fax)
     jbisbee@jsotoslaw.com
     *One of the Attorneys for Plaintiff*

**B.F.G. v. BLACKMON, et al**
**Case No. 08-1565**

**SERVICE LIST**

**Counsel for Village of Willow Springs, Officer Craig Widlacki &**
**Detective Robert Tabordan**

Michael J. McGrath                          Paul Rettberg
Mark Sterk                                  Stacey McGlynn Atkins
Odelson & Sterk, Ltd.                       Jason S. Callicoat
3318 West 95th Street                       Querrey & Harrow, Ltd.
Evergreen Park, Illinois 60805              175 West Jackson Boulevard, Suite 1600
708-424-5678                                Chicago, Illinois 60604
708-425-1898 (fax)                          312-540-7040
                                            312-540-0578 (fax)

**Counsel for Willie Blackmon and Kimberly Smith-Foote**

James C. Stevens
Barbara Greenspan
Illinois Attorney General's Office
Child Welfare Bureau
100 West Randolph Street, 11th Floor
Chicago, Illinois 60601
312-814-6788
312-814-6885 (fax)

**Counsel for Danielle Butts**

Mitchell A. Orpett                          Steven C. Wolf
Tribler Orpett & Meyer, P.C.                Wolf & Wolfe, Ltd.
225 West Washington, Suite 1300             25 E. Washington, Suite 700
Chicago, Illinois 60606-3408                Chicago, Illinois 60602
312-201-6413                                312-855-0500
312-201-6401 (fax)                          312-855-0510 (fax)

**Counsel for Dr. John G. & Kathleen A. Scaramella**

Michael D. Ettinger                         Daniel Noland
Cheryl Ann Schroeder                        Molly E. Thompson
Ettinger, Besbekos & Schroeder, P.C.        Dykema Gossett PLLC
12413 South Harlem Avenue, Suite 203        10 South Wacker Drive, Suite 2300
Palos Heights, Illinois 60464               312-876-1700
708-923-0368                                312-876-1155 (fax)
708-923-0386 (fax)

**EXHIBIT A**

NOLAN

## United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08-cv-01565

B.F.G. et al v. Blackmon et al
Assigned to: Honorable Suzanne B. Conlon
Cause: 42:1983 Civil Rights Act

Date Filed: 03/18/2008
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**B.F.G.**
*next of friend*
R.G.
*next of friend*
B.G.

represented by **James Gus Sotos**
James G. Sotos & Associates, Ltd.
550 East Devon
Suite 150
Itasca, IL 60143
(630) 735-3300
Email: jsotos@jsotoslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie K. Bisbee**
James G. Sotos & Associates
550 E. Devon
Suite 150
Itasca, IL 60143
630 735 3314
Email: jbisbee@jsotoslaw.com
*ATTORNEY TO BE NOTICED*

**Lance D. Northcutt**
Berg Northcutt & Berg
2100 West 35th Street
Chicago, IL 60609
773 252 7220
Email: lance@bergandberg.net
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**R.G.**

represented by **James Gus Sotos**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie K. Bisbee**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Lance D. Northcutt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**B.G.**                          represented by   **James Gus Sotos**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Julie K. Bisbee**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Lance D. Northcutt**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Willie Blackmon**               represented by   **Barbara Lynn Greenspan**
*Investigator, Division of Child*                  Attorney General's Office
*Protection , ("DCP") Of the Illinois*             100 West Randolph Street
*Department of Children and Family*                Suite 4-600
*Services ("DCFS"), in his individual*             Chicago, IL 60601
*capacity*                                         (312)814-7087
                                                   Email: barbara.greenspan@illinois.gov
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **James C. Stevens, Jr.**
                                                   Office of the Illinois Attorney General
                                                   100 West Randolph Street
                                                   Suite 11-200
                                                   Chicago, IL 60601
                                                   (312) 814-6788
                                                   Email: jim.stevens@illinois.gov
                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Kimberly Smith-Foote**          represented by   **Barbara Lynn Greenspan**
*Investigative Supervisor (DCP), in her*           (See above for address)
*individual capacity*                              *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

James C. Stevens, Jr.
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Danielle Butts**
*Supervisor, Child Advocacy Center of*
*Southwest Cook County, Illinois*
*("CAC"), in her individual capacity*

represented by **Patrick Ross Grady**
The Law Offices of Wolf & Wolfe, Ltd.

25 East Washington Street
Suite 700
Chicago, IL 60602
(312) 855-0500
Email: patrickgrady@wolf-chicago-
law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rhonda Casady**
*attorney for DCFS, in her individual*
*capacity*

**Defendant**

**Detective Tabordon**

represented by **Paul Alan Rettberg**
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827
(312) 540-7000
Email: prettberg@querrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason S Callicoat**
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604
312 540-7000
Email: jcallicoat@querrey.com
*ATTORNEY TO BE NOTICED*

**Michael J. McGrath**
Odelson & Sterk, Ltd.
3318 West 95th Street
Evergreen Park, IL 60805
(708) 424-5678
Email: mmcgrath@odelsonsterk.com
*ATTORNEY TO BE NOTICED*

**Stacey McGlynn Atkins**
Querrey & Harrow, Ltd.
175 W. Jackson Blvd.
Suite 1600
Chicago, IL 60604-2827
(312) 540-7000
Fax: (312) 540-0578
Email: satkins@querrey.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Officer Widlacki**
*Police Officers*

represented by **Paul Alan Rettberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason S Callicoat**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. McGrath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stacey McGlynn Atkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Willow Springs Police Department**
*in their individual capacities*

**Defendant**

**Village of Willow Springs Illinois**
*a Municipal corporation*

represented by **Paul Alan Rettberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason S Callicoat**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. McGrath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stacey McGlynn Atkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**J.S.**                                                          represented by   **Daniel Matthew Noland**
                                                                 Dykema Gossett PLLC IL
                                                                 10 South Wacker Drive
                                                                 Suite 2300
                                                                 Chicago, IL 60606
                                                                 (312) 876-1700
                                                                 Email: dnoland@dykema.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Cheryl Ann Schroeder**
                                                                 Ettinger, Besbekos, & Schroeder, P.C.
                                                                 12413 S. Harlem Avenue
                                                                 Suite 203
                                                                 Palos Heights, IL 60463
                                                                 708-923-0368
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Michael D. Ettinger**
                                                                 Ettinger, Besbekos, Parisi
                                                                 12413 S. Harlem
                                                                 #203
                                                                 Palos Hills, IL 60453
                                                                 (708)598-1111
                                                                 Email: craignor@ix.netcom.com
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Molly E. Thompson**
                                                                 Dykema Gossett PLLC IL
                                                                 10 South Wacker Drive
                                                                 Suite 2300
                                                                 Chicago, IL 60606
                                                                 312 627 2158
                                                                 Email: methompson@dykema.com
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**K.S.**                                                          represented by   **Daniel Matthew Noland**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Cheryl Ann Schroeder**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Molly E. Thompson**
                                                                 (See above for address)

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2008 | 1 | COMPLAINT filed by B.F.G., R.G., B.G.; Jury Demand. Filing fee $ 350. ((vcf, ) (Entered: 03/19/2008) |
| 03/18/2008 | 3 | CIVIL Cover Sheet. (vcf, ) (Entered: 04/09/2008) |
| 03/18/2008 | 4 | ATTORNEY Appearance for Plaintiffs B.F.G., R.G., B.G. by James Gus Sotos. (vcf, ) (Entered: 04/09/2008) |
| 03/18/2008 | 5 | ATTORNEY Appearance for Plaintiffs B.F.G., R.G., B.G. by Julie K. Bisbee. (vcf, ) (Entered: 04/09/2008) |
| 03/18/2008 | 7 | SUMMONS Issued as to Defendants Detective Tibordan, Officer Widlacki, Village of Willow Springs Illinois, John G. Scarameria, Kathleen A. Scarameria, Willie Blackmon, Kimberly Smith-Foote, Danielle Butts, Rhonda Casady. (vcf, ) (Entered: 04/09/2008) |
| 03/18/2008 | 8 | REQUEST by B.F.G., R.G., B.G. to file complaint under seal. (vcf, ) (Entered: 04/09/2008) |
| 03/18/2008 | 9 | EMERGENCY motion to enter a restricting order by B.F.G., R.G., B.G. (vcf, ) (Entered: 04/09/2008) |
| 03/18/2008 | 10 | AMENDED CERTIFICATE of service by B.F.G., R.G., B.G. (vcf, ) (Entered: 04/09/2008) |
| 03/18/2008 | 11 | MINUTE entry before Judge Honorable Suzanne B. Conlon:Plaintiff's emergency motion to enter a restricting order is granted. Status hearing set on April 15,2008 at 9:00 a.m. At the status hearing, the parties are to report of the following: 1. Possibility of settlement in the case; 2. If no possibility of settlement exists, the nature and length of discovery necessary to get the case ready for trial. Plaintiff is directed to advise all other parties of the court's action herein and to forward a copy of the court's procedure guidelines to defendant(s). The standing order on case management procedures is available on the court's website at www.ilnd.uscourts.gov/JUDGE/CONLON.sbcpage.htm or can be picked up from the courtroom deputy in room 1744.Mailed notice (vcf, ) (Entered: 04/09/2008) |
| 03/26/2008 | 19 | ATTORNEY Appearance for Defendants Detective Tibordan, Officer Widlacki, Village of Willow Springs Illinois by Michael J. McGrath. (vcf, ) (Entered: 04/09/2008) |
| 04/04/2008 | 12 | ATTORNEY Appearance for Defendants Detective Tibordan, Officer Widlacki, Village of Willow Springs Illinois by Paul Alan Rettberg. (vcf, ) (Entered: 04/09/2008) |
| 04/04/2008 | 13 | ATTORNEY Appearance for Defendants Detective Tibordan, Officer Widlacki, Village of Willow Springs Illinois by Stacey McGlynn Atkins. (vcf, ) (Entered: 04/09/2008) |

| 04/04/2008 | 14 | Motion by Detective Tibordan, Officer Widlacki and Village of Willow Springs Illinois for enlargement of time to file answer or otherwise plead. (vcf, ) (Entered: 04/09/2008) |
| --- | --- | --- |
| 04/04/2008 | 15 | NOTICE of motion by Detective Tibordan, Officer Widlacki, Village of Willow Springs Illinois for presentment of motion 14 for enlargement of time in which to answer or otherwise plead on 4/9/2008 at 9:00 a.m. (vcf, ) (Entered: 04/09/2008) |
| 04/04/2008 | 16 | ATTORNEY Appearance for Defendants John G. Scarameria, Kathleen A. Scarameria by Cheryl Ann Schroeder. (vcf, ) (Entered: 04/09/2008) |
| 04/04/2008 | 17 | MOTION by J.S. and K.S.' to dismiss the plaintiffs' complaint.(vcf, ) (Entered: 04/09/2008) |
| 04/04/2008 | 18 | NOTICE of motion by John G. Scarameria and Kathleen A. Scarameria for presentment of motion 17 to dismiss on April 9,2008 at 9:30 a.m. (vcf, ) (Entered: 04/09/2008) |
| 04/08/2008 | 2 | MINUTE entry before Judge Honorable Suzanne B. Conlon: On the court's own motion, the "suppression" order is vacated. The clerk is directed to change the case caption from Suppressed v. Suppressed to B.F.G., by his parents and next friends, R.G and B.G., and R.G., and B.G., plaintiffs vs. Willie Blackmon, Investigator, Division of Child Protection,("DCP"), of the Illinois Department of Children and Family Services ("DCFS"), in his individual capacity; Kimberly Smith-Foote, Investigative Supervisor (DCP), in her individual capacity; Danielle Butts, Supervisor, Child Advocacy Center of Southwest Cook County Illinois ("CAC") in her individual capacity; Rhonda Casady, attorney for DCFS, in her individual capacity; Detective Tibordan and Officer Widlacki, police officers, Willow Springs Police Department, in their individual capacities; Village of Willow Springs, Illinois, a Municipal Corporation; and J.S. and K.S., defendants. Mailed notice (vcf, ) (Entered: 04/09/2008) |
| 04/08/2008 | 20 | ATTORNEY Appearance for Plaintiffs B.F.G., R.G., B.G. by Lance D. Northcutt. (vcf, ) (Entered: 04/09/2008) |
| 04/09/2008 | 24 | MINUTE entry before Judge Honorable Suzanne B. Conlon:Defendants J.S. and K.S.'s motion to dismiss the plaintiffs' complaint is taken under advisement. Plaintiffs shall respond by 4/25/2008. Defendant's Detective Tibordan, Officer Widlacki and the Village of Willow Springs motion for enlargement of time until 4/23/2008 to answer or otherwise plead is granted. Status hearing set on 4/15/08 is reset on 5/5/08 at 9:00 a.m. Mailed notice (vcf, ) (Entered: 04/15/2008) |
| 04/14/2008 | 21 | ATTORNEY Appearance for Defendants Willie Blackmon, Kimberly Smith-Foote by James C. Stevens, Jr (Stevens, James) (Entered: 04/14/2008) |
| 04/14/2008 | 22 | MOTION by Defendants Willie Blackmon, Kimberly Smith-Foote for extension of time to file answer *or otherwise plead* (Attachments: # 1 Certificate of Service)(Stevens, James) (Entered: 04/14/2008) |
| 04/14/2008 | 23 | NOTICE of Motion by James C. Stevens, Jr for presentment of motion for |

| | | extension of time to file answer 22 before Honorable Suzanne B. Conlon on 4/22/2008 at 09:00 AM. (Stevens, James) (Entered: 04/14/2008) |
|---|---|---|
| 04/15/2008 | 25 | MINUTE entry before Judge Honorable Suzanne B. Conlon:Defendants Willie Blackmon and Kimberly Smith-Foote's motion 22 to enlarge the time to answer or otherwise plead to plaintiffs' complaint is granted. Movants shall answer or otherwise plead by April 30, 2008. Status hearing on May 5,2008 stands. The motion will not be heard on April 22,2008 as noticed. Mailed notice (vcf, ) (Entered: 04/17/2008) |
| 04/22/2008 | 26 | MOTION by Defendants Detective Tibordan, Officer Widlacki, Village of Willow Springs Illinois to dismiss *Plaintiffs' Complaint* (Attachments: # 1 Exhibit Group Ex. A)(Rettberg, Paul) (Entered: 04/22/2008) |
| 04/22/2008 | 27 | NOTICE of Motion by Paul Alan Rettberg for presentment of motion to dismiss 26 before Honorable Suzanne B. Conlon on 5/1/2008 at 09:00 AM. (Rettberg, Paul) (Entered: 04/22/2008) |
| 04/24/2008 | 28 | ATTORNEY Appearance for Defendants J.S., K.S. by Molly E. Thompson (Thompson, Molly) (Entered: 04/24/2008) |
| 04/24/2008 | 29 | ATTORNEY Appearance for Defendants J.S., K.S. by Daniel Matthew Noland (Noland, Daniel) (Entered: 04/24/2008) |
| 04/24/2008 | 30 | MOTION by Defendants J.S., K.S. for leave to file *Additional Appearances* (Noland, Daniel) (Entered: 04/24/2008) |
| 04/24/2008 | 31 | NOTICE of Motion by Daniel Matthew Noland for presentment of motion for leave to file 30 before Honorable Suzanne B. Conlon on 4/29/2008 at 09:00 AM. (Noland, Daniel) (Entered: 04/24/2008) |
| 04/24/2008 | 32 | MOTION by Defendants J.S., K.S. for leave to file *an Amended Motion to Dismiss (UNOPPOSED)* (Thompson, Molly) (Entered: 04/24/2008) |
| 04/24/2008 | 33 | *(UNOPPOSED)* NOTICE of Motion by Molly E. Thompson for presentment of motion for leave to file 32 before Honorable Suzanne B. Conlon on 4/29/2008 at 09:00 AM. (Thompson, Molly) (Entered: 04/24/2008) |
| 04/25/2008 | 34 | ATTORNEY Appearance for Defendants Willie Blackmon, Kimberly Smith-Foote by Barbara Lynn Greenspan (Greenspan, Barbara) (Entered: 04/25/2008) |
| 04/25/2008 | 35 | MOTION by Defendants Willie Blackmon, Kimberly Smith-Foote for extension of time to file answer (Attachments: # 1 Certificate of Service) (Greenspan, Barbara) (Entered: 04/25/2008) |
| 04/25/2008 | 36 | NOTICE of Motion by Barbara Lynn Greenspan for presentment of motion for extension of time to file answer 35 before Honorable Suzanne B. Conlon on 4/30/2008 at 09:00 AM. (Greenspan, Barbara) (Entered: 04/25/2008) |
| 04/28/2008 | 37 | ATTORNEY Appearance for Defendants Detective Tibordan, Officer Widlacki, Village of Willow Springs Illinois by Jason S Callicoat (Callicoat, Jason) (Entered: 04/28/2008) |
| 04/30/2008 | 42 | MINUTE entry before Judge Honorable Suzanne B. Conlon:Defendants Blackmon and Smith-Footes motion 35 for extension of time to answer is |

| | | |
|---|---|---|
| | | entered and continued to May 2, 2008 at 10:00 a.m. Parties shall contact the court room deputy on May 1, 2008 after 2:00 p.m. to determine if appearance is required.Notice mailed by judicial staff. (wyh, ) (Entered: 05/06/2008) |
| 05/01/2008 | 38 | MOTION by Defendants Detective Tibordan, Officer Widlacki, Village of Willow Springs Illinois to amend/correct *Case Caption* (Atkins, Stacey) (Entered: 05/01/2008) |
| 05/01/2008 | 39 | NOTICE of Motion by Stacey McGlynn Atkins for presentment of motion to amend/correct 38 before Honorable Suzanne B. Conlon on 5/6/2008 at 09:00 AM. (Atkins, Stacey) (Entered: 05/01/2008) |
| 05/01/2008 | 40 | MINUTE entry before Judge Honorable Suzanne B. Conlon:Motion hearing held. Plaintiff shall file an amended complaint by May 12, 2008. Responsive pleadings are due by May 28, 2008. Defendants J.S. and K.S. motion 32 for leave to file an amended motion to dismiss and defendants Village of Willow Springs, Robert Tabordon and Craig Widlacki motion 26 to dismiss are moot. Defendants J.S. and K.S. motion 30 to file additional appearance is granted. Defendants Blackmon and Smith-Footes motion 35 for an extension of time to May 22, 2008, to answer or otherwise plead is moot.Notices mailed by Judicial staff. (wyh, ) (Entered: 05/01/2008) |
| 05/05/2008 | 41 | ATTORNEY Appearance for Defendant J.S. by Michael D. Ettinger (Ettinger, Michael) (Entered: 05/05/2008) |
| 05/05/2008 | 43 | MINUTE entry before Judge Honorable Suzanne B. Conlon:Status and motion hearing held. Defendants Widlacki, Tabordon and Village of Willow Springs motion 38 for amendment/correction of the caption is granted. The clerk shall amend the docket to accurately reflect correct spelling of defendant Tabordons last name. Parties shall comply with FRCP 26(a)(1) by 5/27/08. Proponents shall comply with FRCP 26(a)(2) by 11/20/08. Opponents shall comply with FRCP 26(a)(2) by 12/20/08. Discovery cutoff and filing of dispositive motions with supporting memoranda are set on 2/20/09 Submission of the joint final pretrial order and agreed pattern jury instructions is set on 3/26/09 at 9:00 a.m.; plaintiffs shall submit draft to defendants by 3/16/09. The case is placed on the April trial calender.Notices mailed by Judicial staff. (wyh, ) Modified on 5/8/2008 (wyh, ). Modified on 5/19/2008 (lcw, ). (Entered: 05/07/2008) |
| 05/12/2008 | 44 | AMENDED complaint by B.F.G., R.G., B.G. against all defendants (Sotos, James) (Entered: 05/12/2008) |
| 05/13/2008 | 45 | SUMMONS Issued as to Defendant Child Advocacy Center Southwest Cook County. (vcf, ) (Entered: 05/14/2008) |
| 05/28/2008 | 46 | MOTION by Defendants Detective Tabordon, Officer Widlacki, Village of Willow Springs Illinois to dismiss *Amended Complaint* (Attachments: # 1 Exhibit A - Correspondence, # 2 Notice of Filing Notice of Motion)(Callicoat, Jason) (Entered: 05/28/2008) |
| 05/28/2008 | 47 | ANSWER to amended complaint by Willie Blackmon (Attachments: # 1 Certificate of Service)(Stevens, James) (Entered: 05/28/2008) |
| 05/28/2008 | 48 | ANSWER to amended complaint by Kimberly Smith-Foote (Attachments: # 1 |

| | | |
|---|---|---|
| | | Certificate of Service)(Stevens, James) (Entered: 05/28/2008) |
| 05/28/2008 | 49 | MOTION by Defendants J.S., K.S. for extension of time to file answer regarding amended complaint 44 *(or Otherwise Plead) (UNOPPOSED)* (Thompson, Molly) (Entered: 05/28/2008) |
| 05/28/2008 | 50 | *(UNOPPOSED)* NOTICE of Motion by Molly E. Thompson for presentment of motion for extension of time to file answer, motion for relief 49 before Honorable Suzanne B. Conlon on 6/3/2008 at 09:00 AM. (Thompson, Molly) (Entered: 05/28/2008) |
| 05/29/2008 | 51 | NOTICE of Motion by Jason S Callicoat for presentment of motion to dismiss 46 before Honorable Suzanne B. Conlon on 6/4/2008 at 09:00 AM. (Callicoat, Jason) (Entered: 05/29/2008) |
| 05/30/2008 | 52 | NOTICE by Danielle Butts *of appearance* (Grady, Patrick) (Entered: 05/30/2008) |
| 05/30/2008 | 53 | ATTORNEY Appearance for Defendant Danielle Butts by Patrick Ross Grady (Grady, Patrick) (Entered: 05/30/2008) |
| 05/30/2008 | 54 | Incorrect PDF Linked. (Grady, Patrick) Modified on 6/3/2008 (vcf, ). (Entered: 05/30/2008) |
| 05/30/2008 | 55 | NOTICE of Motion by Patrick Ross Grady for presentment of motion for extension of time to file 54 before Honorable Suzanne B. Conlon on 6/10/2008 at 09:00 AM. (Grady, Patrick) (Entered: 05/30/2008) |
| 05/30/2008 | 56 | MOTION by Defendants J.S., K.S. to dismiss *Plaintiffs' Amended Complaint* (Thompson, Molly) (Entered: 05/30/2008) |
| 05/30/2008 | 57 | MEMORANDUM by J.S., K.S. in support of motion to dismiss 56 (Thompson, Molly) (Entered: 05/30/2008) |
| 05/30/2008 | 58 | NOTICE of Motion by Molly E. Thompson for presentment of motion to dismiss 56 before Honorable Suzanne B. Conlon on 6/5/2008 at 09:00 AM. (Thompson, Molly) (Entered: 05/30/2008) |
| 05/30/2008 | 61 | MINUTE entry before the Honorable Suzanne B. Conlon:Defendants Widlacki, Tabordon and Village of Willow Springs' motion 46 to dismiss plaintiffs' amended complaint is taken under advisement. Plaintiffs' response shall be filed by June 19, 2008; reply is due by June 26, 2008. The motion will not be heard as noticed on June 4, 2008. Notices mailed by Judicial staff. (wyh, ) (Entered: 06/04/2008) |
| 06/03/2008 | 59 | NOTICE of Correction regarding MOTION by Defendant Danielle Butts for extension of time to file 54 . The incorrect document (PDF file) was linked to the entry. The text of the entry has been edited and the PDF file has been replaced. (vcf, ) (Entered: 06/03/2008) |
| 06/03/2008 | 60 | MOTION by Defendant Danielle Butts for extension of time to file answer regarding notice of motion 55 (Grady, Patrick) (Entered: 06/03/2008) |
| 06/03/2008 | 62 | MINUTE entry before the Honorable Suzanne B. Conlon:Defendants J.S. and K.S.'s unopposed motion 49 for a two day extension of time is granted. |

| | | Defendants J.S. and K.S. shall answer or otherwise plead to the amended complaint by June 6, 2008. Notices mailed by Judicial staff. (wyh, ) (Entered: 06/04/2008) |
| 06/05/2008 | 63 | MINUTE entry before the Honorable Suzanne B. Conlon:Defendants J.S. and K.S.'s motion 56 to dismiss is taken under advisement. Plaintiffs' response shall be filed by June 19, 2008; reply is due by June 26, 2008. Plaintiffs shall file a consolidated response to all motions to dismiss not to exceed 20 pages. Notices mailed by Judicial staff. (wyh, ) (Entered: 06/09/2008) |
| 06/12/2008 | 64 | MOTION by Defendant Danielle Butts for extension of time to file answer (Grady, Patrick) (Entered: 06/12/2008) |
| 06/12/2008 | 65 | NOTICE of Motion by Patrick Ross Grady for presentment of motion for extension of time to file answer 64 before Honorable Suzanne B. Conlon on 6/24/2008 at 09:00 AM. (Attachments: # 1 motion for enlargement of time) (Grady, Patrick) (Entered: 06/12/2008) |

| PACER Service Center | | |
| --- | --- | --- |
| Transaction Receipt | | |
| 06/13/2008 14:23:55 | | |
| PACER Login: | js3570 | Client Code: | garcia |
| Description: | Docket Report | Search Criteria: | 1:08-cv-01565 |
| Billable Pages: | 7 | Cost: | 0.56 |

**EXHIBIT B**

STATE OF ILLINOIS        )
                         )SS.
COUNTY OF DUPAGE         )

     I, JIM DELORTO, being first duly sworn upon oath, do state and depose that I

have personal knowledge of all facts which follow and, if called, I could testify to the

following:

1.     I am a partner in the investigative firm Delorto, Mazzola & Associates.

2.     On March 19, 2008, James G. Sotos & Associates, Ltd., hired my firm to personally serve the Summons and Complaint upon the defendants in the matter *B.F.G. v. Blackmon, et al.*

3.     On March 20, 2008 I traveled to 200 South Michigan Avenue, Suite 1240, Chicago, Illinois to serve Defendant Rhonda Casady ("Casady") at her office.

4.     Upon my arrival, Casady's receptionist stated that she would call Casady on the phone to inquire about accepting service of the summons and thereupon called her on the telephone.

5.     After the call, the receptionist then informed me that Casady did not work there.

6.     In the early evening of March 20, 2008, I then traveled to 1511 W. Greenleaf, Chicago, Illinois to serve Casady at her residence.

7.     Casady identified herself to me but refused to answer the door.

8.     I had a conversation with Casady through her window where she became angry, inquired how we got her address and stated that she did not want the summons.

9.     After repeated efforts to reason with Casady, I informed her that I was "serving her," placed the Summons and Complaint in the mailbox, and told her that the Summons was in her mailbox.

10.     I then left Casady's residence with my partner, John Mazzola, and we drove around the block for approximately ten minutes, when we returned, the Summons and Complaint had been removed from the mailbox.

Further affiant sayeth not.

*James M. Delorto*
_____
JIM DELORTO

SUBSCRIBED and SWORN to before
me this 13th day of June, 2008.

*Carrie A. Kinowski*
_____
NOTARY PUBLIC

         OFFICIAL SEAL
       CARRIE A. KINOWSKI
   Notary Public - State of Illinois
My Commission Expires May 31, 2011

**EXHIBIT C**

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

B.F.G., by his parents and next friends, R.G. and B.G., and
R.G. and B.G.

V.

Willie Blackmon, Kimberly Smith-Foote, Danielle Butts,
Rhonda Casady, J.S., K.S., Detective Tibordan, Officer
Widlacki and Village of Willow Springs

CASE NUMBER:

ASSIGNED **08CV1565**

DESIGNAT **JUDGE CONLON**

MAGISTR **MAG. JUDGE NOLAN**

TO: (Name and address of Defendant)

Rhonda L. Casady
Attorney at Law
200 South Michigan Avenue, Suite 1240
Chicago, IL 60604-2430

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James G. Sotos, Julie K. Bisbee, James G. Sotos & Associates, Ltd., 550 East Devon, Suite
150, Itasca, IL 60143; Lance D. Northcutt, Berg, Northcutt & Berg, 2100 West 35th Street,
Chicago, IL 60609

an answer to the complaint which is herewith served upon you, within _____20 (twenty)_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

**MAR 1 8 2008**

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3-20-08 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| JAMES DELSOTO | INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): *Face to face conversation at her residence 1511 W. Greenleaf, Chicago, Il. Advised her it was a summons. She refused to take it and said she does not want it. Advised her I left in mailbox, she retrieved later.*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-20-08
        *Date*

_____
*Signature of Server*

95 S. VAN BUREN, BATAVIA, IL 60510
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.