IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| **B.F.G.**, by his parents and next friends, **R.G** and **B.G.**, and **R.G.**, and **B.G.**, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 C 1565 |
| Willie Blackmon, Investigator, Division of Child Protection, ("DCP"), of the Illinois Department of Children and Family Services("DCFS"), in his individual capacity; Kimberly Smith-Foote, Investigative Supervisor (DCP), in her individual capacity; Danielle Butts, supervisor, Child Advocacy Center of Southwest Cook County, Illinois ("CAC"), in her individual capacity; Rhonda Casady, attorney for DCFS, in her individual capacity, Detective Tabordon and Officer Widlacki, police officers, Willow Springs Police Department, in their individual capacities; Village of Willow Springs, Illinois, a Municipal Corporation; and J.S. and K.S. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Judge Conlon<br>Magistrate Judge Nolan<br><br>Jury Demand |
| Defendants. | ) ) | |

## NOTICE OF MOTION

**TO:**   **See Attached Certificate of Service**

   **PLEASE TAKE NOTICE** that on the 19th day of June, 2008 at 9:00 a.m., I shall appear before the Honorable Judge Suzanne B. Conlon in Courtroom 1743, or before anyone sitting in her stead in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiffs' Agreed Motion for an Extension of Time to Respond,** a copy of which is hereby served upon you.

                                                s/Julie K. Bisbee
                                                JULIE K. BISBEE, Attorney No. 6292401
                                                James G. Sotos
                                                JAMES G. SOTOS & ASSOCIATES, LTD.
                                                550 East Devon, Suite 150
                                                Itasca, Illinois 60143
                                                630-735-3300
                                                630-773-0980 (fax)
                                                jbisbee@jsotoslaw.com
                                                *One of the Attorneys for Plaintiff*

STATE OF ILLINOIS      )
                       )
COUNTY OF DUPAGE       )

## CERTIFICATE OF SERVICE

The undersigned having first been duly sworn under oath, states that she electronically filed a complete copy of the foregoing **Notice of Motion** with the Clerk of the Court on **June 17, 2008** using the CM/ECF system, which will send notification of such filing to the attached service list. Rhonda Casady will be served via facsimile (312-939-3457) on June 17, 2008.

                                              s/Julie K. Bisbee
                                              JULIE K. BISBEE, Attorney No. 6292401
                                              James G. Sotos
                                              JAMES G. SOTOS & ASSOCIATES, LTD.
                                              550 East Devon, Suite 150
                                              Itasca, Illinois  60143
                                              630-735-3300
                                              630-773-0980 (fax)
                                              jbisbee@jsotoslaw.com
                                              *One of the Attorneys for Plaintiff*

**B.F.G. v. BLACKMON, et al**
**Case No. 08-1565**

## SERVICE LIST

**Counsel for Village of Willow Springs, Officer Craig Widlacki & Detective Robert Tabordan**

| | |
|---|---|
| Michael J. McGrath | Paul Rettberg |
| Mark Sterk | Stacey McGlynn Atkins |
| Odelson & Sterk, Ltd. | Jason S. Callicoat |
| 3318 West 95th Street | Querrey & Harrow, Ltd. |
| Evergreen Park, Illinois 60805 | 175 West Jackson Boulevard, Suite 1600 |
| 708-424-5678 | Chicago, Illinois 60604 |
| 708-425-1898 (fax) | 312-540-7040 |
| | 312-540-0578 (fax) |

**Counsel for Willie Blackmon and Kimberly Smith-Foote**

James C. Stevens
Barbara Greenspan
Illinois Attorney General's Office
Child Welfare Bureau
100 West Randolph Street, 11th Floor
Chicago, Illinois 60601
312-814-6788
312-814-6885 (fax)

**Counsel for Danielle Butts**

| | |
|---|---|
| Mitchell A. Orpett | Steven C. Wolf |
| Tribler Orpett & Meyer, P.C. | Wolf & Wolfe, Ltd. |
| 225 West Washington, Suite 1300 | 25 E. Washington, Suite 700 |
| Chicago, Illinois 60606-3408 | Chicago, Illinois 60602 |
| 312-201-6413 | 312-855-0500 |
| 312-201-6401 (fax) | 312-855-0510 (fax) |

**Counsel for J.S. and K.S.**

| | |
|---|---|
| Michael D. Ettinger | Daniel Noland |
| Cheryl Ann Schroeder | Molly E. Thompson |
| Ettinger, Besbekos & Schroeder, P.C. | Dykema Gossett PLLC |
| 12413 South Harlem Avenue, Suite 203 | 10 South Wacker Drive, Suite 2300 |
| Palos Heights, Illinois 60464 | 312-876-1700 |
| 708-923-0368 | 312-876-1155 (fax) |
| 708-923-0386 (fax) | |