IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| **B.F.G.**, by his parents and next friends, **R.G** and **B.G.**, and **R.G.**, and **B.G.**, )<br>)<br>)<br>Plaintiffs, )<br>v. )<br>)<br>Willie Blackmon, Investigator, Division of )<br>Child Protection, ("DCP"), of the Illinois )<br>Department of Children and Family )<br>Services("DCFS"), in his individual )<br>capacity; Kimberly Smith-Foote, )<br>Investigative Supervisor (DCP), in her )<br>individual capacity; Danielle Butts, )<br>supervisor, Child Advocacy Center of )<br>Southwest Cook County, Illinois ("CAC"), )<br>in her individual capacity; Rhonda Casady, )<br>attorney for DCFS, in her individual )<br>capacity, Detective Tabordon and Officer )<br>Widlacki, police officers, Willow Springs )<br>Police Department, in their individual )<br>capacities; Village of Willow Springs, )<br>Illinois, a Municipal Corporation; )<br>and J.S. and K.S. )<br>)<br>Defendants. ) | No. 08 C 1565<br><br>Judge Conlon<br>Magistrate Judge Nolan<br><br>Jury Demand |

**AGREED EMERGENCY MOTION FOR AN EXTENSION OF TIME TO RESPOND**

Plaintiffs, by and through their attorneys, James G. Sotos and Julie K. Bisbee of JAMES G. SOTOS & ASSOC., LTD. and Lance D. Northcutt of BERG, NORTHCUTT & BERG, hereby seek an Extension of Time to Respond to Willow Springs, Officer Widlacki, Detective Tabordon and J.S. and K.S.' Motions to Dismiss. In support thereof, Plaintiffs state as follows:

1. On May 12, 2008, Plaintiffs filed their Amended Complaint alleging, *inter alia*, various civil rights violations as well as state law claims against Defendants Willow Springs,

Officer Widlacki, Detective Tabordon, J.S. and K.S. as well as claims against other Defendants who have not yet responded.

2. On May 28, 2008, Defendants Willow Springs, Officer Widlacki and Detective Tabordon moved to Dismiss Plaintiffs' Amended Complaint.

3. On May 30, 2008, this Honorable Court ordered that Plaintiffs' Response to the Motion to Dismiss filed by Willow Springs, Officer Widlacki, Detective Tabordon was due on June 19, 2008 and that Defendants' Reply was due on June 26, 2008.

4. On May 30, 2008, Defendants J.S. and K.S. filed their Motion to Dismiss Plaintiffs' Amended Complaint.

5. On June 5, 2008, this Honorable Court ordered that Plaintiffs' Response to the Motion to Dismiss filed by J.S. and K.S. be filed on June 19, 2008 and consolidated with Plaintiffs' Response to the Motion filed by Willow Springs, Officer Widlacki and Detective Tabordon, and that Defendants' Replies in Support of Dismissal were due on June 26, 2008.

6. Due to the complex issues in this matter, as well as the multiple defendants and multiple counts as to each Defendant, Plaintiffs require an additional four (4) days to file their Response in Opposition to Dismissal.

7. Plaintiffs' counsel contacted counsel for Defendants Willow Springs, Officer Widlacki, Detective Tabordon and J.S. and K.S., and they have no objection, but requested an additional four (4) days, until June 30, 2008 to file their Replies in Support of Dismissal.

8. Due to the fact that this Honorable Court has already set a briefing schedule in this matter, Plaintiffs request that this Motion be heard on an emergency basis.

WHEREFORE, Plaintiffs respectfully request this Honorable Court grant this Motion allowing Plaintiffs until June 23, 2008 to Respond to Defendants' Motions to Dismiss, and further allowing Defendants until June 30, 2008 to file their Reply briefs.

s/Julie K. Bisbee
Julie K. Bisbee, Attorney No. 06292401
JAMES G. SOTOS & ASSOCIATES, LTD.
550 E. Devon Avenue, Suite 150
Itasca, IL 60143
630-735-3300
630-773-0980 (Fax)
jsotos@jsotoslaw.com
jbisbee@jsotoslaw.com
*One of the Attorneys for Plaintiffs*

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) |
| COUNTY OF DUPAGE | ) |

## CERTIFICATE OF SERVICE

The undersigned having first been duly sworn under oath, states that she electronically filed a complete copy of the foregoing **Agreed Emergency Motion for an Extension of Time to Respond** with the Clerk of the Court on **June 17, 2008** using the CM/ECF system, which will send notification of such filing to the attached service list. Rhonda Casady will be served via facsimile (312-939-3457) on June 17, 2008.

                                                      s/Julie K. Bisbee
                                                      JULIE K. BISBEE, Attorney No. 6292401
                                                      James G. Sotos
                                                      JAMES G. SOTOS & ASSOCIATES, LTD.
                                                      550 East Devon, Suite 150
                                                      Itasca, Illinois 60143
                                                      630-735-3300
                                                      630-773-0980 (fax)
                                                      jbisbee@jsotoslaw.com
                                                      *One of the Attorneys for Plaintiff*

B.F.G. v. BLACKMON, et al
Case No. 08-1565

**SERVICE LIST**

**Counsel for Village of Willow Springs, Officer Craig Widlacki & Detective Robert Tabordan**

| | |
|---|---|
| Michael J. McGrath | Paul Rettberg |
| Mark Sterk | Stacey McGlynn Atkins |
| Odelson & Sterk, Ltd. | Jason S. Callicoat |
| 3318 West 95th Street | Querrey & Harrow, Ltd. |
| Evergreen Park, Illinois 60805 | 175 West Jackson Boulevard, Suite 1600 |
| 708-424-5678 | Chicago, Illinois 60604 |
| 708-425-1898 (fax) | 312-540-7040 |
| | 312-540-0578 (fax) |

**Counsel for Willie Blackmon and Kimberly Smith-Foote**

James C. Stevens
Barbara Greenspan
Illinois Attorney General's Office
Child Welfare Bureau
100 West Randolph Street, 11th Floor
Chicago, Illinois 60601
312-814-6788
312-814-6885 (fax)

**Counsel for Danielle Butts**

| | |
|---|---|
| Mitchell A. Orpett | Steven C. Wolf |
| Tribler Orpett & Meyer, P.C. | Wolf & Wolfe, Ltd. |
| 225 West Washington, Suite 1300 | 25 E. Washington, Suite 700 |
| Chicago, Illinois 60606-3408 | Chicago, Illinois 60602 |
| 312-201-6413 | 312-855-0500 |
| 312-201-6401 (fax) | 312-855-0510 (fax) |

**Counsel for J.S. and K.S.**

| | |
|---|---|
| Michael D. Ettinger | Daniel Noland |
| Cheryl Ann Schroeder | Molly E. Thompson |
| Ettinger, Besbekos & Schroeder, P.C. | Dykema Gossett PLLC |
| 12413 South Harlem Avenue, Suite 203 | 10 South Wacker Drive, Suite 2300 |
| Palos Heights, Illinois 60464 | 312-876-1700 |
| 708-923-0368 | 312-876-1155 (fax) |
| 708-923-0386 (fax) | |