# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1565 | **DATE** | 6/19/2008 |
| **CASE TITLE** | B.F.G., ET AL vs. WILLIE BLACKMON, ET AL | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant Rhonda Casady shall file an answer or otherwise plead and comply with FRCP 26(a)(1) by June 26, 2008. Plaintiffs' motion for default [66] is denied. Plaintiffs' agreed motion [71] for an extension of time from June 19, 2008 to June 23, 2008 to respond to defendants' motions to dismiss is granted. Replies are due by June 30, 2008.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:15

| | Courtroom Deputy Initials: | WH |
|---|---|---|