IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| B.F.G., by his parents and next friends, R.G and B.G., and R.G., and B.G., <br><br>Plaintiffs, <br><br>v. <br><br>Willie Blackmon, Investigator, Division of Child Protection, ("DCP"), of the Illinois Department of Children and Family Services("DCFS"), in his individual capacity; Kimberly Smith-Foote, Investigative Supervisor (DCP), in her individual capacity; Danielle Butts, supervisor, Child Advocacy Center of Southwest Cook County, Illinois ("CAC"), in her individual capacity; Rhonda Casady, attorney for DCFS, in her individual capacity, Detective Tabordon and Officer Widlacki, police officers, Willow Springs Police Department, in their individual capacities; Village of Willow Springs, Illinois, a Municipal Corporation; and J.S. and K.S. <br><br>Defendants. | No. 08 C 1565 <br><br> Judge Conlon <br> Magistrate Judge Nolan <br><br> Jury Demand |

## NOTICE OF FILING

TO:   See Attached Certificate of Service

   PLEASE TAKE NOTICE that on the 23rd day of June, I filed with the Clerk of the United States District Court for the Northern District of Illinois, **PLAINTIFFS' RESPONSE TO DEFENDANTS WILLOW SPRINGS, WIDLACKI and TABORDON, and J.S. and K.S.' MOTIONS TO DISMISS**, a copy of which was served upon you.

Dated: June 23, 2008

s/Julie K. Bisbee
JULIE K. BISBEE, Attorney No. 6292401
James G. Sotos
JAMES G. SOTOS & ASSOCIATES, LTD.
550 East Devon, Suite 150
Itasca, Illinois  60143
630-735-3300
630-773-0980 (fax)
jbisbee@jsotoslaw.com
*One of the Attorneys for Plaintiff*

STATE OF ILLINOIS    )
                     )
COUNTY OF DUPAGE     )

## CERTIFICATE OF SERVICE

    The undersigned having first been duly sworn under oath, states that she electronically filed a complete copy of the foregoing **Response to Defendants' Motions to Dismiss** with the Clerk of the Court on **June 23, 2008** using the CM/ECF system, which will send notification of such filing to the attached service list.

                                                  s/Julie K. Bisbee
                                                  JULIE K. BISBEE, Attorney No. 6292401
                                                  James G. Sotos
                                                  JAMES G. SOTOS & ASSOCIATES, LTD.
                                                  550 East Devon, Suite 150
                                                  Itasca, Illinois  60143
                                                  630-735-3300
                                                  630-773-0980 (fax)
                                                  jbisbee@jsotoslaw.com
                                                  *One of the Attorneys for Plaintiff*

**B.F.G. v. BLACKMON, et al**
**Case No. 08-1565**

## SERVICE LIST

**Counsel for Village of Willow Springs, Officer Craig Widlacki & Detective Robert Tabordan**

Michael J. McGrath
Mark Sterk
Odelson & Sterk, Ltd.
3318 West 95th Street
Evergreen Park, Illinois 60805
708-424-5678
708-425-1898 (fax)

Paul Rettberg
Stacey McGlynn Atkins
Jason S. Callicoat
Querrey & Harrow, Ltd.
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois 60604
312-540-7040
312-540-0578 (fax)

**Counsel for Willie Blackmon and Kimberly Smith-Foote**

James C. Stevens
Barbara Greenspan
Illinois Attorney General's Office
Child Welfare Bureau
100 West Randolph Street, 11th Floor
Chicago, Illinois 60601
312-814-6788
312-814-6885 (fax)

**Counsel for Danielle Butts**

Mitchell A. Orpett
Tribler Orpett & Meyer, P.C.
225 West Washington, Suite 1300
Chicago, Illinois 60606-3408
312-201-6413
312-201-6401 (fax)

Steven C. Wolf
Wolf & Wolfe, Ltd.
25 E. Washington, Suite 700
Chicago, Illinois 60602
312-855-0500
312-855-0510 (fax)

**Counsel for J.S. and K.S.**

Michael D. Ettinger
Cheryl Ann Schroeder
Ettinger, Besbekos & Schroeder, P.C.
12413 South Harlem Avenue, Suite 203
Palos Heights, Illinois 60464
708-923-0368
708-923-0386 (fax)

Daniel Noland
Molly E. Thompson
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
312-876-1700
312-876-1155 (fax)

**Rhonda Casady**
200 S. Michigan Ave., Ste 1240
Chicago, Illinois 60604
312-786-0200

3