# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1565 | **DATE** | 6/24/08 |
| **CASE TITLE** | B.F.G., ET AL vs. WILLIE BLACKMON, ET AL | | |

**DOCKET ENTRY TEXT**

Defendants Danielle Butts and Jane Addams Hull House Association's motion to vacate any defaults and for extension of time to respond to the amended complaint [64] is granted. Defendants Butts and Jane Addams Hull House shall answer or otherwise plead, and shall comply with Rule 26(a)(1) by July 15, 2008.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|