IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| B.F.G., by his parents and next friends, R.G. and B.G., and R.G. and B.G., | ) ) ) | |
| Plaintiffs, | ) ) ) | No. 08 C 1565 |
| v. | ) ) | |
| WILLIE BLACKMON, Investigator, Division of Child Protection ("DCP"), of The Illinois Department of Children and Family Services ("DCFS"), et al., | ) ) ) ) ) ) ) | HON. SUZANNE B. CONLON Judge Presiding  Magistrate Judge Nolan |
| Defendants. | ) | |

**DEFENDANT, RHONDA CASADY'S, MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' AMENDED COMPLAINT BY TWO DAYS, TO JUNE 30, 2008**

NOW COMES the Defendant, Rhonda Casady, (hereinafter "Casady"), and pursuant to Fed. R. Civ. P. 6(b), and moves this Honorable Court to extend the time within which to answer or otherwise plead to Plaintiffs' Amended Complaint to and including Monday, June 30, 2008. In support of this motion to extend time, Casady states as follows:

1. Casady's answer or other response to the sixteen count civil rights suit brought pursuant to 42 U.S.C. §§ 1983 and 1988, including supplemental state law claims, alleging, *inter alia*, due process violations, unlawful arrest, conspiracy, malicious

prosecution, defamation, intentional infliction of emotional distress, and invasion of privacy, is due on Thursday, June 26, 2008. The allegations against Casady arise out of her legal representation of the Illinois Department of Children and Family Services (hereinafter "the Department") in the appeal filed by Plaintiff, B.F.G., to expunge an indicated report of sexual abuse.

2. Since the inception of this case, Casady has represented and continues to represent the Department in numerous cases, all of which require substantial time to organize, prepare and prosecute.

3. In addition to her full time work prosecuting cases for DCFS, Casady has been diligently researching and drafting her responsive pleading in this case. The pleading is almost complete, but two additional days are needed to finalize it.

4. Casady is *pro se* in this matter.

5. This motion is not made for purposes of delay. The granting of this motion will not prejudice Plaintiffs and would be in the best interest of justice.

WHEREFORE, Defendant, Rhonda Casady, requests that this Honorable Court grant her motion to extend the time within which to answer or otherwise plead to Plaintiffs' Amended Complaint to and

including June 30, 2008, and for any other further relief this

Honorable Court deems just and proper.

                                                Respectfully submitted,

                                                _____
                                                Rhonda L. Casady

Rhonda L. Casady
Attorney for Illinois Department of
Children and Family Services
200 South Michigan Avenue Suite 1240
Chicago, Illinois  60604
Tel:  312-939-3456
Fax:  312-939-3457
Email for electronic filing:  RCLAW@comcast.net

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| B.F.G., by his parents and next friends, R.G. and B.G., and R.G. and B.G.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>WILLIE BLACKMON, Investigator, Division of Child Protection ("DCP"), of The Illinois Department of Children and Family Services ("DCFS"), et al.,<br><br>　　　　　　Defendants. | No. 08 C 1565<br><br><br><br>HON. SUZANNE B. CONLON<br>Judge Presiding<br><br>Magistrate Judge Nolan |

## NOTICE OF MOTION

To: All Counsel of Record (see attached service list)

　　PLEASE BE ADVISED that on July 1, 2008, at 9:00 a.m., I shall appear before the Honorable JUDGE SUZANNE B. CONLON, Room 1743, or any judge sitting in her stead, in the courtroom usually occupied by her in the United States Courthouse for the Northern District of Illinois, Eastern Division, Dirksen Building, 219 S. Dearborn St., Chicago IL, and shall then and there move the Court in accordance with the attached "Defendant Casady's Motion To Extend Time by Two Days, Within Which To Answer Or Otherwise Plead To Plaintiffs' Amended Complaint".

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Rhonda L. Casady

Rhonda L. Casady
Attorney for Illinois Department of
Children and Family Services
200 South Michigan Avenue Suite 1240
Chicago, Illinois  60604
Tel:  312-939-3456
Fax:  312-939-3457

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2008, I electronically filed the foregoing Defendant Casady's Motion To Extend Time by Two Days, Within Which To Answer Or Otherwise Plead To Plaintiffs' Amended Complaint, Notice of Motion, and I refiled to correct the previously electronically filed Appearance and Notice of Appearance for the undersigned, with the Clerk of the Court using the CM/ECF system, which will send electronic notification of the filing to the following CM/ECF participants:

                                s/ Rhonda L. Casady

                                Rhonda L. Casady
                                200 S. Michigan Ave. Ste. 1240
                                Chicago IL  60604
                                Tel:  312-939-3456
                                Fax:  312-939-3457
                                Email for electronic filing:
                                RCLAW@comcast.net

**Page 1 of 2 of Service List for Certificate of Service,**

**Counsel for Plaintiffs, B.F.G., B.G., and R.G.**

| | |
|---|---|
| James Sotos<br>Julie Bisbee<br>James G. Sotos & Assoc., Ltd.<br>550 E. Devon, Ste1 150<br>Itasca IL  60143<br>630.735.3300  Fax: 630.773.0980 | Lance D. Northcutt<br>Berg, Northcutt & Berg<br>2100 W. 35th St.<br>Chicago IL 60609<br>773.252.7220 Fax: 773.252.7221 |

**Counsel for Village of Willow Springs, Officer Craig Widlacki & Detective Robert Tabordan**

| | |
|---|---|
| Paul Rettberg<br>Stacey McGlynn Atkins<br>Jason S. Callicoat<br>Querrey & Harrow, Ltd.<br>175 W. Jackson Blvd., Ste. 1600<br>Chicago  IL 60604<br>312.540.7000  Fax: 312.540.0578 | Michael J. McGrath<br>Mark Sterk<br>Odelson& Sterk, Ltd.<br>3318 W. 95th St.<br>Evergreen Park IL 60805<br>708.424.5678 Fax:708.425.1898 |

**Page 2 of 2 of Service List for Certificate of Service**

**Counsel for J.S. and K.S.**

| | |
|---|---|
| Michael Ettinger | Daniel M. Noland |
| Cheryl Ann Schroeder | Sonia A. Desai |
| Ettinger, Besbekos, & Schroeder, P.C. | Molly E. Thompson |
| 12413 S. Harlem Ave., Ste. 203 | Dykema Gossett PLLC |
| Palos Heights IL 60463 | 10 S. Wacker Dr., Ste. 2300 |
| 708.923.0368 Fax: 708.598.0041 | Chicago IL 60606 |
| | 312.876.1700 Fax:312.876.1155 |

**Counsel for Willie Blackmon and Kimberly Smith-Foote**

Barbara Greenspan
James C. Stevens
Office of the Illinois Attorney General
Child Welfare Bureau
100 W. Randolph St., Ste. 11-200
Chicago IL 60601
312.814.6788   Fax:  312.814.6885

**Counsel for Danielle Butts and Jane Addams Hull House Association**

| | |
|---|---|
| Mitchell A. Orpett | Jessica K. Burtnett |
| Tribler, Orpett & Meyer, P.C | Patrick R. Grady |
| 225 W. Washington, Ste. 1300 | Steven C. Wolf |
| Chicago IL 60606-3408 | Wolf & Wolfe, Ltd. |
| 312.201.6413 Fax: 312-201-6401 | 25 E. Washington, Ste. 700 |
| | Chicago IL 60602 |
| | 312.855.0500  Fax:312-855-0510 |