**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>            s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL            APPOINTED COUNSEL |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| B.F.G., by his parents and next friends, R.G. and B.G., and R.G. and B.G., | ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 1565 |
| v. | ) ) | |
| | ) | HON. SUZANNE B. CONLON |
| WILLIE BLACKMON, Investigator, Division of Child Protection ("DCP"), of The Illinois Department of Children and Family Services ("DCFS"), et al., | ) ) ) ) ) | Judge Presiding Magistrate Judge Nolan |
| Defendants. | ) ) | |

## NOTICE OF FILING

To: All Counsel of Record (see attached service list)

    PLEASE BE ADVISED that on June 30, 2008, the undersigned electronically refiled[1] with the Clerk of the Court for the Northern District of Illinois, Eastern Division, Dirksen Building, 219 S. Dearborn St., Chicago IL, using the CM/ECF system, the attached, **Defendant, Rhonda Casady's, Appearance.**

                                        s/ Rhonda L. Casady
                                        Rhonda L. Casady
                                        Attorney at Law
                                        200 S. Michigan Ave. Ste. 1240
                                        Chicago IL  60604
                                        Tel:  312-939-3456
                                        Fax:  312-939-3457
                                        Email for electronic filing:
                                        RCLAW@comcast.net

---

[1] Counsel prepared, and in good faith believed, she had correctly filed her appearance on June 19, 2008.  Counsel personally served a physical copy of her appearance on June 19th, on counsels for Plaintiffs, and for Defendants Blackmon, Smith-Foote, Village of Willow Springs, Village of Willow Springs Police Department, Widlacki, and Tabordan.  This is counsel's second attempt at refiling her appearance, the first attempt being June 27, 2008.

**B.F.G., et al.,  v. BLACKMON, et al.,**
**Case No. 08 C 1565**

**CERTIFICATE OF SERVICE**

 I hereby certify that on June 30, 2008, I electronically filed the Defendant, Rhonda Casady's, Appearance, and Notice of Filing, with the Clerk of the Court, using the CM/ECF system, which will send electronic notification of the filing to the following CM/ECF participants on the attached service list:

           s/ Rhonda L. Casady_____

           Rhonda L. Casady, Attorney at Law
           200 S. Michigan Ave. Ste. 1240
           Chicago IL  60604
           Tel:  312-939-3456
           Fax:  312-939-3457
           Email for electronic filing:
           RCLAW@comcast.net

**B.F.G., et al.,  v. BLACKMON, et al.,**
**Case No. 08 C 1565**

### SERVICE LIST

**Counsel for Plaintiffs, B.F.G., B.G., and R.G.**

James Sotos
Julie Bisbee
James G. Sotos & Assoc., Ltd.
550 E. Devon, Ste1 150
Itasca IL  60143
630.735.3300  Fax:  630.773.0980

Lance D. Northcutt
Berg, Northcutt & Berg
2100 W. 35th St.
Chicago IL 60609
773.252.7220 Fax: 773.252.7221

**Counsel for Willie Blackmon and Kimberly Smith-Foote**

Barbara Greenspan
James C. Stevens
Office of the Illinois Attorney General
Child Welfare Bureau
100 W. Randolph St., Ste. 11-200
Chicago IL 60601
312.814.6788   Fax:  312.814.6885

**Counsel for J.S. and K.S.**

Michael Ettinger
Cheryl Ann Schroeder
Ettinger, Besbekos, & Schroeder, P.C.
12413 S. Harlem Ave., Ste. 203
Palos Heights IL 60463
708.923.0368 Fax:  708.598.0041

Daniel M. Noland
Sonia A. Desai
Molly E. Thompson
Dykema Gossett PLLC
10 S. Wacker Dr., Ste. 2300
Chicago IL 60606
312.876.1700 Fax:312.876.1155

**Counsel for Village of Willow Springs, Village of Willow Springs Police Department, Officer Craig Widlacki & Detective Robert Tabordan**

Paul Rettberg
Stacey McGlynn Atkins
Jason S. Callicoat
Querrey & Harrow, Ltd.
175 W. Jackson Blvd., Ste. 1600
Chicago  IL 60604
312.540.7000  Fax:  312.540.0578

Michael J. McGrath
Mark Sterk
Odelson& Sterk, Ltd.
3318 W. 95th St.
Evergreen Park IL 60805
708.424.5678 Fax:708.425.1898

**Counsel for Danielle Butts and Jane Addams Hull House Association**

Mitchell A. Orpett
Tribler, Orpett & Meyer, P.C
225 W. Washington, Ste. 1300
Chicago IL 60606-3408
312.201.6413 Fax: 312-201-6401

Jessica K. Burtnett
Patrick R. Grady
Steven C. Wolf
Wolf & Wolfe, Ltd.
25 E. Washington, Ste. 700
Chicago IL 60602
312.855.0500  Fax:312-855-0510