50614-RET/CAL

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| B.F.G. by his parents and next friends, R.G. and B.G., and R.G. and B.G. | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | 08 C 1565 |
| Willie Blackmon, Investigator, Division of Child Protection, ("DCP"), of the Illinois Department of Children and Family Services, ("DCFS"), et al., | ) ) ) ) ) ) | JUDGE SUZANNE B. CONLON<br><br>MAGISTRATE JUDGE NOLAN |
| Defendants. | ) | |

### NOTICE OF FILING

TO:   Please See Service List.

PLEASE TAKE NOTICE that on the **30th** day of **June, 2008**, we filed with the Clerk of the Circuit Court of Cook County, Illinois, the attached document:

### REPLY IN SUPPORT OF MOTION TO DISMISS BY VILLAGE OF WILLOW SPRINGS, ROBERT TABORDON and CRAIG WIDLACKI

QUERREY & HARROW, LTD.

By: /s/ Jason Callicoat
Attorney for Defendants

Paul A. Rettberg
Jason Callicoat
QUERREY & HARROW, LTD.
175 West Jackson Blvd., Suite 1600
Chicago, IL 60604-2827
(312) 540-7000

### PROOF OF SERVICE

The undersigned, being first duly sworn on oath, deposes and states that the attached document was served by placing a copy in an envelope properly addressed, sealed, stamped and placing envelope into a U.S. mail box in the City of Chicago on the 30th day of June, 2008.

Chandra Shannon

{X} Under penalties as provided by law to Ill.Rev.Stat. Ch. 110, Sect. 1-109, I certify that the statements set forth herein are true and correct.

Document #: 1339233