IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| B.F.G., etc., et al., | ) |
|     Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:08-cv-01565 |
| WILLIE BLACKMON, etc., et al., | ) ) Judge Conlon |
|     Defendants. | ) ) Magistrate Judge Nolan |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants J.S. and K.S. ("Defendants"), by their attorneys, Dykema Gossett PLLC, and for their unopposed motion for extension of time to file their reply in support of their motion to dismiss, state as follows:

1. Defendants' reply in support of their motion to dismiss was due today, June 30, 2008.

2. Although Defendants have been diligently working on their reply brief and it is substantially complete, in light of other professional commitments, Defendants request an additional two days so Defendants' counsel can complete the brief.

3. This motion is not presented for purposes of unnecessary delay and will not serve to prejudice any party.

4. Plaintiffs' counsel has advised Defendants' counsel that plaintiffs have no objection to this motion.

WHEREFORE, Defendants, J.S and K.S., respectfully request a two-day extension of time to answer file their reply brief, and for any other relief this Court deems appropriate.

                                      Respectfully submitted,

                                      s/Molly E. Thompson (ARDC No. 6293942)

Daniel M. Noland                           One of the Attorneys for Defendants,
Sonia Desai                                     J.S. and K.S.
Molly E. Thompson
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
312.876.1700

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2008, I electronically filed the foregoing **Unopposed Motion for Extension of Time** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

James G. Sotos & Associates, Ltd.
550 East Devon
Suite 150
Itasca, Illinois  60143
630.735.3300
630.773.0980 (facsimile)

James C. Stevens, Jr.
Office of the Illinois Attorney General
100 West Randolph Street, Suite 11-200
Chicago, Illinois  60601
312.814.6788
312.814.6885 (facsimile)

Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, Illinois  60604
312.540.7000
312.540.0578 (facsimile)

Ettinger, Besbekos, & Schroeder, P.C.
12413 South Harlem Avenue
Suite 203
Palos Heights, Illinois  60463
708.923.0368
708.598.0041 (facsimile)

Odelson & Sterk, Ltd.
3318 West 95th Street
Evergreen Park, Illinois  60805
708.424.5678
708.425.1898 (facsimile)

Rhonda Lee Casady
200 S. Michigan Ave.
Suite 1240
Chicago, IL 60604
312-939-3456

s/Molly E. Thompson (ARDC No. 6293942)
Molly E. Thompson

CHICAGO\2464395.1
ID\METH