IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| B.F.G., etc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:08-cv-01565 |
| | ) | |
| WILLIE BLACKMON, etc., et al., | ) | Judge Conlon |
| | ) | |
| Defendants. | ) | Magistrate Judge Nolan |

### NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE that on **July 3, 2008** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Suzanne B. Conlon, in Room 1743 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Motion For Extension of Time**.

Respectfully submitted,

s/Molly E. Thompson (ARDC No. 6293942)

Daniel M. Noland    One of the Attorneys for Defendants,
Sonia Desai    J.S. and K.S.
Molly E. Thompson
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois  60606
312.876.1700

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

James G. Sotos & Associates, Ltd.
550 East Devon
Suite 150
Itasca, Illinois  60143
630.735.3300
630.773.0980 (facsimile)

James C. Stevens, Jr.
Office of the Illinois Attorney General
100 West Randolph Street, Suite 11-200
Chicago, Illinois  60601
312.814.6788
312.814.6885 (facsimile)

Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, Illinois  60604
312.540.7000
312.540.0578 (facsimile)

Ettinger, Besbekos, & Schroeder, P.C.
12413 South Harlem Avenue
Suite 203
Palos Heights, Illinois  60463
708.923.0368
708.598.0041 (facsimile)

Odelson & Sterk, Ltd.
3318 West 95th Street
Evergreen Park, Illinois  60805
708.424.5678
708.425.1898 (facsimile)

Rhonda Lee Casady
200 S. Michigan Ave.
Suite 1240
Chicago, IL 60604
312-939-3456


s/Molly E. Thompson (ARDC No. 6293942)
Molly E. Thompson

CHICAGO\2443475.1
ID\METH