IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| B.F.G., etc., et al., | ) |
|        Plaintiffs, | ) |
| v. | ) Case No. 1:08-cv-01565 |
| WILLIE BLACKMON, etc., et al., | ) Judge Conlon |
|        Defendants. | ) Magistrate Judge Nolan |

**NOTICE OF MOTION**

TO:    See Attached Service List

     PLEASE TAKE NOTICE that on **July 8, 2008** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Suzanne B. Conlon, in Room 1743 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Motion For Leave to File Reply** *Instanter*.

                                                                        Respectfully submitted,

                                                                          s/Molly E. Thompson (ARDC No. 6293942)

Daniel M. Noland                                       One of the Attorneys for Defendants,
Sonia Desai                                                J.S. and K.S.
Molly E. Thompson
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
312.876.1700

## CERTIFICATE OF SERVICE

    I hereby certify that on July 2, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

| | |
|---|---|
| James G. Sotos & Associates, Ltd.<br>550 East Devon<br>Suite 150<br>Itasca, Illinois  60143<br>630.735.3300<br>630.773.0980 (facsimile) | James C. Stevens, Jr.<br>Office of the Illinois Attorney General<br>100 West Randolph Street, Suite 11-200<br>Chicago, Illinois  60601<br>312.814.6788<br>312.814.6885 (facsimile) |
| Querrey & Harrow, Ltd.<br>175 West Jackson Boulevard<br>Suite 1600<br>Chicago, Illinois  60604<br>312.540.7000<br>312.540.0578 (facsimile) | Ettinger, Besbekos, & Schroeder, P.C.<br>12413 South Harlem Avenue<br>Suite 203<br>Palos Heights, Illinois  60463<br>708.923.0368<br>708.598.0041 (facsimile) |
| Odelson & Sterk, Ltd.<br>3318 West 95th Street<br>Evergreen Park, Illinois  60805<br>708.424.5678<br>708.425.1898 (facsimile) | Rhonda Lee Casady<br>200 S. Michigan Ave.<br>Suite 1240<br>Chicago, IL 60604<br>312-939-3456 |

                       s/Molly E. Thompson (ARDC No. 6293942)
                       Molly E. Thompson

CHICAGO\2443475.2
ID\METH