IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| B.F.G., by his parents and next friends, R.G. and B.G., and R.G. and B.G., | ) ) ) | No. 08 C 1565 |
| Plaintiffs, | ) ) | |
| v. | ) ) | HON. SUZANNE B. CONLON |
| WILLIE BLACKMON, Investigator, Division of Child Protection ("DCP"), of The Illinois Department of Children and Family Services ("DCFS"), et al., | ) ) ) ) ) ) | Judge Presiding<br><br>Magistrate Judge Nolan |
| Defendants. | ) | |

**DEFENDANT, RHONDA CASADY'S, MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' AMENDED COMPLAINT TO JULY 10, 2008**

NOW COMES the Defendant, Rhonda Casady, (hereinafter "Casady"), and pursuant to Fed. R. Civ. P. 6(b), and moves this Honorable Court to extend the time within which to answer or otherwise plead to Plaintiffs' Amended Complaint to and including July 10, 2008. In support of this motion to extend time, Casady states as follows:

1. Casady's answer or other response to the sixteen count civil rights suit brought pursuant to 42 U.S.C. §§ 1983 and 1988, including supplemental state law claims, alleging, *inter alia,* due process violations, unlawful arrest, conspiracy, malicious

prosecution, defamation, intentional infliction of emotional distress, and invasion of privacy, was due on June 26, 2008. The allegations against Casady arise out of her legal representation of the Illinois Department of Children and Family Services (hereinafter "the Department") in the appeal filed by Plaintiff, B.F.G., to expunge an indicated report of sexual abuse.

2. Since the inception of this case, Casady has represented and continues to represent the Department in numerous cases, all of which require substantial time to organize, prepare and prosecute.

3. In addition to her full time work prosecuting cases for DCFS, Casady has been diligently researching and drafting her responsive pleading in this case. The pleading is almost complete, but the additional time is needed to finalize it.

4. Casady is appearing *pro se* in this matter.

5. Casady had previously filed a motion electronically requesting an extension for the response until June 30th . The latter did not make the call because counsel inadvertently did not deliver a copy to the clerk of this Court.

6. This motion is not made for purposes of delay. The granting of this motion will not prejudice Plaintiffs and would be in the best interest of justice.

WHEREFORE, Defendant, Rhonda Casady, requests that this Honorable Court grant her motion to extend the time within which to answer or otherwise plead to Plaintiffs' Amended Complaint to and including July 10, 2008, and for any other further relief this Honorable Court deems just and proper.

> Respectfully submitted,
>
> /s/ Rhonda L. Casady
> Rhonda L. Casady

Rhonda L. Casady
Attorney at Law
200 South Michigan Avenue Suite 1240
Chicago, Illinois   60604
Tel:  312-939-3456
Fax:  312-939-3457
Email for electronic filing:  RClaw@comcast.net

3

**B.F.G., et al.,  v. BLACKMON, et al.,
Case No. 08 C 1565**

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 7, 2008, I electronically filed the Defendant, Rhonda Casady's, Motion To Extend Time Within Which To Answer Or Otherwise Plead To Plaintiffs' Amended Complaint", and Notice of Motion, with the Clerk of the Court, using the CM/ECF system, which will send electronic notification of the filing to the following CM/ECF participants on the attached service list:

    /s/ Rhonda L. Casady__
    Rhonda L. Casady
    Attorney at Law
    200 S. Michigan Ave. Ste. 1240
    Chicago IL  60604
    Tel:  312-939-3456
    Fax:  312-939-3457
    Email for electronic filing:
    RClaw@comcast.net

**B.F.G., et al., v. BLACKMON, et al.,**
**Case No. 08 C 1565**

### SERVICE LIST

**Counsel for Plaintiffs, B.F.G., B.G., and R.G.**

James Sotos
Julie Bisbee
James G. Sotos & Assoc., Ltd.
550 E. Devon, Ste1 150
Itasca IL 60143
630.735.3300 Fax: 630.773.0980

Lance D. Northcutt
Berg, Northcutt & Berg
2100 W. 35th St.
Chicago IL 60609
773.252.7220 Fax: 773.252.7221

**Counsel for Willie Blackmon and Kimberly Smith-Foote**

Barbara Greenspan
James C. Stevens
Office of the Illinois Attorney General
Child Welfare Bureau
100 W. Randolph St., Ste. 11-200
Chicago IL 60601
312.814.6788 Fax: 312.814.6885

**Counsel for J.S. and K.S.**

Michael Ettinger
Cheryl Ann Schroeder
Ettinger, Besbekos, & Schroeder, P.C.
12413 S. Harlem Ave., Ste. 203
Palos Heights IL 60463
708.923.0368 Fax: 708.598.0041

Daniel M. Noland
Sonia A. Desai
Molly E. Thompson
Dykema Gossett PLLC
10 S. Wacker Dr., Ste. 2300
Chicago IL 60606
312.876.1700 Fax:312.876.1155

**Counsel for Village of Willow Springs, Village of Willow Springs Police Department, Officer Craig Widlacki & Detective Robert Tabordan**

Paul Rettberg
Stacey McGlynn Atkins
Jason S. Callicoat
Querrey & Harrow, Ltd.
175 W. Jackson Blvd., Ste. 1600
Chicago IL 60604
312.540.7000 Fax: 312.540.0578

Michael J. McGrath
Mark Sterk
Odelson& Sterk, Ltd.
3318 W. 95th St.
Evergreen Park IL 60805
708.424.5678 Fax:708.425.1898

**Counsel for Danielle Butts and Jane Addams Hull House Association**

Mitchell A. Orpett
Tribler, Orpett & Meyer, P.C
225 W. Washington, Ste. 1300
Chicago IL 60606-3408
312.201.6413 Fax: 312-201-6401

Jessica K. Burtnett
Patrick R. Grady
Steven C. Wolf
Wolf & Wolfe, Ltd.
25 E. Washington, Ste. 700
Chicago IL 60602
312.855.0500 Fax:312-855-0510