IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| B.F.G., by his parents and next friends, R.G. and B.G., and R.G. and B.G., | ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 1565 |
| v. | ) ) | |
| | ) | HON. SUZANNE B. CONLON |
| WILLIE BLACKMON, Investigator, Division of Child Protection ("DCP"), of The Illinois Department of Children and Family Services ("DCFS"), et al., | ) ) ) ) ) ) | Judge Presiding<br><br>Magistrate Judge Nolan |
| Defendants. | ) | |

## NOTICE OF MOTION

To:  All Counsel of Record (see attached service list)

      PLEASE BE ADVISED that on **July 10, 2008, at 9:00 a.m.**, I shall appear before the Honorable JUDGE SUZANNE B. CONLON, Room 1743, or any judge sitting in her stead, in the courtroom usually occupied by her in the United States Courthouse for the Northern District of Illinois, Eastern Division, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there move the Court in accordance with the attached **Defendant, Rhonda Casady's, Motion To Extend Time Within Which To Answer Or Otherwise Plead To Plaintiffs' Amended Complaint**.

                                                              /s/ Rhonda L. Casady____
                                                                  Rhonda L. Casady

Rhonda L. Casady
Attorney at Law
200 South Michigan Avenue Suite 1240
Chicago, Illinois   60604
Tel:  312-939-3456
Fax:  312-939-3457
Email for electronic filing:  RClaw@comcast.net

**B.F.G., et al.,  v. BLACKMON, et al.,
Case No. 08 C 1565**

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 7, 2008, I electronically filed the Defendant, Rhonda Casady's, Motion To Extend Time Within Which To Answer Or Otherwise Plead To Plaintiffs' Amended Complaint", and Notice of Motion, with the Clerk of the Court, using the CM/ECF system, which will send electronic notification of the filing to the following CM/ECF participants on the attached service list:

        /s/ Rhonda L. Casady__
        Rhonda L. Casady
        Attorney at Law
        200 S. Michigan Ave. Ste. 1240
        Chicago IL  60604
        Tel:  312-939-3456
        Fax:  312-939-3457
        Email for electronic filing:
        RClaw@comcast.net

**B.F.G., et al.,  v. BLACKMON, et al.,**
**Case No. 08 C 1565**

### SERVICE LIST

**Counsel for Plaintiffs, B.F.G., B.G., and R.G.**

James Sotos
Julie Bisbee
James G. Sotos & Assoc., Ltd.
550 E. Devon, Ste1 150
Itasca IL  60143
630.735.3300  Fax:  630.773.0980

Lance D. Northcutt
Berg, Northcutt & Berg
2100 W. 35th St.
Chicago IL 60609
773.252.7220 Fax: 773.252.7221

**Counsel for Willie Blackmon and Kimberly Smith-Foote**

Barbara Greenspan
James C. Stevens
Office of the Illinois Attorney General
Child Welfare Bureau
100 W. Randolph St., Ste. 11-200
Chicago IL 60601
312.814.6788   Fax:  312.814.6885

**Counsel for J.S. and K.S.**

Michael Ettinger
Cheryl Ann Schroeder
Ettinger, Besbekos, & Schroeder, P.C.
12413 S. Harlem Ave., Ste. 203
Palos Heights IL 60463
708.923.0368 Fax:  708.598.0041

Daniel M. Noland
Sonia A. Desai
Molly E. Thompson
Dykema Gossett PLLC
10 S. Wacker Dr., Ste. 2300
Chicago IL 60606
312.876.1700 Fax:312.876.1155

**Counsel for Village of Willow Springs, Village of Willow Springs Police Department, Officer Craig Widlacki & Detective Robert Tabordan**

Paul Rettberg
Stacey McGlynn Atkins
Jason S. Callicoat
Querrey & Harrow, Ltd.
175 W. Jackson Blvd., Ste. 1600
Chicago  IL 60604
312.540.7000  Fax:  312.540.0578

Michael J. McGrath
Mark Sterk
Odelson& Sterk, Ltd.
3318 W. 95th St.
Evergreen Park IL 60805
708.424.5678 Fax:708.425.1898

**Counsel for Danielle Butts and Jane Addams Hull House Association**

Mitchell A. Orpett
Tribler, Orpett & Meyer, P.C
225 W. Washington, Ste. 1300
Chicago IL 60606-3408
312.201.6413 Fax: 312-201-6401

Jessica K. Burtnett
Patrick R. Grady
Steven C. Wolf
Wolf & Wolfe, Ltd.
25 E. Washington, Ste. 700
Chicago IL 60602
312.855.0500  Fax:312-855-0510