AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

B.F.G., by his parents and next friends, R.G. and B.G., and R.G. and B.G.

V.

Willie Blackmon, et al.

CASE NUMBER: 08 C 1565

ASSIGNED JUDGE: Judge Suzanne B. Conlon

DESIGNATED MAGISTRATE JUDGE: Mag. Judge Nan R. Nolan

TO: (Name and address of Defendant)

Child Advocacy Center Southwest Cook County
c/o Clarence Wood, Registered Agent
1030 W. Van Buren 7th Floor
Chicago, IL 60607

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James G. Sotos, Julie K. Bisbee, James G. Sotos & Associates, Ltd., 550 East Devon, Suite 150, Itasca, IL 60143; Lance D. Northcutt, Berg, Northcutt & Berg, 2100 West 35th Street, Chicago, IL 60609

an answer to the complaint which is herewith served upon you, within  Twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

May 13, 2008
Date



SHERIFF'S NUMBER 061388-001D CASE NUMBER 08C1565    DEPUTY: _____

FILED DT 05-13-2008 RECEIVED DT 05-14-2008 DIE DT 05-29-2008 MULTIPLE SERVICE    1
   DEFENDANT                                                ATTORNEY
CHILD ADVOCACY CENTER SOUTHWEST COOK COUNTY               JAMES G SOTOS
1030 W VAN BUREN ST                                       550 E DEVON STE 150
CHICAGO IL. 60607                                         ITASCA IL. 60143
7TH FLOOR
PLAINTIFF B.F.G.

SERVICE INFORMATION: UNITED STATES DIST COURT C/O CLARENCE WOOD RA  RS

********************************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME _____
.....3 SERVICE ON: CORPORATION   COMPANY    BUSINESS   PARTNERSHIP
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL _____

(B) THOMAS J. DART, SHERIFF, BY: _____ DEPUTY
    1 SEX F M/F  RACE W  AGE 50
    2 NAME OF DEFENDANT CHILD ADVOCACY CENTER SOUTHWEST COOK COUNTY
         WRIT SERVED ON _____
         THIS 27 DAY OF MAY, 2008  TIME 10:15 A.M./P.M.
    ADDITIONAL REMARKS  Hull House

********************************************************************************
THE NAMED DEFENDANT WAS NOT SERVED.
TYPE OF BLDG  1 sty ofc Hull House             ATTEMPTED SERVICES
NEIGHBORS NAME _____                 DATE        TIME A.M./P.M.
    ADDRESS    _____                 19 May 08   11:35 AM 4536
                                               5/19        5:51P 3782
         REASON NOT SERVED:
                       07 EMPLOYER REFUSAL     _____    __:__
    01 MOVED           08 RETURNED BY ATTY     _____    __:__
    02 NO CONTACT      09 DECEASED
    03 EMPTY LOT       10 BLDG DEMOLISHED      _____    __:__
    04 NOT LISTED      11 NO REGISTERED AGT.
    05 WRONG ADDRESS   12 OTHER REASONS        _____    __:__
    06 NO SUCH ADDRESS 13 OUT OF COUNTY
                                               _____    __:__

FEE  .00  MILEAGE  .00  TOTAL  .00                              SG10

STATE OF ILLINOIS    )
                     )
COUNTY OF DUPAGE     )

### CERTIFICATE OF SERVICE

The undersigned having first been duly sworn under oath, states that she electronically filed a complete copy of the foregoing **Summons** with the Clerk of the Court on **July 8, 2008** using the CM/ECF system, which will send notification of such filing to the following counsel of record:  see attached Service List.

                                                s/Julie K. Bisbee
                                                  JULIE K. BISBEE, Attorney No. 6292401
                                                  James G. Sotos
                                                  JAMES G. SOTOS & ASSOCIATES, LTD.
                                                  550 East Devon, Suite 150
                                                  Itasca, Illinois  60143
                                                  630-735-3300
                                                  630-773-0980 (fax)
                                                  jbisbee@jsotoslaw.com
                                                  *One of the Attorneys for Plaintiff*

**B.F.G. v. BLACKMON, et al**
**Case No. 08-1565**

**SERVICE LIST**

**Counsel for Village of Willow Springs, Officer Craig Widlacki &**
**Detective Robert Tabordan**

Michael J. McGrath
Mark Sterk
Odelson & Sterk, Ltd.
3318 West 95th Street
Evergreen Park, Illinois 60805
708-424-5678
708-425-1898 (fax)

Paul Rettberg
Stacey McGlynn Atkins
Jason S. Callicoat
Querrey & Harrow, Ltd.
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois 60604
312-540-7040
312-540-0578 (fax)

**Counsel for Willie Blackmon and Kimberly Smith-Foote**

James C. Stevens, Jr.
Barbara Greenspan
Illinois Attorney General's Office
Child Welfare Bureau
100 West Randolph Street, 11th Floor
Chicago, Illinois 60601
312-814-6788
312-814-6885 (fax)

**Counsel for Danielle Butts**

Mitchell A. Orpett
Tribler Orpett & Meyer, P.C.
225 West Washington, Suite 1300
Chicago, Illinois 60606-3408
312-201-6413
312-201-6401 (fax)

Patrick Ross Grady
Steven C. Wolf
Wolf & Wolfe, Ltd.
25 E. Washington, Suite 700
Chicago, Illinois 60602
312-855-0500
312-855-0510 (fax)

**Counsel for J.S. & K.S.**

Michael D. Ettinger
Cheryl Ann Schroeder
Ettinger, Besbekos & Schroeder, P.C.
12413 South Harlem Avenue, Suite 203
Palos Heights, Illinois 60464
708-923-0368
708-923-0386 (fax)

Daniel Noland
Molly E. Thompson
Sonia A. Desai
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
312-876-1700
312-876-1155 (fax)

**Counsel for Rhonda Lee Casady**

Rhonda L. Casady
200 S. Michigan Ave., Suite 1240
Chicago, Illinois 60604
312-939-3456
312-939-3457 (fax)