AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

RECEIVED

MAR 26 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SUMMONS IN A CIVIL CASE

B.F.G., by his parents and next friends, R.G. and B.G., and
R.G. and B.G.

CASE N

V.

Willie Blackmon, Kimberly Smith-Foote, Danielle Butts,
Rhonda Casady, J.S., K.S., Detective Tibordan, Officer
Widlacki and Village of Willow Springs

ASSIGN

DESIGN
MAGIS.

**08CV1565**

**JUDGE CONLON**

**MAG.JUDGE NOLAN**

TO: (Name and address of Defendant)

Willie Blackmon
Investigator, Division of Child Protection
Department of Child & Family Services
Eisenhower Tower
1701 S. First
Maywood, IL 60153

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James G. Sotos, Julie K. Bisbee, James G. Sotos & Associates, Ltd., 550 East Devon, Suite
150, Itasca, IL 60143; Lance D. Northcutt, Berg, Northcutt & Berg, 2100 West 35th Street,
Chicago, IL 60609

an answer to the complaint which is herewith served upon you, within _____ 20 (twenty) _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAR 1 8 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 3/25/08 |
| NAME OF SERVER (PRINT)  JOHN J. MAZZOLA | TITLE  PRIVATE DETECTIVE | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: JUANITA BLACKMON (DAUGHTER)

☐ Returned unexecuted: _____

**FILED**

JUL 0 7 2008

☐ Other (specify): _____

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/25/08
                  Date

Signature of Server

9 S. VAN BUREN, BATAVIA, IL. 60510
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

James G. Sotos & Associates, Ltd.
550 East Devon Avenue, Suite 150
Itasca, IL 60143-2632

RECEIVED

JUL   7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

VIA HAND DELIVERY

Ms. Vettina Franklin
Docketing Clerk
Everett McKinley Dirksen Building
219 South Dearborn Street, 20th Floor
Chicago, IL 60604