

AO 440 (Rev. 05/00) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

MAR 26 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## SUMMONS IN A CIVIL CASE

B.F.G., by his parents and next friends, R.G. and B.G., and R.G. and B.G.

V.

Willie Blackmon, Kimberly Smith-Foote, Danielle Butts, Rhonda Casady, J.S., K.S., Detective Tibordan, Officer Widlacki and Village of Willow Springs

CASE NUMBER:

**08CV1565**
ASSIGNED **JUDGE CONLON**
DESIGNATED
MAGISTRATE **MAG. JUDGE NOLAN**

TO: (Name and address of Defendant)

Rhonda L. Casady
Attorney at Law
200 South Michigan Avenue, Suite 1240
Chicago, IL 60604-2430

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James G. Sotos, Julie K. Bisbee, James G. Sotos & Associates, Ltd., 550 East Devon, Suite 150, Itasca, IL 60143; Lance D. Northcutt, Berg, Northcutt & Berg, 2100 West 35th Street, Chicago, IL 60609

an answer to the complaint which is herewith served upon you, within ___20 (twenty)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAR 1 8 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3-20-08 |
| NAME OF SERVER (PRINT) James DeIorio | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

**FILED**
**JUL 0 7 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

☒ Other (specify): Face to face conversation at her residence 1511 W. Greenleaf, Chicago, IL. Advised her it was a summons, she refused to take it and said she does not want it. Advised her I left in mailbox, she retrieved later.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-20-08
*Date*

*Signature of Server*  James DeIorio

9 S. Van Buren, Batavia, IL 60510
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.