AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

RECEIVED
MAR 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## SUMMONS IN A CIVIL CASE

B.F.G., by his parents and next friends, R.G. and B.G., and R.G. and B.G.

V.

Willie Blackmon, Kimberly Smith-Foote, Danielle Butts, Rhonda Casady, J.S., K.S., Detective Tibordan, Officer Widlacki and Village of Willow Springs

CASE NUMBER:

ASSIGNED: **08CV1565**
DESIGNAT: **JUDGE CONLON**
MAGISTR: **MAG. JUDGE NOLAN**

TO: (Name and address of Defendant)

Kimberly Smith-Foote
Investigative Supervisor, Division of Child Protection
Department of Children & Family Services
Eisenhower Tower
1701 S. First
Maywood, IL 60153

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James G. Sotos, Julie K. Bisbee, James G. Sotos & Associates, Ltd., 550 East Devon, Suite 150, Itasca, IL 60143; Lance D. Northcutt, Berg, Northcutt & Berg, 2100 West 35th Street, Chicago, IL 60609

an answer to the complaint which is herewith served upon you, within ___20 (twenty)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAR 1 8 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3/27/08 |
| NAME OF SERVER (PRINT) John J. Mazzolu | TITLE Private Detective |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left with Receptionist at DCFS office 1701 1st Ave, Maywood, IL. Telephone confirmation with Defendant. Phylis Giles

**FILED**
JUL 07 2008
07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

Signature of Server: John J. Mazzolu

Address of Server: 9 S. Van Buren, Batavia, IL 60510

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.