AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

RECEIVED
MAR 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## SUMMONS IN A CIVIL CASE

B.F.G., by his parents and next friends, R.G. and B.G., and R.G. and B.G.

V.

Willie Blackmon, Kimberly Smith-Foote, Danielle Butts, Rhonda Casady, J.S., K.S., Detective Tibordan, Officer Widlacki and Village of Willow Springs

CASE NUMBER:  **08CV1565**
ASSIGNED JUDGE: **JUDGE CONLON**
DESIGNATED MAGISTRATE JUDGE: **MAG. JUDGE NOLAN**

TO: (Name and address of Defendant)

John G. Scaramella
11904 Winding Trail
Willow Springs, IL 60480

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James G. Sotos, Julie K. Bisbee, James G. Sotos & Associates, Ltd., 550 East Devon, Suite 150, Itasca, IL 60143; Lance D. Northcutt, Berg, Northcutt & Berg, 2100 West 35th Street, Chicago, IL 60609

an answer to the complaint which is herewith served upon you, within ____20 (twenty)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

MAR 1 8 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me (1) | 3/19/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| James Kulkman | Private Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Kathleen A. Scaramella

☐ Returned unexecuted: _____

☐ Other (specify): _____

**FILED**
JUL 07 2008
67
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/19/08
            Date

Signature of Server: James Kulkman

Address of Server: 9 S. Van Buren St., Batavia, IL 60510

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.