

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

MAR 2 8 2008

SUMMONS IN A CIVIL CASE

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

B.F.G., by his parents and next friends, R.G. and B.G., and
R.G. and B.G.

**V.**

Willie Blackmon, Kimberly Smith-Foote, Danielle Butts,
Rhonda Casady, J.S., K.S., Detective Tibordan, Officer
Widlacki and Village of Willow Springs

CASE N: **08CV1565**

ASSIGNE **JUDGE CONLON**

DESIGN/ **MAG.JUDGE NOLAN**

MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Officer Craig Widlacki
Willow Springs Police Department
8255 Willow Springs Road
Willow Springs, IL 60480

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James G. Sotos, Julie K. Bisbee, James G. Sotos & Associates, Ltd., 550 East Devon, Suite
150, Itasca, IL 60143; Lance D. Northcutt, Berg, Northcutt & Berg, 2100 West 35th Street,
Chicago, IL 60609

an answer to the complaint which is herewith served upon you, within ____20 (twenty)____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAR 1 8 2008

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/19/08 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| James Kallman | Private Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant.  Place where served: _1148 W. Ogden Ave,_
_Downers Grove, IL_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

**FILED**

JUL 0 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

☐ Other (specify): _____

---

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __3/19/08__        __James N. Kallman_____
                    Date            Signature of Server

__G S, Von Buren St. Batavia, IL 60510__
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.