IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| B.F.G., by his parents and next friends, R.G. and B.G., and R.G. and B.G., <br>                  Plaintiffs, <br> v. <br> WILLIE BLACKMON, Investigator, Division of Child Protection ("DCP"), of The Illinois Department of Children and Family Services ("DCFS"), et al., <br>                  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 08 C 1565 <br><br> HON. SUZANNE B. CONLON <br> Judge Presiding <br><br> Magistrate Judge Nolan |

**DEFENDANT, RHONDA CASADY'S, MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' AMENDED COMPLAINT, AND TO SEEK LEGAL COUNSEL, TO JULY 31, 2008**

NOW COMES the Defendant, Rhonda Casady, (hereinafter "Casady"), and pursuant to Fed. R. Civ. P. 6(b), and moves this Honorable Court to extend the time within which to answer or otherwise plead to Plaintiffs' Amended Complaint, and to seek legal counsel, to and including July 31, 2008. In support of this motion to extend time, Casady states as follows:

1. Casady's answer or other response to the sixteen count civil rights suit brought pursuant to 42 U.S.C. §§ 1983 and 1988, including supplemental state law claims, alleging, *inter alia*, due process violations, unlawful arrest, conspiracy, malicious prosecution, defamation, intentional infliction of emotional distress, and invasion of privacy, was due under an extension request on July 10, 2008.

   The allegations against Casady arise out of her legal representation of the Illinois Department of Children and Family Services (hereinafter "the Department" or "DCFS") in the administrative appeal filed by Plaintiff, B.F.G., to expunge indicated reports of sexual abuse.

2. Since the inception of this case, Casady has continued in her full time work prosecuting cases for DCFS, all of which require substantial time to prepare for trial and prosecute.

3. Casady is *pro se* in this case. In her practice, she rarely encounters some of the legal issues raised in this case. Casady has diligently researched and drafted her responsive pleading for this case on a daily basis, in addition to her full time work with the Department. Each time the legal issues seem sufficiently researched, and a portion of the response is drafted, other cases are found that must be taken into consideration in the response. Her legal research has convinced her of the complexity of some of the legalities, as well as the prudence of seeking legal counsel. As a result, Casady has made diligent efforts to obtain counsel with expertise in the areas relevant to this case, but thus far has been unsuccessful. Therefore, Casady requests additional time to find legal counsel and to complete the filing of the responsive pleading.

4. This motion is not made for purposes of delay. The granting of this motion will not prejudice Plaintiffs and would be in the best interest of justice.

WHEREFORE, Defendant, Rhonda Casady, requests that this Honorable Court grant her motion to extend the time within which to answer or otherwise plead to Plaintiffs' Amended Complaint, and to seek legal counsel, to and including July 31, 2008, and for any other further relief this Honorable Court deems just and proper.

Respectfully submitted,

/s/ Rhonda L. Casady
Rhonda L. Casady

Rhonda L. Casady
Attorney at Law
200 South Michigan Avenue Suite 1240
Chicago, Illinois   60604
Tel:  312-939-3456
Fax:  312-939-3457
Email for electronic filing:  RClaw@comcast.net