Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1565 | **DATE** | 7/10/08 |
| **CASE TITLE** | B.F.G., ET AL vs. WILLIE BLACKMON, ET AL | | |

**DOCKET ENTRY TEXT**

Defendant Rhonda Cassady's motion to extend time to answer or otherwise plead to plaintiffs' amended complaint to July 10, 2008 [90]is granted.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|