IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| B.F.G., by his parents and next friends, R.G. and B.G., and R.G. and B.G.,<br>                    Plaintiffs,<br><br>v.<br><br>WILLIE BLACKMON, Investigator, Division of Child Protection ("DCP"), of The Illinois Department of Children and Family Services ("DCFS"), et al.,<br>                    Defendants. | No. 08 C 1565<br><br><br><br>HON. SUZANNE B. CONLON<br>Judge Presiding<br><br>Magistrate Judge Nolan |

## DEFENDANT, RHONDA CASADY'S, MOTION TO EXTEND TIME TO COMPLY WITH RULE 26(a) DISCLOSURES TO JULY 31, 2008

NOW COMES the Defendant, Rhonda Casady, (hereinafter "Casady"), and pursuant to Fed. R. Civ. P. 6(b), and moves this Honorable Court to extend the time within which to comply with Rule 26(a) disclosures, to and including July 31, 2008. In support of this motion, Casady states as follows:

1. On July 11, 2008, Casady filed a motion to extend the time to answer or otherwise respond to the amended complaint, and to seek legal counsel, to July 31, 2008.

2. Through inadvertence, Casady did not include a request to extend the time to comply with Rule 26(a) disclosures, to and including July 31, 2008.

3. Casady adopts Defendant, Rhonda Casady's, Motion To Extend Time Within Which To Answer Or Otherwise Plead To Plaintiffs' Amended

Complaint, and to Seek Legal Counsel, to July 31, 2008, filed on July 11, 2008, as though fully set forth herein.

WHEREFORE, Defendant, Rhonda Casady, requests that this Honorable Court grant her motion to extend the time within which to comply with Rule 26(a) disclosures, to and including July 31, 2008, and for any other further relief this Honorable Court deems just and proper.

                                            Respectfully submitted,

                                            /s/ Rhonda L. Casady__
                                            Rhonda L. Casady

Rhonda L. Casady
Attorney at Law
200 South Michigan Avenue Suite 1240
Chicago, Illinois   60604
Tel:  312-939-3456
Fax:  312-939-3457
Email for electronic filing:  RClaw@comcast.net