IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| B.F.G., by his parents and next friends, R.G. and B.G., and R.G. and B.G.,<br>  Plaintiffs,<br><br>v.<br><br>WILLIE BLACKMON, Investigator, Division of Child Protection ("DCP"), of The Illinois Department of Children and Family Services ("DCFS"), et al.,<br>  Defendants. | No. 08 C 1565<br><br>HON. SUZANNE B. CONLON<br>Judge Presiding<br><br>Magistrate Judge Nolan |

## NOTICE OF MOTION

To:  All Counsel of Record (see attached service list)

　　　PLEASE BE ADVISED that on **July 17, 2008, at 9:00 a.m.**, I shall appear before the Honorable JUDGE SUZANNE B. CONLON, Room 1743, or any judge sitting in her stead, in the courtroom usually occupied by her in the United States Courthouse for the Northern District of Illinois, Eastern Division, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there move the Court in accordance with the attached **Defendant, Rhonda Casady's, Motion To Extend Time Within Which To Compy with Rule 26(a) Disclosures, to July 31, 2008**.

　　　　　　　　　　　　　　　　　　　　　/s/ Rhonda L. Casady____
　　　　　　　　　　　　　　　　　　　　　　　Rhonda L. Casady

Rhonda L. Casady
Attorney at Law
200 South Michigan Avenue Suite 1240
Chicago, Illinois   60604
Tel:  312-939-3456
Fax:  312-939-3457
Email for electronic filing:  RClaw@comcast.net

**B.F.G., et al.,  v. BLACKMON, et al.,
Case No. 08 C 1565**

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 14, 2008, I electronically filed the Defendant, Rhonda Casady's, Motion To Extend Time To Comply With Rule 26(a) Disclosures To July 31, 2008, and Notice of Motion, and Certificate of Service, with the Clerk of the Court, using the CM/ECF system, which will send electronic notification of the filing to the following CM/ECF participants on the attached service list:

                                          /s/ Rhonda L. Casady__
                                          Rhonda L. Casady
                                          Attorney at Law
                                          200 S. Michigan Ave. Ste. 1240
                                          Chicago IL  60604
                                          Tel:  312-939-3456
                                          Fax:  312-939-3457
                                          Email for electronic filing:
                                          RClaw@comcast.net

**B.F.G., et al.,  v. BLACKMON, et al.,**
**Case No. 08 C 1565**

### SERVICE LIST

**Counsel for Plaintiffs, B.F.G., B.G., and R.G.**

| | |
|---|---|
| James Sotos | Lance D. Northcutt |
| Julie Bisbee | Berg, Northcutt & Berg |
| James G. Sotos & Assoc., Ltd. | 2100 W. 35th St. |
| 550 E. Devon, Ste. 150 | Chicago IL 60609 |
| Itasca IL  60143 | 773.252.7220 Fax: 773.252.7221 |
| 630.735.3300  Fax:  630.773.0980 | |

**Counsel for Willie Blackmon and Kimberly Smith-Foote**

Barbara Greenspan
James C. Stevens
Office of the Illinois Attorney General
Child Welfare Bureau
100 W. Randolph St., Ste. 11-200
Chicago IL 60601
312.814.6788   Fax:  312.814.6885

**Counsel for J.S. and K.S.**

| | |
|---|---|
| Michael Ettinger | Daniel M. Noland |
| Cheryl Ann Schroeder | Sonia A. Desai |
| Ettinger, Besbekos, & Schroeder, P.C. | Molly E. Thompson |
| 12413 S. Harlem Ave., Ste. 203 | Dykema Gossett PLLC |
| Palos Heights IL 60463 | 10 S. Wacker Dr., Ste. 2300 |
| 708.923.0368 Fax:  708.598.0041 | Chicago IL 60606 |
| | 312.876.1700 Fax:312.876.1155 |

**Counsel for Village of Willow Springs, Village of Willow Springs Police Department, Officer Craig Widlacki & Detective Robert Tabordan**

| | |
|---|---|
| Paul Rettberg | Michael J. McGrath |
| Stacey McGlynn Atkins | Mark Sterk |
| Jason S. Callicoat | Odelson& Sterk, Ltd. |
| Querrey & Harrow, Ltd. | 3318 W. 95th St. |
| 175 W. Jackson Blvd., Ste. 1600 | Evergreen Park IL 60805 |
| Chicago  IL 60604 | 708.424.5678 Fax:708.425.1898 |
| 312.540.7000  Fax:  312.540.0578 | |

**Counsel for Danielle Butts and Jane Addams Hull House Association**

| | |
|---|---|
| Mitchell A. Orpett | Jessica K. Burtnett |
| Tribler, Orpett & Meyer, P.C | Patrick R. Grady |
| 225 W. Washington, Ste. 1300 | Steven C. Wolf |
| Chicago IL 60606-3408 | Wolf & Wolfe, Ltd. |
| 312.201.6413 Fax: 312-201-6401 | 25 E. Washington, Ste. 700 |
| | Chicago IL 60602 |
| | 312.855.0500  Fax:312-855-0510 |