IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| B.F.G., by his parents and next friends, )<br>R.G and B.G., and R.G., and B.G., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>Willie Blackmon, Investigator, Division of )<br>Child Protection, ("DCP"), of the Illinois )<br>Department of Children and Family )<br>Services("DCFS"), in his individual )<br>capacity; et. al. )<br>)<br>Defendants. ) | No. 08 C 1565<br><br>The Honorable Judge Suzanne B. Conlon<br>Magistrate Judge Nan R. Nolan |

**NOTICE OF FILING**

To:     All Counsel of Record

I hereby certify that on the 15th day of July, 2008, I electronically filed Danielle Butts Answer to Amended Complaint with the Clerk of the Court using the CM/ECF system.

Respectfully submitted,


S/ Jessica K. Burtnett
Attorney for Defendant Danielle Butts


Steven C. Wolf
Patrick R. Grady
Jessica K. Burtnett
The Law Offices of WOLF & WOLFE, LTD.
25 East Washington Street - Suite 700
Chicago, Illinois 60602
(312) 855-0500
F:\FILE\7609\NOTFILANSCOMP.BUTTS.doc