# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1565 | **DATE** | 7/17/08 |
| **CASE TITLE** | B.F.G., ET AL vs. WILLIE BLACKMON, ET AL | | |

**DOCKET ENTRY TEXT**

A technical default is entered against defendant Rhonda Casady for failure to answer the complaint by July 10, 2008. Defendant Rhonda Casady's motion to extend time to July 31, 2008 to answer or otherwise plead to plaintiffs' amended complaint and to seek legal counsel [104] is moot. Defendant Rhonda Casady's motion to extend time to July 31, 2008 to comply with Rule 26(a) disclosures [107] is entered and continued to July 24, 2008.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|