## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1565 | **DATE** | 7/21/2008 |
| **CASE TITLE** | B.F.G., etc., et al. v. Willie Blackmon, etc., et al. | | |

**DOCKET ENTRY TEXT**

The joint motion of defendants Village of Willow Springs ("Willow Springs"), Widlacki and Tabordon to dismiss [46] is granted. Willow Springs, Widlacki and Tabordon are dismissed from the case with prejudice. Defendants J.S.'s and K.S.'s joint motion to dismiss [56] is granted in part and denied in part: Counts VII and IX with respect to conspiracy to falsely arrest are dismissed with prejudice; Count VIII for malicious prosecution is dismissed without prejudice. Defendants shall answer by August 4, 2008. ENTER MEMORANDUM OPINION AND ORDER.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

■ [ For further detail see separate order(s).]

| | Courtroom Deputy Initials: | WH |
|---|---|---|