UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| B.F.G., by his parents and next friends, R.G. and B.G., and R.G. and B.G., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 08 C 1565 |
| WILLIE BLACKMON, Investigator, et al., | ) ) | Judge Suzanne B. Conlon |
| Defendants. | ) | Magistrate Judge Nolan |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Thursday, August 7, 2008 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Suzanne B. Conlon**, or any other judge sitting in her stead, in Room **1743** at 219 South Dearborn Street, Chicago, Illinois, and then and there present **Defendant Rhonda Casady's Motion to Vacate Technical Default**, a copy of which is hereby served upon you.

Dated: July 31, 2008                         Respectfully submitted,

                                             By:     s/ Eileen E. Rosen
                                                    One of Rhonda Casady's Attorneys


John J. Rock
Eileen E. Rosen
Silvia Mercado Masters
ROCK FUSCO, LLC
321 North Clark Street, Suite 2200
Chicago, Illinois 60610
(312) 494-1000

**PROOF OF SERVICE**

I, Eileen E. Rosen, an attorney, state that I served true and complete copies of the foregoing to the following named persons by *electronic filing* on **July 31, 2008.**

| | |
|---|---|
| James G. Sotos<br>Julie K. Bisbee<br>James G. Sotos & Assoc.<br>550 E. Devon, Suite 150<br>Itasca, IL 60143 | Michael D. Ettinger<br>Cheryl A. Schroeder<br>Ettinger, Besbekos, Parisi<br>12413 S. Harlem, # 203<br>Palos Hills, IL 60453 |
| Lance D. Northcutt<br>Berg Northcutt & Berg<br>2100 W. 35th Street<br>Chicago, IL 60609 | Patrick Ross Grady<br>Law Offices of Wolf & Wolfe, Ltd.<br>25 E. Washington Street, Suite 700<br>Chicago, IL 60602 |
| Stacy McGlynn Atkins<br>Jason C. Callicoat<br>Paul A. Rettberg<br>Querrey & Harrow, Ltd.<br>175 W. Jackson Blvd., Suite 1600<br>Chicago, IL 60604 | Barbara Lynn Greenspan<br>Attorney General's Office<br>100 W. Randolph Street, Suite 4-600<br>Chicago, IL 60601 |
| Daniel M. Noland<br>Sonia A. Desai<br>Molly E. Thompson<br>Dykema Gossett PLLC<br>10 South Wacker Drive, Suite 2300<br>Chicago, IL 60606 | Michael J. McGrath<br>Odelson & Sterk, Ltd.<br>3318 W. 95th Street<br>Evergreen Park, IL 60805 |
| Rhonda L. Casady<br>200 S. Michigan Ave., Ste. 1240<br>Chicago, IL 60604 | James C. Stevens, Jr.<br>Attorney General's Office<br>100 W. Randolph Street, Suite 11-200<br>Chicago, IL 60601 |

                                                    s/ Eileen E. Rosen
                                                    Eileen E. Rosen