## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| B.F.G., by his parents and next friends, R.G. and B.G., and R.G. and B.G., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 08 C 1565 |
| WILLIE BLACKMON, Investigator, et al., | ) ) | Judge Suzanne B. Conlon |
| Defendants. | ) | Magistrate Judge Nolan |

### NOTICE OF FILING

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on **Thursday, August 7, 2008**, we filed with the Clerk of the Court for the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, 20th Floor, Chicago, Illinois, **Defendant Casady's Motion to Dismiss the Amended Complaint**, a copy of which is attached hereto and hereby served upon you.

Dated: August 7, 2008                                Respectfully submitted,

                                By:   s/ Eileen E. Rosen
                                      One of Casady's Attorneys

Eileen E. Rosen
John J. Rock
Stacy A. Benjamin
Silvia Mercado Masters
ROCK FUSCO, LLC
321 North Clark Street, Suite 2200
Chicago, Illinois 60610
(312) 494-1000

-2-

PROOF OF SERVICE

I, Eileen E. Rosen, an attorney, state that I served a true and complete copy of the foregoing to the following named persons by *electronic filing* on **August 7, 2008**.

| | |
|---|---|
| James G. Sotos<br>Julie K. Bisbee<br>James G. Sotos & Assoc.<br>550 E. Devon, Suite 150<br>Itasca, IL 60143 | Michael D. Ettinger<br>Cheryl A. Schroeder<br>Ettinger, Besbekos, Parisi<br>12413 S. Harlem, # 203<br>Palos Hills, IL 60453 |
| Lance D. Northcutt<br>Berg Northcutt & Berg<br>2100 W. 35th Street<br>Chicago, IL 60609 | Patrick Ross Grady<br>Law Offices of Wolf & Wolfe, Ltd.<br>25 E. Washington Street, Suite 700<br>Chicago, IL 60602 |
| Stacy McGlynn Atkins<br>Jason C. Callicoat<br>Paul A. Rettberg<br>Querrey & Harrow, Ltd.<br>175 W. Jackson Blvd., Suite 1600<br>Chicago, IL 60604 | Barbara Lynn Greenspan<br>Attorney General's Office<br>100 W. Randolph Street, Suite 4-600<br>Chicago, IL 60601 |
| Daniel M. Noland<br>Sonia A. Desai<br>Molly E. Thompson<br>Dykema Gossett PLLC<br>10 South Wacker Drive, Suite 2300<br>Chicago, IL 60606 | Michael J. McGrath<br>Odelson & Sterk, Ltd.<br>3318 W. 95th Street<br>Evergreen Park, IL 60805 |
| Rhonda L. Casady<br>200 S. Michigan Ave., Ste. 1240<br>Chicago, IL 60604 | James C. Stevens, Jr.<br>Attorney General's Office<br>100 W. Randolph Street, Suite 11-200<br>Chicago, IL 60601 |

                                                                         s/ Eileen E. Rosen
                                                                           Eileen E. Rosen