# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1565 | **DATE** | 8/7/2008 |
| **CASE TITLE** | B.F.G., ET AL vs. WILLIE BLACKMON, ET AL | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant Rhonda Cassady's motion to vacate the technical default [118] is granted. Defendant Cassady's motion to dismiss amended complaint [125] is taken under advisement. Plaintiff shall respond by August 16, 2008.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:15

| | Courtroom Deputy Initials: | WH |
|---|---|---|