UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| B.F.G., by his parents and next friends, R.G. and B.G., and R.G. and B.G., <br><br>Plaintiffs, <br><br>vs. <br><br>WILLIE BLACKMON, Investigator, et al., <br><br>Defendants. | Case No. 08 C 1565 <br><br>Judge Suzanne B. Conlon <br><br>Magistrate Judge Nolan |

**DEFENDANT CASADY'S MOTION FOR LEAVE TO FILE A REPLY BRIEF IN FURTHER SUPPORT OF HER MOTION TO DISMISS INSTANTER**

Defendant, Rhonda Casady ("Casady"), by and through her undersigned attorneys, hereby moves this Court for leave to file a reply brief in further support of her motion to dismiss instanter. In support thereof, Casady states as follows:

1. On August 7, 2008, Casady filed a motion to dismiss the allegations made against her in Plaintiffs' Amended Complaint. Plaintiffs were given leave to file a response by August 16, 2008. Because August 16, 2008 fell on a Saturday, Plaintiffs' Response was not filed until August 18, 2008 at 6:00 p.m.

2. Casady was not given a date for filing a reply. Instead, the Court instructed defense counsel to seek leave to file a reply brief instanter should she believe a reply brief was necessary. After carefully reviewing Plaintiffs' arguments made in response to her Motion to Dismiss, Casady respectfully requests leave to file a reply brief to clarify and rebut the arguments raised in Plaintiffs' Response.

3. Specifically, Plaintiffs' reliance upon *Richardson v. McKnight*, 521 U.S. 399 (1997), in arguing that Casady is not entitled to any affirmative immunity defense, be it absolute

or qualified, is without merit. The result in *Richardson* is distinguishable from the facts in this case and Casady would like the opportunity to present that argument and authority to the Court.

   4. Additionally, it is necessary that Casady be allowed to reply to Plaintiffs' arguments that she is entitled to neither absolute nor qualified immunity. Plaintiffs' arguments in opposition to immunity are contrary to the law and even to the facts pled in the Amended Complaint. These are important issues that Casady seeks to make clear and should lead to the dismissal of her as a party to this suit.

   5. Casady would also like to rebut the unsupported arguments made by Plaintiffs in opposition to dismissal of the Conspiracy, Malicious Prosecution and IIED claims. Plaintiffs arguments are without legal authority and are contrary to precedent and common sense.

   6. Casady does not seek to delay these proceedings nor burden the Court with a voluminous reply, but would like to succinctly respond to Plaintiffs' arguments in order to clarify the issues for the court in determining the propriety of Casady remaining a party to this case. Casady will be prepared to file her reply brief instanter on the day this motion is scheduled to be heard.

WHEREFORE, defendant Rhonda Casady respectfully requests the Court grant her leave to file a reply brief in further support of her motion to dismiss.

Dated: August 21, 2008

Respectfully submitted,
**RHONDA CASADY**

By: ＿＿s/ *Stacy A. Benjamin*＿＿＿＿＿
One of Her Attorneys

John J. Rock
Eileen E. Rosen
Stacy A. Benjamin
Silvia Mercado Masters
ROCK FUSCO, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60610
(312) 494-1000
(312) 494-1001 - facsimile
Atty no. 06255621

## CERTIFICATE OF SERVICE

I, Stacy A. Benjamin, one of the attorneys for Rhonda Casady, hereby state that I caused a copy of **Defendant Casady's Motion for Leave to File a Reply Brief in Further Support of Her Motion to Dismiss Instanter**, attached hereto, to be served upon:

| | |
|---|---|
| James G. Sotos<br>Julie K. Bisbee<br>James G. Sotos & Assoc.<br>550 E. Devon, Suite 150<br>Itasca, IL 60143 | Michael D. Ettinger<br>Cheryl A. Schroeder<br>Ettinger, Besbekos, Parisi<br>12413 S. Harlem, # 203<br>Palos Hills, IL 60453 |
| Lance D. Northcutt<br>Berg Northcutt & Berg<br>2100 W. 35th Street<br>Chicago, IL 60609 | Patrick Ross Grady<br>Law Offices of Wolf & Wolfe, Ltd.<br>25 E. Washington Street, Suite 700<br>Chicago, IL 60602 |
| Stacy McGlynn Atkins<br>Jason C. Callicoat<br>Paul A. Rettberg<br>Querrey & Harrow, Ltd.<br>175 W. Jackson Blvd., Suite 1600<br>Chicago, IL 60604 | Barbara Lynn Greenspan<br>Attorney General's Office<br>100 W. Randolph Street, Suite 4-600<br>Chicago, IL 60601 |
| Daniel M. Noland<br>Sonia A. Desai<br>Molly E. Thompson<br>Dykema Gossett PLLC<br>10 South Wacker Drive, Suite 2300<br>Chicago, IL 60606 | Michael J. McGrath<br>Odelson & Sterk, Ltd.<br>3318 W. 95th Street<br>Evergreen Park, IL 60805<br><br>James C. Stevens, Jr.<br>Attorney General's Office<br>100 W. Randolph Street, Suite 11-200<br>Chicago, IL 60601 |
| Rhonda L. Casady<br>200 S. Michigan Ave., Ste. 1240<br>Chicago, IL 60604 | |

via E-FILING on Thursday, August 21, 2008.

                                                                                 s/ *Stacy A. Benjamin*
                                                                                   Stacy A. Benjamin