UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| B.F.G., by his parents and next friends, R.G. and B.G., and R.G. and B.G., ) ) ) Plaintiffs, ) ) vs. ) ) WILLIE BLACKMON, Investigator, et al., ) ) Defendants. ) | Case No. 08 C 1565 Judge Suzanne B. Conlon Magistrate Judge Nolan |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Tuesday, August 26, 2008 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Suzanne B. Conlon**, or any other judge sitting in her stead, in Room **1743** at 219 South Dearborn Street, Chicago, Illinois, and then and there present **Defendant Casady's Motion for Leave to File a Reply Brief in Further Support of Her Motion to Dismiss Instanter**, a copy of which is hereby served upon you.

Dated: August 21, 2008                    Respectfully submitted,

                                          By:    s/ *Stacy A. Benjamin*
                                          One of Rhonda Casady's Attorneys

John J. Rock
Eileen E. Rosen
Stacy A. Benjamin
Silvia Mercado Masters
ROCK FUSCO, LLC
321 North Clark Street, Suite 2200
Chicago, Illinois 60610
(312) 494-1000
Atty no. 06255621

**PROOF OF SERVICE**

I, Stacy A. Benjamin, an attorney, state that I served true and complete copies of the foregoing to the following named persons by *electronic filing* on **August 21, 2008.**

| | |
|---|---|
| James G. Sotos<br>Julie K. Bisbee<br>James G. Sotos & Assoc.<br>550 E. Devon, Suite 150<br>Itasca, IL 60143 | Michael D. Ettinger<br>Cheryl A. Schroeder<br>Ettinger, Besbekos, Parisi<br>12413 S. Harlem, # 203<br>Palos Hills, IL 60453 |
| Lance D. Northcutt<br>Berg Northcutt & Berg<br>2100 W. 35th Street<br>Chicago, IL 60609 | Patrick Ross Grady<br>Law Offices of Wolf & Wolfe, Ltd.<br>25 E. Washington Street, Suite 700<br>Chicago, IL 60602 |
| Stacy McGlynn Atkins<br>Jason C. Callicoat<br>Paul A. Rettberg<br>Querrey & Harrow, Ltd.<br>175 W. Jackson Blvd., Suite 1600<br>Chicago, IL 60604 | Barbara Lynn Greenspan<br>Attorney General's Office<br>100 W. Randolph Street, Suite 4-600<br>Chicago, IL 60601 |
| Daniel M. Noland<br>Sonia A. Desai<br>Molly E. Thompson<br>Dykema Gossett PLLC<br>10 South Wacker Drive, Suite 2300<br>Chicago, IL 60606 | Michael J. McGrath<br>Odelson & Sterk, Ltd.<br>3318 W. 95th Street<br>Evergreen Park, IL 60805 |
| Rhonda L. Casady<br>200 S. Michigan Ave., Ste. 1240<br>Chicago, IL 60604 | James C. Stevens, Jr.<br>Attorney General's Office<br>100 W. Randolph Street, Suite 11-200<br>Chicago, IL 60601 |

                                                s/*Stacy A. Benjamin*
                                                  Stacy A. Benjamin