**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| **B.F.G.**, by his parents and next friends,<br>**R.G** and **B.G.**, and **R.G.**, and **B.G.**, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 08 C 1565 |
| | ) | |
| Willie Blackmon, Investigator, Division of | ) | Judge Conlon |
| Child Protection, ("DCP"), of the Illinois | ) | Magistrate Judge Nolan |
| Department of Children and Family | ) | |
| Services("DCFS"), in his individual | ) | |
| capacity; Kimberly Smith-Foote, | ) | |
| Investigative Supervisor (DCP), in her | ) | Jury Demand |
| individual capacity; Danielle Butts, | ) | |
| supervisor, Child Advocacy Center of | ) | |
| Southwest Cook County, Illinois ("CAC"), | ) | |
| in her individual capacity; Rhonda Casady, | ) | |
| attorney for DCFS, in her individual | ) | |
| capacity, Detective Tabordon and Officer | ) | |
| Widlacki, police officers, Willow Springs | ) | |
| Police Department, in their individual | ) | |
| capacities; Village of Willow Springs, | ) | |
| Illinois, a Municipal Corporation; | ) | |
| and J.S. and K.S. | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Plaintiffs, by and through their attorneys, JAMES G. SOTOS and JULIE K. BISBEE of

JAMES G. SOTOS & ASSOCIATES, LTD., and LANCE D. NORTHCUTT of BERG,

NORTHCUTT & BERG, hereby seek an extension of time to Answer or Otherwise Plead to

Defendants J.S. and K.S.' Counterclaim.

In support thereof, Plaintiffs state as follows:

1.      On May 12, 2008, Plaintiffs filed their Amended Complaint alleging, *inter alia*, various civil rights violations, as well as state law claims against Defendants J.S. and K.S.

2.      On August 4, 2008, Defendants J.S. and K.S. answered Plaintiffs' Amended Complaint and filed a Counterclaim; Plaintiffs' Answer to the Counterclaim is due August 24, 2008.

3.      As of the date of this filing, it has become apparent to Plaintiffs' counsel that due to extensive other commitments, including responding to summary judgment in *Bryant v. Gardner, et al.,* 07 C 5909,  pending in this district, the time required to respond to Defendant Casady's Motion to Dismiss in this matter and  counsel's personal commitment causing her to be out of town from August 22-August 26, 2008, that she will not be able to finalize Plaintiffs' responsive pleading to Defendants J.S. and K.S.' Counterclaim by the date required.

4.      As such, Plaintiffs request an additional ten (10) days or until September 3, 2008 to file their responsive pleading to J.S. and K.S.' counterclaim.

5.      One August 21, 2008, Plaintiffs' counsel contacted one of J.S. and K.S.' counsel, Daniel Noland, who stated he has no objection to the ten (10) day extension.

6.      This motion is not presented for purposes of unnecessary delay and will not serve to prejudice any party.

2

WHEREFORE, Plaintiffs respectfully request this Honorable Court grant this Motion allowing

Plaintiffs ten (10) days or until September 3, 2008 to respond to Defendants J.S. and K.S.'

Counterclaim.


Date: August 22, 2008                           s/Julie K. Bisbee
                                                JULIE K. BISBEE, Attorney No. 06292401
                                                JAMES G. SOTOS & ASSOCIATES, LTD.
                                                550 East Devon, Suite 150
                                                Itasca, Illinois  60143
                                                630-735-3300
                                                630-773-0980 (fax)
                                                jbisbee@jsotoslaw.com
                                                *One of the Attorneys for Plaintiffs*

STATE OF ILLINOIS          )
                           )
COUNTY OF DUPAGE           )

### CERTIFICATE OF SERVICE

The undersigned having first been duly sworn under oath, states that she electronically filed a complete copy of the foregoing **Agreed Motion For an Extension of Time to Answer or Otherwise Plead** with the Clerk of the Court on **August 22, 2008** using the CM/ECF system, which will send notification of such filing to the attached service list.

s/Julie K. Bisbee

JULIE K. BISBEE, Attorney No. 6292401
JAMES G. SOTOS & ASSOCIATES, LTD.
550 East Devon, Suite 150
Itasca, Illinois 60143
630-735-3300
630-773-0980 (fax)
jbisbee@jsotoslaw.com
*One of the Attorneys for Plaintiff*

4

IN RE BLACKMON, et al
Case No. 08-1565

## SERVICE LIST

**Counsel for Village of Willow Springs, Officer Craig Widlacki & Detective Robert Tabordan**

Michael J. McGrath
Mark Sterk
Odelson & Sterk, Ltd.
3318 West 95th Street
Evergreen Park, Illinois 60805
708-424-5678
708-425-1898 (fax)

Paul Rettberg
Stacey McGlynn Atkins
Jason S. Callicoat
Querrey & Harrow, Ltd.
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois 60604
312-540-7040
312-540-0578 (fax)

**Counsel for Willie Blackmon and Kimberly Smith-Foote**

James C. Stevens, Jr.
Barbara Greenspan
Illinois Attorney General's Office
Child Welfare Bureau
100 West Randolph Street, 11th Floor
Chicago, Illinois 60601
312-814-6788
312-814-6885 (fax)

**Counsel for Danielle Butts and Hull House**

Mitchell A. Orpett
Tribler Orpett & Meyer, P.C.
225 West Washington, Suite 1300
Chicago, Illinois 60606-3408
312-201-6413
312-201-6401 (fax)

Patrick Ross Grady
Steven C. Wolf
Wolf & Wolfe, Ltd.
25 E. Washington, Suite 700
Chicago, Illinois 60602
312-855-0500
312-855-0510 (fax)

**Counsel for J.S. & K.S.**

Michael D. Ettinger
Cheryl Ann Schroeder
Ettinger, Besbekos & Schroeder, P.C.
12413 South Harlem Avenue, Suite 203
Palos Heights, Illinois 60464
708-923-0368
708-923-0386 (fax)

Daniel Noland
Sonia A. Desai
Molly E. Thompson
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
312-876-1700
312-876-1155 (fax)

**Counsel for Rhonda Casady**

Silvia Mercado Masters
Stacy A. Benjamin
John J. Rock
Eileen Rosen
Rock Fusco, LLC
321 N. Clark Street, Suite 2200
Chicago, IL 60610
312-494-1000