IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| B.F.G., by his parents and next friends, R.G and B.G., and R.G., and B.G., <br><br>　　　　　Plaintiffs,<br>　v.<br><br>Willie Blackmon, Investigator, Division of Child Protection, ("DCP"), of the Illinois Department of Children and Family Services("DCFS"), in his individual capacity; Kimberly Smith-Foote, Investigative Supervisor (DCP), in her individual capacity; Danielle Butts, supervisor, Child Advocacy Center of Southwest Cook County, Illinois ("CAC"), in her individual capacity; Rhonda Casady, attorney for DCFS, in her individual capacity, Detective Tabordon and Officer Widlacki, police officers, Willow Springs Police Department, in their individual capacities; Village of Willow Springs, Illinois, a Municipal Corporation; and J.S. and K.S.<br><br>　　　　　Defendants. | No. 08 C 1565<br><br>Judge Conlon<br>Magistrate Judge Nolan<br><br><br>Jury Demand |

## NOTICE OF MOTION

**TO:**　See Attached Certificate of Service

　　**PLEASE TAKE NOTICE** that on the 28th day of August, 2008 at 9:00 a.m., I shall appear before the Honorable Judge Suzanne B. Conlon in Courtroom 1743, or before anyone sitting in her stead in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present an **Agreed Motion for an Extension of Time to Answer or Otherwise Plead,** a copy of which is hereby served upon you.

　　　　　　　　　　　　　　　　　　　　　　s/Julie K. Bisbee
　　　　　　　　　　　　　　　　　　　　　　JULIE K. BISBEE, Attorney No. 6292401
　　　　　　　　　　　　　　　　　　　　　　James G. Sotos
　　　　　　　　　　　　　　　　　　　　　　JAMES G. SOTOS & ASSOCIATES, LTD.
　　　　　　　　　　　　　　　　　　　　　　550 East Devon, Suite 150
　　　　　　　　　　　　　　　　　　　　　　Itasca, Illinois  60143
　　　　　　　　　　　　　　　　　　　　　　630-735-3300
　　　　　　　　　　　　　　　　　　　　　　630-773-0980 (fax)
　　　　　　　　　　　　　　　　　　　　　　jbisbee@jsotoslaw.com
　　　　　　　　　　　　　　　　　　　　　　*One of the Attorneys for Plaintiff*

STATE OF ILLINOIS          )
                           )
COUNTY OF DUPAGE           )

## CERTIFICATE OF SERVICE

The undersigned having first been duly sworn under oath, states that she electronically filed a complete copy of the foregoing **Notice of Motion** with the Clerk of the Court on **August 22, 2008** using the CM/ECF system, which will send notification of such filing to the attached service list.

                s/Julie K. Bisbee
                JULIE K. BISBEE, Attorney No. 6292401
                James G. Sotos
                JAMES G. SOTOS & ASSOCIATES, LTD.
                550 East Devon, Suite 150
                Itasca, Illinois  60143
                630-735-3300
                630-773-0980 (fax)
                jbisbee@jsotoslaw.com
                *One of the Attorneys for Plaintiff*

**B.F.G. v. BLACKMON, et al**
**Case No. 08-1565**
**SERVICE LIST**

**Counsel for Village of Willow Springs, Officer Craig Widlacki &**
**Detective Robert Tabordan**

Michael J. McGrath
Mark Sterk
Odelson & Sterk, Ltd.
3318 West 95th Street
Evergreen Park, Illinois 60805
708-424-5678
708-425-1898 (fax)

Paul Rettberg
Stacey McGlynn Atkins
Jason S. Callicoat
Querrey & Harrow, Ltd.
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois 60604
312-540-7040
312-540-0578 (fax)

**Counsel for Willie Blackmon and Kimberly Smith-Foote**

James C. Stevens, Jr.
Barbara Greenspan
Illinois Attorney General's Office
Child Welfare Bureau
100 West Randolph Street, 11th Floor
Chicago, Illinois 60601
312-814-6788
312-814-6885 (fax)

**Counsel for Danielle Butts and Hull House**

Mitchell A. Orpett
Tribler Orpett & Meyer, P.C.
225 West Washington, Suite 1300
Chicago, Illinois 60606-3408
312-201-6413
312-201-6401 (fax)

Patrick Ross Grady
Steven C. Wolf
Wolf & Wolfe, Ltd.
25 E. Washington, Suite 700
Chicago, Illinois 60602
312-855-0500
312-855-0510 (fax)

**Counsel for J.S. & K.S.**

Michael D. Ettinger
Cheryl Ann Schroeder
Ettinger, Besbekos & Schroeder, P.C.
12413 South Harlem Avenue, Suite 203
Palos Heights, Illinois 60464
708-923-0368
708-923-0386 (fax)

Daniel Noland
Sonia A. Desai
Molly E. Thompson
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
312-876-1700
312-876-1155 (fax)

**Counsel for Rhonda Casady**

Silvia Mercado Masters
Stacy A. Benjamin
John J. Rock
Eileen Rosen
Rock Fusco, LLC
321 N. Clark Street, Suite 2200
Chicago, IL 60610
312-494-1000