UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| B.F.G., by his parents and next friends, R.G. and B.G., and R.G. and B.G., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 08 C 1565 |
| WILLIE BLACKMON, Investigator, et al., | ) ) | Judge Suzanne B. Conlon |
| Defendants. | ) | Magistrate Judge Nolan |

### NOTICE OF FILING

**TO**:   Attorneys of Record, see attached list

**PLEASE TAKE NOTICE** that on August 26, 2008, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of: **Defendant Casady's Reply Brief in Further Support of Her Motion to Dismiss**, a copy of which will be sent via e-filing to the persons named in this Notice, "Filing Users" pursuant to Case Management/ Electronic Case Files, in accordance with the rules on electronic filing of documents. .


Dated: August 26, 2008                                     Respectfully submitted,

                                                    By:      s/ *Stacy A. Benjamin*
                                                         One of Rhonda Casady's Attorneys


John J. Rock
Eileen E. Rosen
Stacy A. Benjamin
Silvia Mercado Masters
ROCK FUSCO, LLC
321 North Clark Street, Suite 2200
Chicago, Illinois 60610
(312) 494-1000
Atty no. 06255621

**PROOF OF SERVICE**

    I, Stacy A. Benjamin, an attorney, state that I served true and complete copies of the foregoing to the following named persons by *electronic filing* on **August 26, 2008.**

| | |
|---|---|
| James G. Sotos<br>Julie K. Bisbee<br>James G. Sotos & Assoc.<br>550 E. Devon, Suite 150<br>Itasca, IL 60143 | Michael D. Ettinger<br>Cheryl A. Schroeder<br>Ettinger, Besbekos, Parisi<br>12413 S. Harlem, # 203<br>Palos Hills, IL 60453 |
| Lance D. Northcutt<br>Berg Northcutt & Berg<br>2100 W. 35th Street<br>Chicago, IL 60609 | Patrick Ross Grady<br>Law Offices of Wolf & Wolfe, Ltd.<br>25 E. Washington Street, Suite 700<br>Chicago, IL 60602 |
| Stacy McGlynn Atkins<br>Jason C. Callicoat<br>Paul A. Rettberg<br>Querrey & Harrow, Ltd.<br>175 W. Jackson Blvd., Suite 1600<br>Chicago, IL 60604 | Barbara Lynn Greenspan<br>Attorney General's Office<br>100 W. Randolph Street, Suite 4-600<br>Chicago, IL 60601 |
| Daniel M. Noland<br>Sonia A. Desai<br>Molly E. Thompson<br>Dykema Gossett PLLC<br>10 South Wacker Drive, Suite 2300<br>Chicago, IL 60606 | Michael J. McGrath<br>Odelson & Sterk, Ltd.<br>3318 W. 95th Street<br>Evergreen Park, IL 60805 |
| Rhonda L. Casady<br>200 S. Michigan Ave., Ste. 1240<br>Chicago, IL 60604 | James C. Stevens, Jr.<br>Attorney General's Office<br>100 W. Randolph Street, Suite 11-200<br>Chicago, IL 60601 |

                                                    s/*Stacy A. Benjamin*
                                                      Stacy A. Benjamin