# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1565 | **DATE** | 8/28/08 |
| **CASE TITLE** | B.F.G., ET AL vs. WILLIE BLACKMON | | |

**DOCKET ENTRY TEXT**

Plaintiffs' agreed motion for an extension of time to answer or otherwise plead to defendants J.S. and K.S.' counterclaim [131] is granted.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|