# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1565 | **DATE** | 9/8/2008 |
| **CASE TITLE** | B.F.G., *et al.* vs. WILLIE BLACKMON, *et al.* | | |

**DOCKET ENTRY TEXT**

Defendant Rhonda Casady's motion to dismiss [125] is granted in part and denied in part. Counts VII and IX with respect to conspiracy to maliciously prosecute are dismissed with prejudice; Count VIII for malicious prosecution is dismissed without prejudice. Casady shall answer Counts IV, VI, VII, IX, and XI by September 23, 2008. ENTER MEMORANDUM OPINION AND ORDER.

*Suzanne B. Conlon*

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|